FILED

10 FEB 19 PM 12: 41

COURT
NORTHERN DISTRICT OF OHIO
AKRON

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 10-50494 |
| | ) | |
| Fair Finance Company, | ) | CHAPTER 7 |
| | ) | |
| DEBTOR | ) | JUDGE MARILYN SHEA-STONUM |
| | ) | |
| | ) | **ENTRY OF JUDGMENT** |

On February 19, 2010, the Court entered an oral decision with regard to the following pleadings:

(1) an "Emergency Motion to Appoint Interim Trustee" **[docket #2]** (the "Motion");

(2) a Response by Fair Finance Company to Petitioning Creditors' Emergency Motion to Appoint Interim Trustee **[docket #10]**;

(3) a Stipulation by Jacques Dunaway, Robert Ripley, Nick Spada (collectively the "Petitioning Creditors") and Fair Finance Company **[docket #13]**;

(4) a Notice of Position as Requested by Court's Memorandum Order dated February 17, 2010 filed by interested party David Meyer **[docket #19]**;

(5) Findings of Fact and Conclusions of Law filed by the Petitioning Creditors **[docket #21]**;

(6) a Reply to Response to Emergency Motion filed by the Petitioning Creditors **[docket #22]**; and

(7) a Notice of Position as to Petitioners' Motion for Appointment of Interim Trustee filed by Creditor Wayne County Litigants **[docket #24]**.

Pursuant to the Court's oral decision, which incorporated findings of fact and conclusions of law pursuant to Federal Rule of Bankruptcy Procedure 7052, **IT IS HEREBY ORDERED**

**THAT:**

1. The Motion is **GRANTED** and the United States Trustee is directed to appoint an interim trustee as quickly as possible;

2. based upon the consent of the putative Debtor, the Petitioning Creditors are not required to post a bond pursuant to Bankruptcy Rule 2001(b); and

3. upon the request of a party in interest demonstrating a particular need, the Court will provide a written copy of the oral decision within five working days.

*/s/ Marilyn Shea-Stonum*
MARILYN SHEA-STONUM
Bankruptcy Judge

cc:  *via ECF*
Michael Moran
David Mucklow
Anthony Paganelli
Michael O'Neil
Bruce Lowe
David Meyer
Tim Pettorini
Lenore Kleinman
United States Trustee

*via Regular Mail*
Petitioning Creditors