# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10-50494 |
| | ) | |
| FAIR FINANCE COMPANY | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Chief Judge Marilyn Shea-Stonum |
| | ) | |

## STATUS REPORT FOR FEBRUARY 15, 2011 STATUS CONFERENCE

Brian A. Bash, Trustee herein, submits the following summary of the status of the Trustee's administration of the estate:

Since the January 18, 2011 Status Conference before this Court, the Trustee, with the assistance of his professionals, has accomplished the following key items:[1]

a)  The majority of the Trustee's professionals' time has been spent investigating, identifying and developing numerous potential claims and causes of action. The Trustee has filed several lawsuits since the last status conference and expects to file additional lawsuits on a rolling basis.

b)  Completed the auction of twenty vehicles in the Trustee's possession. The face value of the sale was $1,077,350 before the auctioneer's commission and expenses, which the Trustee is informed will be itemized and provided shortly. The Trustee has made arrangements with the auctioneer to receive an advance shortly (expected to be approximately $800,000). The remaining three cars in the Trustee's possession are wrecks or have title defects and will be sold on a wholesale basis.

In addition, the Trustee holds a junior lien upon a Duesenberg which sold at the same auction for $1,237,500. The senior lender will provide the Trustee with an accounting. This sale may result in funds turned over to the estate in excess of the senior lien, and will enhance the Trustee's lien position on real estate in Indiana.

c)  Successfully settled the *Isen* litigation.

---

[1] The Trustee and his professionals have addressed and resolved many of the administrative issues in this matter. This list is not exhaustive, but focuses on the issues most significant to asset recovery.

d) Negotiated a settlement in principle in the *Hart* litigation. The Trustee believes he is close to a final resolution of this matter.

<u>In the following weeks, the Trustee intends to focus on accomplishing the following key actions</u>:

1) Developing and filing causes of action to recover funds for the estate, including avoidance claims under chapter 5 of the Bankruptcy Code, breach of contract claims against loan recipients, and other claims.

2) Issuing requests for documents and examinations pursuant to Rule 2004.

3) Sending additional demand letters and pursue additional obligations owing to the estate.

4) Seeking turnover of records from counsel that formerly represented Debtor.

Date: February 14, 2011

Respectfully submitted,

*/s/ Brian A. Bash*
Brian A. Bash, Trustee (0000134)
Kelly S. Burgan (0073649)
Baker & Hostetler LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, OH 44114-3482
Telephone: 216.621.0200
Facsimile: 216.696.0740
Email: BashTrustee@Bakerlaw.com
Email: kburgan@bakerlaw.com

*Counsel for the Trustee*

## CERTIFICATE OF SERVICE

A copy of the foregoing has been served via ECF or regular, U.S. Mail, on February 14, 2011, on the attached service list.

*/s/ Brian A. Bash*
Brian A. Bash

# SERVICE LIST

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Brian A Bash    bashtrustee@bakerlaw.com, bbash@ecf.epiqsystems.com
- Brian A Bash    BBash@bakerlaw.com
- Kelly Burgan    kburgan@bakerlaw.com
- Anthony J. Cespedes    ajc1253@yahoo.com
- Adam D. Cornett    acornett@taftlaw.com, cmillner@taftlaw.com;docket@taftlaw.com
- J Douglas Drushal    ddrushal@ccj.com
- Joseph Esmont    jesmont@bakerlaw.com, joe.esmont@gmail.com
- Leon Friedberg    lfriedberg@cpmlaw.com, rswoager@cpmlaw.com
- H Ritchey Hollenbaugh    hrh@cpmlaw.com, rms@cpmlaw.com;slq@cpmlaw.com
- Cynthia A Jeffrey    ecfndoh@reimerlaw.com, RACJ.ecfndoh@yahoo.com
- Stuart A. Laven    slaven@beneschlaw.com, docket@beneschlaw.com;mkrawczyk@beneschlaw.com;lbehra@beneschlaw.com
- Trish D. Lazich    trish.lazich@ohioattorneygeneral.gov, angelique.seals@ohioattorneygeneral.gov
- Scott B. Lepene    slepene@beneschlaw.com, docket@beneschlaw.com;mkrawczyk@beneschlaw.com;lbehra@beneschlaw.com
- David A Looney    attorney@bright.net
- Grant A Mason    gamason@millermast.com
- Matthew H Matheney    mmatheney@frantzward.com, dlbeatrice@frantzward.com;maguilar@frantzward.com
- Shorain L. McGhee    shorain.mcghee@sbcglobal.net
- David Polan Meyer    dmeyer@dmlaws.com
- David Polan Meyer    dmeyer@dmlaws.com, docket@dmlaws.com
- Michael J Moran    moranecf@yahoo.com
- David Mucklow    davidamucklow@yahoo.com
- Mark A Phillips    mphillips@beneschlaw.com, docket@beneschlaw.com;lbehra@beneschlaw.com;cgreen@beneschlaw.com
- Timothy Paul Piatt    tppiatt@mgplaborlaw.com
- Clinton E. Preslan    ndohbky@jbandr.com
- Stephen J Pruneski    spruneski@rlbllp.com
- Vance P Truman    medinaatty@yahoo.com, medinaatty@gmail.com
- United States Trustee    (Registered address)@usdoj.gov
- Nancy A Valentine    navalentine@hahnlaw.com, hlpcr@hahnlaw.com
- Wayne County Litigants    ddrushal@ccj.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service).

Emily S. Donahue
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, TX  75202

Christine A. Arnold
6005 Twin Lakes Drive
Parma, OH  44219

Charles R. Dyas, Jr.
Barnes & Thornburg LLP
Fifth Third Center
21 East State Street, Suite 1850
Columbus, OH  43215

Leon Friedberg
Dennis J. Concilla
Carl A. Aveni
H. Ritchey Hollenbaugh
Carlile Patchen & Murphy LLP
366 Broad Street
Columbus, OH  43215

Robert Boote
Ballard Shahr LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034

Leslie C Heilman
Ballard Spahr LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034

Michael V. Demczyk
12370 Cleveland Avenue, NW
P.O. Box 867
Uniontown, OH  44685

Eric W. Sleeper
Barton Barton & Plotkin LLP
420 Lexington Avenue
New York, NY  10170

Gary Sallee
11650 Olio Road, Suite 1000-333
Fishers, IN  46037

Robert Hanlon
Eileen Hanlon
P.O. Box 42
State Route 43
Mogadore, OH  44260

John McCauley, Esq.
J. Richard Kiefer, Esq.
Bingham McHale LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN  46204

Tobey Daluz
Ballard Spahr LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034

Jay Jaffe
Baker & Daniels LLP
600 E. 96th Street, Suite 600
Indianapolis, IN 46240