**IT IS SO ORDERED.**

**Dated: 03:53 PM February 28 2011**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10-50494 |
| | ) | |
| FAIR FINANCE COMPANY | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Chief Judge Marilyn Shea-Stonum |
| | ) | |

**ORDER GRANTING SUPPLEMENTAL APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF HOWARD L. KLEIN CO. AS FORENSIC ACCOUNTANT TO THE TRUSTEE**

This matter came to be heard upon the supplemental application of the Trustee for an order expanding the scope of Howard L. Klein Co.'s retention to include services as an expert witness.

Upon consideration thereof, the Court finds the supplemental Application well-taken, and that expanding the scope of HLK's retention to include services as an expert witness is in the best interests of the estate.

IT IS THEREFORE ORDERED that the Trustee's Supplemental Application is

GRANTED.

1. HLK is authorized to serve as an expert witness for the estate.

2. Rule 26, as amended effective December 1, 2010, shall apply to expert discovery after December 1, 2010, including without limitation, discoverable information in connection with expert reports, affidavits, and deposition and trial testimony. Specifically, for any expert discovery after December 1, 2010, attorney communications made prior to December 1, 2010 shall be subject to amended Rule 26.

IT IS SO ORDERED.

### # # #

Submitted by:

*/s/Brian A. Bash*
Brian A. Bash, Trustee (0000134)
Baker & Hostetler LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, Ohio 44114-3482
216.861.7581
BashTrustee@Bakerlaw.com

**SERVICE LIST**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Brian A Bash    bashtrustee@bakerlaw.com, bbash@ecf.epiqsystems.com
- Brian A Bash    BBash@bakerlaw.com
- Kelly Burgan    kburgan@bakerlaw.com
- Anthony J. Cespedes    ajc1253@yahoo.com
- Adam D. Cornett    acornett@taftlaw.com, cmillner@taftlaw.com;docket@taftlaw.com
- J Douglas Drushal    ddrushal@ccj.com
- Joseph Esmont    jesmont@bakerlaw.com, joe.esmont@gmail.com
- Leon Friedberg    lfriedberg@cpmlaw.com, rswoager@cpmlaw.com
- H Ritchey Hollenbaugh    hrh@cpmlaw.com, rms@cpmlaw.com;slq@cpmlaw.com
- Cynthia A Jeffrey    ecfndoh@reimerlaw.com, RACJ.ecfndoh@yahoo.com
- Stuart A. Laven    slaven@beneschlaw.com, docket@beneschlaw.com;mkrawczyk@beneschlaw.com;lbehra@beneschlaw.com
- Trish D. Lazich    trish.lazich@ohioattorneygeneral.gov, angelique.seals@ohioattorneygeneral.gov
- Scott B. Lepene    slepene@beneschlaw.com, docket@beneschlaw.com;mkrawczyk@beneschlaw.com;lbehra@beneschlaw.com
- David A Looney    attorney@bright.net
- Grant A Mason    gamason@millermast.com
- Matthew H Matheney    mmatheney@frantzward.com, dlbeatrice@frantzward.com;maguilar@frantzward.com
- Shorain L. McGhee    shorain.mcghee@sbcglobal.net
- David Polan Meyer    dmeyer@dmlaws.com
- David Polan Meyer    dmeyer@dmlaws.com, docket@dmlaws.com
- Michael J Moran    moranecf@yahoo.com
- David Mucklow    davidamucklow@yahoo.com
- Mark A Phillips    mphillips@beneschlaw.com, docket@beneschlaw.com;lbehra@beneschlaw.com;cgreen@beneschlaw.com
- Timothy Paul Piatt    tppiatt@mgplaborlaw.com
- Clinton E. Preslan    ndohbky@jbandr.com
- Stephen J Pruneski    spruneski@rlbllp.com
- Vance P Truman    medinaatty@yahoo.com, medinaatty@gmail.com
- United States Trustee    (Registered address)@usdoj.gov
- Nancy A Valentine    navalentine@hahnlaw.com, hlpcr@hahnlaw.com
- Wayne County Litigants    ddrushal@ccj.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service).

Emily S. Donahue
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, TX  75202

Christine A. Arnold
6005 Twin Lakes Drive
Parma, OH  44219

Charles R. Dyas, Jr.
Barnes & Thornburg LLP
Fifth Third Center
21 East State Street, Suite 1850
Columbus, OH  43215

Leon Friedberg
Dennis J. Concilla
Carl A. Aveni
H. Ritchey Hollenbaugh
Carlile Patchen & Murphy LLP
366 Broad Street
Columbus, OH  43215

Robert Boote
Ballard Shahr LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034

Leslie C Heilman
Ballard Spahr LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034

Michael V. Demczyk
12370 Cleveland Avenue, NW
P.O. Box 867
Uniontown, OH  44685

Eric W. Sleeper
Barton Barton & Plotkin LLP
420 Lexington Avenue
New York, NY  10170

Gary Sallee
11650 Olio Road, Suite 1000-333
Fishers, IN  46037

Robert Hanlon
Eileen Hanlon
P.O. Box 42
State Route 43
Mogadore, OH  44260

John McCauley, Esq.
J. Richard Kiefer, Esq.
Bingham McHale LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN  46204

Tobey Daluz
Ballard Spahr LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034

Jay Jaffe
Baker & Daniels LLP
600 E. 96th Street, Suite 600
Indianapolis, IN 46240