# Howard L Klein Co.
## Summary of Expenses
### Exhibit E

## General:

| | |
|---|---|
| Boxes - storage | 192.28 |
| Computers | 129.29 |
| Mileage | 5,459.50 |
| Parking | 8.00 |
| Postage | 110.42 |
| Repairs | 303.19 |
| Supplies | 44.11 |
| **Total - General** | 6,246.79 |

## Travel:

| | |
|---|---|
| Hotel | 1,774.71 |
| Meals | 1,167.84 |
| Mileage | 1,704.50 |
| Parking | 94.00 |
| Supplies | 150.85 |
| **Total - Travel** | 4,891.90 |

| | |
|---|---|
| **Photocopying** | 122.72 |
| **Total Expenses** | 11,261.41 |

# Howard L Klein Co.
## General Expenses
## Exhibit F

| Date | Code | Description of expenses | Amount | copy of invoice |
|------|------|------------------------|--------|-----------------|
| Tuesday, February 23, 2010 | Mileage | Canton round trip - Mileage  (116 miles @ $.50) | 58.00 | |
| Wednesday, February 24, 2010 | Repairs | Locksmith for Market Street and canton | 290.00 | y |
| Wednesday, February 24, 2010 | Mileage | To Branches - Mileage (223 miles @ $.50) | 111.50 | |
| Thursday, February 25, 2010 | Repairs | Keys for all branches | 13.19 | y |
| Monday, March 08, 2010 | Mileage | Canton round trip - Mileage  (116 miles @ $.50) | 58.00 | |
| Monday, March 08, 2010 | Boxes - storage | Boxes - OfficeMax | 16.82 | y |
| Tuesday, March 09, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Wednesday, March 10, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Thursday, March 11, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Friday, March 12, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Sunday, March 14, 2010 | Mileage | To Branches - Mileage (210 miles @ $.50) | 105.00 | |
| Sunday, March 14, 2010 | Boxes - storage | Storage boxes | 15.88 | y |
| Sunday, March 14, 2010 | Supplies | Battery and flashlight (Wooster power turned off) | 4.12 | y |
| Monday, March 15, 2010 | Mileage | Akron to B&H (40 miles) | 20.00 | |
| Monday, March 15, 2010 | Mileage | Trip to Akron - 37 miles | 18.50 | |
| Tuesday, March 16, 2010 | Supplies | Flash drive - exclusive use in Akron | 39.99 | y |
| Tuesday, March 16, 2010 | Mileage | Akron to Canton to Akron (36 miles) | 18.00 | |
| Tuesday, March 16, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Wednesday, March 17, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Thursday, March 18, 2010 | Postage | Postage - mailing copies of checks to dealers | 18.58 | y |
| Thursday, March 18, 2010 | Postage | Postage - mailing copies of checks to dealers | 1.05 | y |
| Thursday, March 18, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Monday, March 22, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Tuesday, March 23, 2010 | Mileage | Trip to Akron - 37 miles | 18.50 | |
| Wednesday, March 24, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Thursday, March 25, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Friday, March 26, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Monday, March 29, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Tuesday, March 30, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Wednesday, March 31, 2010 | Boxes - storage | Boxes for Cuyahoga Falls | 78.82 | y |
| Wednesday, March 31, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Thursday, April 01, 2010 | Boxes - storage | Boxes for Cuyahoga Falls | 80.76 | y |
| Thursday, April 01, 2010 | Mileage | Akron to Canton to Akron (36 miles) | 18.00 | |
| Thursday, April 01, 2010 | Postage | postage for mailings to dealers - 33 mailings | 15.37 | |
| Friday, April 02, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Monday, April 12, 2010 | Mileage | Akron to B&H (40 miles) | 20.00 | |
| Monday, April 12, 2010 | Mileage | Trip to Akron - 37 miles | 18.50 | |
| Tuesday, April 13, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Wednesday, April 14, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Thursday, April 15, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Friday, April 16, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Thursday, April 22, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Friday, April 23, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Monday, April 26, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Tuesday, April 27, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Wednesday, April 28, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Thursday, April 29, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Friday, April 30, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Saturday, May 01, 2010 | Postage | Postage to dealers requesting address to send contract files | 11.44 | |
| Monday, May 03, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Tuesday, May 04, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Thursday, May 06, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Friday, May 07, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Monday, May 17, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Tuesday, May 18, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Wednesday, May 19, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Thursday, May 20, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Monday, May 24, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |

10-50494-jps    Doc 410-4    FILED 08/10/11    ENTERED 08/10/11 09:46:12    Page 2 of 51

**Howard L Klein Co.**
**General Expenses**
**Exhibit F**

| Date | Code | Description of expenses | Amount | copy of invoice |
|------|------|-------------------------|--------|-----------------|
| Tuesday, May 25, 2010 | Postage | Postage to dealers, Duvera, CLST | 10.71 | |
| Tuesday, May 25, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Wednesday, May 26, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Thursday, May 27, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Tuesday, June 01, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Wednesday, June 02, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Thursday, June 03, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Friday, June 04, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Tuesday, June 08, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Wednesday, June 09, 2010 | Computers | Quick Books - used to access the various related entities including FHI, DCI, Diamond Investments and Timothy Durham | 129.29 | y |
| Wednesday, June 09, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Thursday, June 10, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Friday, June 11, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Tuesday, June 15, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Wednesday, June 16, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Thursday, June 17, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Tuesday, June 22, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Wednesday, June 23, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Thursday, June 24, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Monday, June 28, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Tuesday, June 29, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Wednesday, June 30, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Thursday, July 01, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Friday, July 02, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Wednesday, July 07, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Thursday, July 08, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Tuesday, July 13, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Wednesday, July 14, 2010 | Postage | Postage to mail payroll tax returns and checks to dealers | 8.60 | |
| Wednesday, July 14, 2010 | Postage | Postage to forward mail to Fair Holdings | 1.12 | |
| Wednesday, July 14, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Thursday, July 15, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Tuesday, July 20, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Wednesday, July 21, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Thursday, July 22, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Friday, July 23, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Monday, July 26, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Tuesday, July 27, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Wednesday, July 28, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Thursday, July 29, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Monday, August 02, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Tuesday, August 03, 2010 | Postage | Postage for mailing CDs to FBI and SEC | 2.78 | |
| Tuesday, August 03, 2010 | Postage | Postage - mailing copies of checks to dealers | 3.96 | |
| Tuesday, August 03, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Wednesday, August 04, 2010 | Mileage | Mileage to/from Columbus (.50 x 147 x 2) | 147.00 | |
| Wednesday, August 04, 2010 | Parking | Meter for parking in Columbus - 4 hours | 8.00 | |
| Thursday, August 05, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Friday, August 06, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Tuesday, August 10, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Thursday, August 12, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Monday, August 16, 2010 | Postage | Postage - mailing copies of checks to dealers | 7.65 | |
| Monday, August 16, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Tuesday, August 17, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Wednesday, August 18, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Thursday, August 19, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |

Howard L Klein Co.
General Expenses
Exhibit F

| Date | Code | Description of expenses | Amount | copy of invoice |
|---|---|---|---|---|
| Tuesday, August 24, 2010 | Postage | Postage - mailing copies of checks to dealers plus other correspondence to creditors | 8.70 | |
| Tuesday, August 24, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Wednesday, August 25, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Thursday, August 26, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Monday, August 30, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Tuesday, August 31, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Wednesday, September 01, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Tuesday, September 07, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Wednesday, September 08, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Friday, September 10, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Monday, September 13, 2010 | Mileage | Akron to B&H (40 miles) | 20.00 | |
| Monday, September 13, 2010 | Mileage | Trip to Akron - 37 miles | 18.50 | |
| Tuesday, September 14, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Wednesday, September 15, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Thursday, September 16, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Friday, September 17, 2010 | Postage | Postage - mailing copies of checks to dealers plus other correspondence to creditors | 13.72 | |
| Monday, September 20, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Tuesday, September 21, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Wednesday, September 22, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Monday, September 27, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Tuesday, September 28, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Wednesday, September 29, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Monday, October 04, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Tuesday, October 05, 2010 | Postage | Postage - mailing copies of checks to dealers plus other correspondence to creditors | 6.74 | |
| Tuesday, October 05, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Wednesday, October 06, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Thursday, October 07, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Monday, October 11, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Thursday, October 14, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Wednesday, October 20, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Thursday, October 21, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Friday, October 22, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Monday, October 25, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Tuesday, October 26, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Wednesday, October 27, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Thursday, October 28, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Friday, November 05, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Monday, November 08, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Tuesday, November 09, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Wednesday, November 10, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Tuesday, November 16, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Wednesday, November 17, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Monday, November 22, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Tuesday, November 23, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Thursday, December 02, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Wednesday, December 08, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Thursday, December 09, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Friday, December 10, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Wednesday, December 15, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Friday, December 17, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Monday, December 20, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Thursday, December 23, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Wednesday, December 29, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| Thursday, December 30, 2010 | Mileage | Round-trip to Akron - 74 miles | 37.00 | |
| | | | | |
| | | | 6,246.79 | |

# Howard L Klein Co.
## Travel Expenses
## Exhibit G

| Date | Code | Description of Travel Expenses | Amount | copy of invoice |
|------|------|-------------------------------|--------|--------|
| Tuesday, March 23, 2010 | Mileage | Akron to Wooster to Indianapolis (298 miles) | 149.00 | |
| Wednesday, March 24, 2010 | Meals | Dinner | 14.00 | y |
| Thursday, March 25, 2010 | Meals | Dinner | 18.26 | y |
| 3/23-3/25/10 | Hotel | Hotel | 312.39 | y |
| 3/23-3/25/10 | Parking | Parking in Indianapolis - $8 per day at meters | 24.00 | |
| Friday, March 26, 2010 | Mileage | Travel Indianapolis to Cleveland (321 miles  @ $.50) | 160.50 | |
| | | | | |
| Sunday, April 04, 2010 | Mileage | Mileage to Indianapolis (326) | 163.00 | |
| Sunday, April 04, 2010 | Meals | Dinner for 2 - Indianapolis trip | 30.21 | y |
| Monday, April 05, 2010 | Parking | Parking - Indianapolis trip | 5.00 | y |
| Monday, April 05, 2010 | Meals | Lunch for 2 - Indianapolis trip | 22.57 | y |
| Monday, April 05, 2010 | Meals | Dinner for 2 - Dinatos pizza plus tip  - Indianapolis trip | 22.20 | y |
| 4/4-4/5/10 | Hotel | Hotel - HK | | y |
| 4/4-4/5/10 | Hotel | Hotel - JF | 130.58 | |
| 4/5-4/6/10 | Hotel | Hotel - HK | 130.58 | y |
| 4/5-4/6/10 | Hotel | Hotel - JF | 130.58 | |
| Tuesday, April 06, 2010 | Parking | Parking - Indianapolis trip | 5.00 | y |
| Tuesday, April 06, 2010 | Meals | Lunch for 2  - Indianapolis trip | 17.17 | y |
| Tuesday, April 06, 2010 | Meals | Dinner for 2 - Indianapolis trip | 30.67 | y |
| Wednesday, April 07, 2010 | Parking | Parking - Indianapolis trip | 5.00 | y |
| Wednesday, April 07, 2010 | Meals | Lunch for 2 - Indianapolis trip | 12.52 | y |
| Wednesday, April 07, 2010 | Meals | Dinner for 2 - Indianapolis trip | 39.89 | y |
| Thursday, April 08, 2010 | Parking | Parking - Indianapolis trip | 5.00 | y |
| Thursday, April 08, 2010 | Meals | Lunch for 2  - Indianapolis trip | 21.54 | y |
| Thursday, April 08, 2010 | Meals | Dinner for 2 - Indianapolis trip | 22.00 | y |
| Friday, April 09, 2010 | Parking | Parking - Indianapolis trip | 5.00 | |
| Friday, April 09, 2010 | Meals | Lunch for 2  - Indianapolis trip | 34.43 | y |
| Friday, April 09, 2010 | Meals | Dinner for 2 - Indianapolis trip (Wendy's & dairy queen | 23.00 | |
| Friday, April 09, 2010 | Supplies | Cartridge World - toner for copier | 106.99 | y |
| 4/6-4/8/10 | Meals | Hotel - HK | 186.39 | y |
| 4/6-4/8/10 | Meals | Hotel - JF | 186.39 | y |
| 4/4-4/9/10 | Mileage | Mileage while in Indianapolis  (150) | 75.00 | |
| 4/4-4/9/10 | Mileage | Mileage From Indianapolis thru Ashland & Wooster (375) | 187.50 | |
| Saturday, April 10, 2010 | Mileage | Mileage to Wadsworth, Akron, Cuyahoga Falls | 40.00 | |
| | | | | |
| Sunday, April 18, 2010 | Mileage | Mileage to Indianapolis (325) | 162.50 | |
| Sunday, April 18, 2010 | Meals | Dinner for 2 | 17.82 | y |
| Monday, April 19, 2010 | Parking | Parking | 5.00 | y |
| Monday, April 19, 2010 | Meals | Lunch for 2 | 21.54 | y |
| Monday, April 19, 2010 | Meals | Dinner for 2 | 27.17 | y |
| Tuesday, April 20, 2010 | Parking | Parking | 5.00 | y |
| Tuesday, April 20, 2010 | Meals | Lunch for 2 | 20.01 | y |
| Tuesday, April 20, 2010 | Meals | Dinner for 2 | 40.00 | y |
| Wednesday, April 21, 2010 | Parking | Parking | 5.00 | y |
| Wednesday, April 21, 2010 | Meals | Lunch for 2 | 26.44 | y |
| Wednesday, April 21, 2010 | Meals | Dinner for 2 | 11.16 | y |
| Wednesday, April 21, 2010 | Mileage | Mileage from  Indianapolis (325) | 162.50 | |
| 4/18-4/21/10 | Mileage | Mileage while in Indianapolis (75) | 37.50 | |
| 4/18-/4/21/10 | Hotel | Hotel | 224.64 | y |
| 4/18-/4/21/10 | Hotel | Hotel | 224.64 | y |
| | | | | |
| Sunday, May 09, 2010 | Mileage | Mileage to  Indianapolis (325) | 162.50 | |
| Sunday, May 09, 2010 | Meals | Dinner for 2 | 25.03 | y |
| Monday, May 10, 2010 | Parking | Parking | 5.00 | y |
| Monday, May 10, 2010 | Meals | Lunch for 2 | 20.12 | y |
| Monday, May 10, 2010 | Meals | Dinner for 2 | 32.58 | y |
| Tuesday, May 11, 2010 | Parking | Parking | 5.00 | y |

**Howard L Klein Co.**
**Travel Expenses**
**Exhibit G**

| Date | Code | Description of Travel Expenses | Amount | copy of invoice |
|------|------|-------------------------------|--------|-----------------|
| Tuesday, May 11, 2010 | Meals | Lunch for 2 | 28.19 | y |
| Tuesday, May 11, 2010 | Meals | Dinner for 2 | 30.00 | y |
| Wednesday, May 12, 2010 | Parking | Parking | 5.00 | y |
| Wednesday, May 12, 2010 | Meals | Lunch for 2 | 20.99 | y |
| Wednesday, May 12, 2010 | Meals | Dinner for 2 | 44.00 | y |
| Thursday, May 13, 2010 | Parking | Parking | 5.00 | n |
| Thursday, May 13, 2010 | Meals | Lunch for 2 | 21.43 | y |
| Thursday, May 13, 2010 | Meals | Dinner for 2 | 46.25 | y |
| Thursday, May 13, 2010 | Supplies | box of paper - Staples | 43.86 | y |
| Friday, May 14, 2010 | Parking | Parking | 5.00 | y |
| Friday, May 14, 2010 | Meals | Lunch for 2 | 42.76 | y |
| Friday, May 14, 2010 | Meals | Dinner for 2 | 11.11 | y |
| Friday, May 14, 2010 | Mileage | Mileage from Indianapolis stopped in Wooster (340) | 170.00 | |
| 5/9-5/14/10 | Mileage | Mileage while in Indianapolis (175) | 87.50 | |
| 5/9-5/13/10 | Hotel | Hotel | 310.65 | y |
| 5/9-5/13/10 | Hotel | Hotel | 310.65 | y |
| Wednesday, August 04, 2010 | Mileage | Mileage to / from Columbus Ohio | 147.00 | |
| Wednesday, August 04, 2010 | Parking | Parking meters | 5.00 | |
| | | | | |
| | | | 4,891.90 | |

10-50494-jps     Doc 410-4     FILED 08/10/11     ENTERED 08/10/11 09:46:12     Page 6 of 51

# Howard L Klein Co.
## Photocopying Expenses
## Exhibit H

| Date | Code | Description of expenses | Pages | Amount |
|------|------|-------------------------|-------|--------|
| | | Photocopying @ .08 per copy | | |
| 2/21/2010 | Copying | Articles | 82.00 | 6.56 |
| 2/21/2010 | Copying | Joint stipulations | 642.00 | 51.36 |
| 3/6/2010 | Copying | Ohio Division of Securities - 7/24/02 File # 480767 | 169.00 | 13.52 |
| 3/6/2010 | Copying | Ohio Division of Securities- Offering Circular 2/2009 | 51.00 | 4.08 |
| 3/6/2010 | Copying | Ohio Division of Securities - 10/31/01 File # 479814 | 51.00 | 4.08 |
| 3/6/2010 | Copying | Ohio Division of Securities - 12/21/01 File # 479989 | 243.00 | 19.44 |
| 3/6/2010 | Copying | Ohio Division of Securities - 8/5/04 File # 483739 | 64.00 | 5.12 |
| 3/6/2010 | Copying | Ohio Division of Securities - 3/30/07 File # 488866 | 94.00 | 7.52 |
| 3/6/2010 | Copying | Ohio Division of Securities - 7/24/08 File # 491545 | 138.00 | 11.04 |
| | | | | |
| | | | | 122.72 |



# 24/7 Mobile Locksmith

www.24-7Mobile-Locksmith.com

**FAX 1-800-311-3646**  **TOLL FREE  877-585-KEYS**
(5397)

EMAIL: SERVICE@24-7MOBILE-LOCKSMITH.COM

16581

| CUSTOMER'S ORDER NO. | PHONE | DATE |
|---|---|---|
| 121806/131807 | | 2/24/10 |

**NAME** Howard Klein

**ADDRESS** 25550 Chagrin Blvd #201

**DL#** RK 797476        **PLATE #**

| SOLD BY | CASH | CARD | CHECK | ON ACCOUNT |
|---|---|---|---|---|
| Ami Golan | | X | | |

| QTY | | | | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 2 | SC | | | 40 | 80.00 |
| 6 | Rekey | | | 35 | 210.00 |
| | | | | | |
| | 815 E Market | | | | |
| | 4675 Dressler Rd. | | | | |

Customer is satisfied and has no complaints, and ALL charges are undisputable. All work guaranteed for 30 days.
Monday - Friday  9am - 5pm

| | |
|---|---|
| **SUB.T.** | 290.00 |
| **TAX** | |
| **TOTAL** | 290.00 |

**RECEIVED BY**
**CUSTOMER SIGNATURE** x

All claims must be accompanied by this bill.
Standard additional fees for late payment and returned checks will be added to this bill.

*Thank You*

```
        THANK YOU FOR SHOPPING AT
             DUNN HARDWARE
            (440) 720-0301

    CUSTOM COLORS & NON-STOCK ITEMS ARE
             NON-RETURNABLE
     2/25/10  1:23PM JENNIFER2  564 SALE
----------------------------------------
KEY              6  EA     1.99 EA
KEYS                              11.94
***ATTENTION***
KEEP YOUR RECEIPT
AT LEAST UNTIL YOU
MAKE SURE THAT YOUR
NEW KEY WORKS
PROPERLY. *******
KEY              1  EA      .40 EA
KEYS                               .40
372763           1  EA      .89 EA  N
CANDY GOOD + PLENTY 1.8            .89

SUB-TOTAL:    13.23   TAX:          .96
                      TOTAL:      14.19
                      BC AMT:    $14.19

BK CARD#: XXXXXXXXXXX1008
ID:  267967444881069856
AUTH: 579439         AMT:      14.19
Host reference #:93275  Bat#000001
SWIPED
CARD TYPE:AM EXPRESS  EXPR:XXXX
```

<!-- barcode -->

```
==>> JRNL#X93276/1             <<==
       CUST # *5

     THANK YOU HOWARD  KLEIN
       FOR YOUR PATRONAGE
```

Name: X_____

```
I agree to pay above total amount
according to card issuer agreement
(merchant agreement if credit voucher)


YOU SAVED $     .10 BY SHOPPING AT
               DUNN HARDWARE
Ship to: KLEIN/HOWARD
```

# OfficeMax

OfficeMax #374
6819 STRIP AVENUE, N.W.
NORTH CANTON, OH 44720
(330) 494-3254

Tell us about your shopping experience
and enter to win 1 of 5 prizes. Visit
**www.officemax.com/store/survey**
to enter and to view the terms and
conditions of entering the survey.

---

| | |
|---|---|
| 011491992980 | $15.79 |
| Storage Box 10pk | |

| | |
|---|---|
| SubTotal | $15.79 |
| Tax 6.500% | $1.03 |
| TOTAL | $16.82 |
| AMEX | $16.82 |
| Card number: XXXXXXXXXXX1008 | |
| Authorization 517835 | |



---

92447578
0374 00001 00578 9 03/08/10
00246882 01:06:08 PM

ORDER BY PHONE 1-877-OFFICEMAX

0374001057000103081000B

# Walmart ✳️
**Save money. Live better.**

Walmart
MANAGER ANN MOLNAR
( 419 ) 281 - 9537
ST# 1448 OP# 00003790 TE# 29 TR# 05284
STORAGE BOX  004385960138        14.88 X
                    SUBTOTAL        14.88
        TAX 1  6.750 %              1.00
                    TOTAL          15.88
             AMEX TEND             15.88

ACCOUNT #1008
APPROVAL #528409
                    CHANGE DUE      0.00

# # ITEMS SOLD 1

TC# 7935 3245 1852 1272 0387

... Moon Ultimate Fan Edition DVD
      AM 3/20 at an unbeatable price
      3/14/10       11:51:14

        ***CUSTOMER COPY***



Discount Drug Mart
629 Beall Avenue
Wooster, OH 44691
(330) 264-8404

Store Manager: BRUCE T.

SALE  E-213   V55N 03/14/2010 13:18:29
    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-1268587109-9654-2

EV.FLASHLT ECONOMY        16
   003980005745                    1.89
DDM BATT PREM ALKALINE    16
   009335110829                    1.99
                    SUBTOTAL        3.88
        6.25% SALES TAX             .24
                    TOTAL          4.12
             AM. EX. (AX)          4.12
   XXXXXXXXXXXX1008
AUTH: APPROVED: 649059
        SEQUENCE: 587138



**STAPLES**

**that was easy.**

Low prices. Every item. Every day.
5950 Mayfield Rd.
Mayfield Heights, OH 44124
(440) 684-0302

SALE                 1522658 1 001 76005
                     0669 03/16/10 08:34

*******************************************

YOUR OPINION COUNTS AND WILL BE REVIEWED
BY THIS STORE'S MANAGER!

Please take a short survey
and be entered into a monthly drawing
for a $5,000 Staples gift card.
NO PURCHASE NECESSARY.
Log on to www.StaplesCares.com
or call 1-800-881-1723
Your survey code: 0100 1214 2326 7056
See store for rules.
Survey code expires 03/23/2010.
***Tome nuestra encuesta en Español en
la página de Internet o por telefono.
Consiga las reglas en la tienda.***

*******************************************

QTY SKU                          PRICE


        REWARDS NUMBER 2114880889
1  HP 16GB USB FLASH
   751492380933                   39.99
1  ENDURAGLIDE PREMIE
   034138710012                    0.01
SUBTOTAL                          40.00

Coupon No. 3132321148808897       -0.01
Premier Free Gift
Expiration Date: 03/31/10

Coupon No. 2095521148808899      -27.90
$27.90 STATEMENT
Expiration Date: 06/30/10

Coupon No. 6376321148808893       -5.25
$5.25 STATEMENT
Expiration Date: 07/31/10

     Standard Tax 7.75%            0.54

TOTAL                            $7.38


American Express                   7.38
Card No.: XXXXXXXXXXX1008 [S]

```
        BEACHWOOD
      3695 GREEN RD
  BEACHWOOD, OH 44122-9998

03/18/2010              09:18:56 PM
=====================================

            Sales Receipt
Product         Sale   Unit    Final
Description     Qty    Price   Price


SAINT LOUIS, MO  63195          $7.50
Zone-4 Priority Mail®
  2 lb. 12.10 oz.
                             ========
Issue Postage:                 $7.50

LAKELAND, FL  33813            $1.73
Zone-5 First-Class Mail®
Large Envelope
  0 lb. 5.50 oz.
                             ========
Issue Postage:                 $1.73

PRATTVILLE, AL  36066          $1.56
Zone-5 First-Class Mail®
Large Envelope
  0 lb. 4.90 oz.
                             ========
Issue Postage:                 $1.56

MONTGOMERY, AL  36117          $1.39
Zone-5 First-Class Mail®
Large Envelope
  0 lb. 4.00 oz.
                             ========
Issue Postage:                 $1.39

CHARLESTON, SC  29406          $2.41
Zone-4 First-Class Mail®
Large Envelope
  0 lb. 9.40 oz.
                             ========
Issue Postage:                 $2.41

CHICAGO, IL  60607             $1.90
Zone-3 First-Class Mail®
Large Envelope
  0 lb. 6.50 oz.
                             ========
Issue Postage:                 $1.90

LITTLETON, CO  80120           $2.07
Zone-6 First-Class Mail®
Large Envelope
  0 lb. 7.80 oz.
                             ========
Issue Postage:                 $2.07

Total:                       ==========
                               $18.56

Paid by:
AMEX                          $18.56
   Account #:      XXXXXXXXXXX1008
   Approval #:     508280
   Transaction #: 100
   23-901970350-99 3340834340

Transaction Number:      87
USPS® #                    381649-9550

            Thanks.
  It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.
```

```
=====================================
        BEACHWOOD
      3695 GREEN RD
  BEACHWOOD, OH 44122-9998

03/18/2010              09:28:54 PM
=====================================

            Sales Receipt
Product         Sale   Unit    Final
Description     Qty    Price   Price


LEAWOOD, KS  66211            $1.05
Zone-5 First-Class Mail®
Large Envelope
  0 lb. 1.90 oz.
                             ========
Issue Postage:                 $1.05

Total:                       ==========
                               $1.05

Paid by:
AMEX                          $1.05
   Account #:      XXXXXXXXXXX1008
   Approval #:     592131
   Transaction #: 101
   23-901970350-99 3340834340

Transaction Number:      88
USPS® #                    381649-9550

            Thanks.
  It's a pleasure to serve you.

ALL SALES FINAL ON STAMPS AND POSTAGE.
REFUNDS FOR GUARANTEED SERVICES ONLY.
```



**that was easy.**

Low prices. Every item. Every day.
645 Howe Avenue
CUYAHOGA FALLS, OH 44221
(330) 945-4488

SALE        1411016 5 001 95396
          0668 04/01/10 08:03

QTY SKU              PRICE


     REWARDS NUMBER 2114880889
5  STAPLES 10PK ECONO
   718103004510    14.990ea   74.95
SUBTOTAL             74.95

Coupon No. 9531121146808895   -15.50
$15.50 STATEMENT
Expiration Date: 08/31/10

  Standard Tax 6.50%       3.87

TOTAL             $63.32


American Express       63.32
Card No.: XXXXXXXXXXX1008 [S]
Auth No.: 699534


If you return any of the items above, the
value of the Staples coupon(s) used may be
proportionally distributed to all items
purchased.

### TOTAL ITEMS  5


Effective 5/3/2010 Returns made on or
after 5/3/2010 without a valid receipt
are eligible only for an in-store credit
for the lowest selling price within the
previous 30 days in our U.S. Stores

Compare and Save
with Staples-brand products.

THANK YOU FOR SHOPPING AT STAPLES !

Shop online at www.staples.com

Are you wireless yet?
Let Staples help you get connected.
Introducing Valet –
home wireless made easy!

---

**STAPLES**

**that was easy.**

Low prices. Every item. Every day.
5950 Mayfield Rd.
Mayfield Heights, OH 44124
(440) 684-0302

SALE        1465070 4 005 36040
          0669 03/31/10 08:53

QTY SKU              PRICE


     REWARDS NUMBER 2114880889
5  STAPLES 10PK ECONO
   718103004510    14.990ea   74.95
SUBTOTAL             74.95

  Standard Tax 7.75%       5.81

TOTAL            $80.76


American Express       80.76
Card No.: XXXXXXXXXXX1008 [S]
Auth No.: 678716


### TOTAL ITEMS  5


Compare and Save
with Staples-brand products.

THANK YOU FOR SHOPPING AT STAPLES !

Shop online at www.staples.com

Save $50 instantly when you recycle
any printer and purchase a new one,
$199 or more! Learn more at
www.staples.com/printertradein



0669033110360 4005



# OfficeMax®

OfficeMax #1342
HARVARD PARK
WARRENSVILLE HEIGHTS, OH 44128
(216) 378-0939

Tell us about your shopping experience
and enter to win 1 of 5 prizes. Visit
**www.officemax.com/store/survey**
to enter and to view the terms and
conditions of entering the survey.

---

| | |
|---|---|
| 028287024175 | $199.99 |
| QuickBooks Pro 2010 | |
| Promo Discount | ($50.00) |
| Discount    20.00% | ($30.00) |
| Coupon Number:   1707901106061071 | |

---

| | |
|---|---|
| SubTotal | $119.99 |
| Tax 7.750% | $9.30 |
| TOTAL | $129.29 |
| | |
| AMEX | $129.29 |
| Card number:   XXXXXXXXXXX1008 | |
| Authorization  695698 | |

MaxPerks Number   002011825658

---

31646576
1342 00003 77838 0 06/09/10
00400252 04:54:37 PM

ORDER BY PHONE 1-877-OFFICEMAX

134200377830001060910007

Fairfield Inn & Suites by Marriott
Indianapolis East

7110 East 21st Street
Indianapolis In 46219
317.322.0101



Howard Klein

3 Hanover Ln

Beachwood OH 44122-7521

Room: 317

Room Type: EXKS

Number of Guests: 1

Rate: $89.00          Clerk: PAW

| Arrive: 23Mar10 | Time: 09:02PM | Depart: 26Mar10 | Time: 08:19AM | Folio Number: 81918 |
| --- | --- | --- | --- | --- |
| **Date** | **Description** | | **Charges** | **Credits** |
| 23Mar10 | Room Charge | | 89.00 | |
| 23Mar10 | Occupancy Sales Tax | | 8.90 | |
| 23Mar10 | State Occupancy Tax | | 6.23 | |
| 24Mar10 | Room Charge | | 89.00 | |
| 24Mar10 | Occupancy Sales Tax | | 8.90 | |
| 24Mar10 | State Occupancy Tax | | 6.23 | |
| 25Mar10 | Room Charge | | 89.00 | |
| 25Mar10 | Occupancy Sales Tax | | 8.90 | |
| 25Mar10 | State Occupancy Tax | | 6.23 | |
| 26Mar10 | American Express | | | 312.39 |

Card #: AXXXXXXXXXXXXXXXXXXXX
Amount: 312.39 Auth: 157337 Signature on File
This card was electronically swiped on 23Mar10

**Balance:** 0.00

**Marriott Rewards Account # XXXXX8546.** Your Marriott Rewards points/miles earned on your room rate will be credited to your account. For account activity: 801-468-4000 or MarriottRewards.com.

**Latest News From Marriott Rewards**
Tell a friend about Marriott Rewards, you'll both get 1,000 points when they stay -- up to five friends, five stays each. That's up to 25,000 points for you. Refer Friends, Get Points! See details at MarriottRewards.com/Friend

Register by March 31 to earn up to 25,000 MegaBonus points! Earn bonus points for stays between February 1 and April 30, 2010 at over 3,100 participating properties around the world. Register now at MarriottRewards.com/MegaBonus or 888-MARRIOTT

Get all your hotel bills by email by updating your Marriott Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.



3/23/10

```
        Marriott Hotel                      Indy Steak & Ribs
       7202 E. 21st Street
      Indianapolis, IN  46219        135 EMILY
Date:        Mar25'10 06:53PM        -----------------------------
Card Type:   Amex                    Tbl 22/1      Chk 2046      Gst 1
Acct #:      XXXXXXXXXXX              Mar25'10 07:18PM
Trans Key:   CIC002413823879         -----------------------------
Exp Date:    XX/XX                   1 Fish & Chips          14.00
Auth Code:   580512                                Thank
Check:       2046                     Subtotal     you!!  14.00
Table:       22/1                     Tax                    1.26
Server:      135 EMILY               07:50PM Total       15.26

Subtotal:        15.26               TIP:  _____

TIP:    ____ 3,00                    TOTAL: _____

TOTAL:  ____ 18,26                   Print Name:_____

PLEASE KEEP THIS COPY FOR YOUR       Signature_____
      PERSONAL RECORDS
                                     Room #:_____
      THANK YOU
                                     THANK YOU
```

3/23/10
TRip

SPECIAL INSTRUCTIONS:

☒ **DELIVERY**  ☐ **PICK UP**

Fairfield

ADDRESS

APT. 317  PHONE 216-387-4241

NAME Klein

| TIME ORDERED | 7:35 | PROMISED DELIVERY TIME | : | DATE 5/24 |
|---|---|---|---|---|
| | M-Cheese | | | 5 24 |
| | | | | |
| | Toss Salad | | | 250 |
| | Ill | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | 1174 |

| | BEVERAGE | |
|---|---|---|
| | TAX | |
| | DELIVERY | |
| THANK YOU | TOTAL ▶ | 1174 |
| 2954-35 | | |

226 Tip

14.00

3-23-10
Trip

4

**COMBINED**
**BOB EVANS #125**
1202 South Main St
Englewood, OH
(937)832-2844

Order #606698
4/4/2010      R6        09:07 PM

SALE    $       25.21
TIP     $        5.00
        -----------------
TOTAL   $       30.21

Card Type: Visa
Acct.....: XXXXXXXXXXXX█████
Issued To: KLEIN/HOWARD
AuthCode : 09255C

*****************************
     THANK YOU FOR VISITING
          BOB EVANS
         Englewood, OH
*****************************


Receive $2 off a $10 Restaurant Purchase
     when you join BE-mail.
Sign up today to recieve email updates
in Bob Evans menu & grocery product news,
     recipes and exclusive offers!

     Go to www.BobEvans.com/BEmail

5

224 KLEIN
359-1021
LIBITA INN
04/05/10  7:41PM OF       CONSOL
Promised   8:26PM
DELIVERY ORDER
ORDER NO. 115-001

THIN
LARGE
S CHEESE
         X-CHEESE       0.360
DELIVERY ORDER NO.115-001

4 KLEIN
1021
3 INN
-4 21ST ST E APT 224

---- 1-SALD
IN
----E OVEN= 07:46PM

4.4.10
Trip



Chase Tower
111 Monument Cir.
Indianapolis, IN 46204
317-634-0404

## Order #579

| | |
|---|---|
| Host: Alexandra | 04/05/2010 |
| Order #579 | 12:58 PM |
| | 50180 |

| | |
|---|---|
| COOKIE (3 @1.35) | 4.05 |
| 3   4/3 Cookies | |
| COOKIE | 0.00 |
| 4/3 Cookies | |
| Subtotal | 4.05 |
| Tax | 0.36 |
| ToGo Total | 4.41 |
| CASH | $ 20.00 |
| **Change** | **$ 15.59** |

Thanks!!!
And have a Great Day!!!
Let Paradise take care of your
Catering Needs.
Fax 317-634-5090

--- Check Closed ---



Chase Tower
111 Monument Cir.
Indianapolis, IN 46204
317-634-0404

## Order #352

| | |
|---|---|
| Host: Micah | 04/05/2010 |
| Order #352 | 12:36 PM |
| | 30053 |

| | |
|---|---|
| CHICKEN WALNUT SAND-WHOLE | 7.19 |
| PARADISE/MOLASSES-2 SLICE | |
| COOKIE | |
| Asian Chix-SM | 5.79 |
| SOFT DRINK-MEDIUM | 1.79 |
| SOFT DRINK-LARGE | 1.89 |
| Subtotal | 16.66 |
| Tax | 1.50 |
| ToGo Total | 18.16 |
| Visa #XXXXXXXXXXX | $ 18.16 |
| Auth:00803C | |

Thanks!!!
And have a Great Day!!!
Let Paradise take care of your
Catering Needs.
Fax 317-634-5090

--- Check Closed ---

22,57

4-4-10
TRIP

5

```
DONATOS PIZZA 142
INDIANAPOLIS, IN
  384527           02
APR 05, 10  APPROVAL
               09671C


***********
VISA           *****
        SALE
ROC #      TERMINAL #
 515161     22911264

 FOOD AND BEVERAGE

BASE AMOUNT   $17.20

TIP AMOUNT    ____ 5.00

TOTAL        22.20


X_____
  I AGREE TO PAY ABOVE TOTAL AMOUNT
   ACCORDING TO CARD ISSUER AGREEMENT
  (MERCHANT AGREEMENT IF CREDIT VOUCHER)
         CUSTOMER COPY
```

6



Chase Tower
111 Monument Cir.
Indianapolis, IN 46204
317-634-0404

## Order #567

Host: Alexandra                04/06/2010
Order #567                       12:42 PM
                                    50168

COOKIE (3 @1.35)                     4.05
  3  4/3 Cookies
COOKIE                               0.00
     4/3 Cookies

Subtotal                             4.05
Tax                                  0.36

ToGo Total                           4.41
CASH                             $ 20.00
**Change**                       $ 15.59


Thanks!!!
And have a Great Day!!!
Let Paradise take care of your
Catering Needs.
Fax 317-634-5090


--- Check Closed ---

4-4-10
Trip



LA QUINTA INN INDIANAPOLIS EAST
7304 EAST 21ST STREET
INDIANAPOLIS, IN 46219
3173591021

**KLEIN, HOWARD**                                    Folio#:  022462022
**25550 Chagrin Blvd.**                              Room:  223
**Suite 204**                                        Arrival:  04/04/10
**Beachwood, OH 44122**                              Departure:  04/06/10
**Company: LQ.COM**                                  Returns Club No :
                                                     Voucher/Ship/PO:

| Trans # | Date | Description | Charges | Payments | Balance |
|---------|------|-------------|---------|----------|---------|
| 222155 | 4/4/2010 | Guaranteed Reservation Charge | $111.60 | $0.00 | $111.60 |
| 222156 | 4/4/2010 | TAX - OCCUPANCY - CITY | $11.16 | $0.00 | $122.76 |
| 222157 | 4/4/2010 | TAX - OCCUPANCY - STATE | $7.82 | $0.00 | $130.58 |
| 222158 | 4/4/2010 | CC PMT - AMEX | $0.00 | $130.58 | $0.00 |
|  |  |  | **Balance:** |  | **$0.00** |

Method of Pay:

Signature:

THANK YOU
WE APPRECIATE YOUR BUSINESS

4-4-10
Trip



**LA QUINTA INN INDIANAPOLIS EAST**
7304 EAST 21ST STREET
INDIANAPOLIS, IN 46219
3173591021

**KLEIN, HOWARD**                                    **Folio#:** 022462102
**25550 Chagrin Blvd.**                              **Room:** 224
**Suite 204**                                        **Arrival:** 04/05/10
**Beachwood, OH 44122**                              **Departure:** 04/06/10
**Company: LQ.COM**                                  **Returns Club No :**
                                                     **Voucher/Ship/PO:**

| Trans # | Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 222697 | 4/5/2010 | Rm: 224 User Override | $111.60 | $0.00 | $111.60 |
| 222698 | 4/5/2010 | TAX - OCCUPANCY - CITY | $11.16 | $0.00 | $122.76 |
| 222699 | 4/5/2010 | TAX - OCCUPANCY - STATE | $7.82 | $0.00 | $130.58 |
| 222790 | 4/6/2010 | CC PMT - AMEX | $0.00 | $130.58 | $0.00 |
| | | | | **Balance:** | **$0.00** |

**Method of Pay:** Credit Card: AMEX - ...

**Signature:**

THANK YOU
WE APPRECIATE YOUR BUSINESS

4-4-10
Trip



**LA QUINTA INN INDIANAPOLIS EAST**
7304 EAST 21ST STREET
INDIANAPOLIS, IN 46219
3173591021

**KLEIN, HOWARD**                                         **Folio#:** 022462101
**3 HANOVER LANE**                                        **Room:** 223
**BEACHWOOD, OH 44122**                                   **Arrival:** 04/05/10
**Company: INTERSTATE**                                   **Departure:** 04/06/10
                                                          **Returns Club No :** P77101033
                                                          **Voucher/Ship/PO:**

| Trans # | Date | Description | Charges | Payments | Balance |
|---------|------|-------------|---------|----------|---------|
| 222694 | 4/5/2010 | Rm: 223 User Override | $111.60 | $0.00 | $111.60 |
| 222695 | 4/5/2010 | TAX - OCCUPANCY - CITY | $11.16 | $0.00 | $122.76 |
| 222696 | 4/5/2010 | TAX - OCCUPANCY - STATE | $7.82 | $0.00 | $130.58 |
| 222789 | 4/6/2010 | CC PMT - AMEX | $0.00 | $130.58 | $0.00 |
| | | | | **Balance:** | $0.00 |

Method of Pay: Credit Card: AMEX - ..

Signature:

THANK YOU
WE APPRECIATE YOUR BUSINESS

*4-4-10*
*Trip*



**LA QUINTA INN INDIANAPOLIS EAST**
7304 EAST 21ST STREET
INDIANAPOLIS, IN 46219
3173591021

**KLEIN, HOWARD**
**25550 Chagrin Blvd.**
**Suite 204**
**Beachwood, OH 44122**
**Company: LQ.COM**

| | |
|---|---|
| **Folio#:** | 022462102 |
| **Room:** | 224 |
| **Arrival:** | 04/05/10 |
| **Departure:** | 04/06/10 |
| **Returns Club No :** | |
| **Voucher/Ship/PO:** | |

| Trans # | Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 222697 | 4/5/2010 | Rm: 224 User Override | $111.60 | $0.00 | $111.60 |
| 222698 | 4/5/2010 | TAX - OCCUPANCY - CITY | $11.16 | $0.00 | $122.76 |
| 222699 | 4/5/2010 | TAX - OCCUPANCY - STATE | $7.82 | $0.00 | $130.58 |
| | | | | **Balance:** | **$130.58** |

**Method of Pay:** Credit Card: AMEX - ...

**Signature:**

THANK YOU
WE APPRECIATE YOUR BUSINESS

4-4-10
TRIP

```
************************************
DATE 4/06/10                TIME 8:40PM
MID 001066928

        O'Charley's #252
        10289 E. Washington
        Indianapolis, IN
             46229
         317-898-1582

VISA      XXXXXXXXXXXXXX    S
AUTH 00221C   TBL 44   CHECK  702197
PRE-AUTH    Dining Room          PAT


AMOUNT                         23.55
TAX                             2.12
                           _____
SUBTOTAL  $       25.67

TIP  $..... 5,00

TOTAL $...... 30.67

============

CUSTOMER COPY
************************************
```



**✕ ARAMARK**

```
04/06/2010   000004
#8549   12:27PM SERV.0040004

Hamburger          $3.49
Grill Combo        $1.99
Grilled Chicken    $3.75
  Ex Cheese Grill  $0.49
Grill Combo        $1.99
MDSE ST           $11.71
TAX1               $1.05

***TOTAL          $12.76
VISA/MC           $12.76
CHANGE             $0.00

KLEIN/HOWARD
VISA
#***********
07269C
00000282
VISA/MC              $12.76

TIP AMOUNT    _____

TOTAL         _____

GUEST SIGNATURE
```

44

17.17

4-4-10
TRIP

```
YOUR RECEIPT
THANK YOU
CALL AGAIN
```

REG  04-07-2010 12:36
                    000353

| | | |
|---|---|---|
| DEPTO2 | | $1.25 |
| DEPT14 | T1T2 | $2.55 |
| DEPTO2 | | $0.75 |
| DEPTO2 | | $1.25 |
| DEPT14 | T1T2 | $5.95 |
| TAX-AMT 1 | | $8.50 |
| TAX 1 | | $0.77 |
| TOTAL | | $12.52 |
| CASH | | $20.00 |
| CHANGE | | $7.48 |

```
FOUR SEASONS RESTAUR
      1935 N SHADELAND
   INDIANAPOLIS IN 46219
        317-375-0528

  Terminal #:        00000001
   APR 07, 10          6:43 PM

 VISA
 ############       REF#:015
 SALE             AUTH #: 0366ZC
 BATCH #: 171

 AMOUNT              $30.89

 TIP            $_____39.89

 TOTAL          $_____

        APPROVED

     CUSTOMER COPY
```

4-4-10
TRiP

FOUR SEASONS RESTAUR
1935 N SHADELAND
INDIANAPOLIS IN 46219
317-375-0520

Terminal #:                 00000001
APR 06, 10                  7:15 PM

VISA
XXXXXXXXXX
SALE                        REF#:022
BATCH #: 173                AUTH #: 09524C

AMOUNT              $17.55
TIP             $
TOTAL           $

APPROVED

CUSTOMER COPY



Chase Tower
111 Monument Cir.
Indianapolis, IN 46204
317-634-0404

# Order #374

Host: Dawn                      04/08/2010
Order #374                      12:32 PM
                                30075

SAND SOUP COMBO                     7.49
  SOUP 1-CUP
  TURKEY CRAN SAND-1/2
  PARADISE/MOLASSES-SLICE
SOUP SALAD COMBO                    8.69
  DINNER ROLL
  SOUP 1-CUP
  Asian Chix-SM
SOFT DRINK-MEDIUM (2 @1.79)         3.58

Subtotal                           19.76
Tax                                 1.78

Here Total                         21.54
Visa #XXXXXXXXXXXX              $ 21.54
Auth:08456C

Thanks!!!
And have a Great Day!!!
Let Paradise take care of your
Catering Needs.
Fax 317-634-5090

--- Check Closed ---

4-4-10
TRIP



Chase Tower
111 Monument Cir.
Indianapolis, IN 46204
317-634-0404

# Order #346

| Host: Dawn | 04/09/2010 |
| Order #346 | 11:53 AM |
| | 30047 |

| MEATBALL PANINI-WHOLE | 7.19 |
| CIABATTA-2 SLICE | |
| COOKIE | |
| SOFT DRINK-MEDIUM (3 @1.79) | 5.37 |
| SAND SOUP COMBO | 7.49 |
| SOUP 1-CUP | |
| TUNA SALAD SAND-1/2 | |
| WHEAT SLC | |
| SAND SOUP COMBO | 7.49 |
| SOUP 1-CUP | |
| HAM & BRIE PANINI-1/2 | |
| CIABATTA-SLICE | |

| Subtotal | 27.54 |
| Tax | 2.48 |

Here Total
Visa #XXXXXXXXXXX●     30.02
Auth:01064C           $ 30.02

Thanks!!!
And have a Great Day!!!
Let Paradise take care of your
Catering Needs.
Fax 317-634-5090

--- Check Closed ---

4/9



Chase Tower
111 Monument Cir.
Indianapolis, IN 46204
317-634-0404

# Order #534

| Host: Micah | 04/09/2010 |
| Order #534 | 12:23 PM |
| | 50135 |

| COOKIE (3 @1.35) | 4.05 |
| 3  4/3 Cookies | |
| COOKIE | 0.00 |
| 4/3 Cookies | |

| Subtotal | 4.05 |
| Tax | 0.36 |

ToGo Total              4.41
CASH                 $ 10.00
Change               $ 5.59

Thanks!!!
And have a Great Day!!!
Let Paradise take care of your
Catering Needs.
Fax 317-634-5090

--- Check Closed ---

34.43

4-4-10
TRIP

10-50494-jps   Doc 410-4   FILED 08/10/11   ENTERED 08/10/11 09:46:12   Page 29 of 51



# Cartridge World®

**Cartridge World Downtown**

10 N Pennsylvania Street
Indianapolis, IN 46204
INA799
www.cwindydowntown.com

| | | Receipt #: | 104210 |
|---|---|---|---|
| 4/9/2010 | | Store: | 0000 |
| Assoc: dustin | | Cashier: | dustin |

| QTY | ITEM | | PRICE |
|---|---|---|---|
| 1 @ $99.99 | W/Ex CPY | | $99.99 |
| #1 | Disc $ ($99.40) | | |
| AR-455NT COLOR COPY | | | |

| 1 Unit(s) | Subtotal: | $99.99 |
|---|---|---|
| 7.000 % Tax: | | $7.00 |
| **RECEIPT TOTAL:** | | $106.99 |
| Change: | | $0.00 |

C/Card: $106.99  AMEX
Acct: XXXXXXXXXXXX 

Signature _____

**Thank you for Shopping at
Cartridge World Downtown**

All Returns and Exchanges require an original
receipt.

## Total Savings: $ ($99.40)

||||||| barcode |||||||
104210

DISCLAIMER: All trademarks are used for
descriptive purposes only. The names of other
companies, products, brands, or model
numbers may be trademarks of their respective
owners. Cartridge World makes no claims of
sponsorship, affiliations, or endorsement of its
products by any other company.

4-4-10
TRIP



**LA QUINTA**
INNS & SUITES

LA QUINTA INN INDIANAPOLIS EAST
7304 EAST 21ST STREET
INDIANAPOLIS, IN 46219
3173591021

**KLEIN, HOWARD**
25550 Chagrin Blvd.
Suite 204
Beachwood, OH 44122
Company: LQ.COM

Folio#: 022462019
Room: 224
Arrival: 04/06/10
Departure: 04/09/10
Returns Club No :
Voucher/Ship/PO:

| Trans # | Date | Description | Charges | Payments | Balance |
|---------|------|-------------|---------|----------|---------|
| 222985 | 4/6/2010 | Rm: 224 AARP - AARP RATE | $53.10 | $0.00 | $53.10 |
| 222986 | 4/6/2010 | TAX - OCCUPANCY - CITY | $5.31 | $0.00 | $58.41 |
| 222987 | 4/6/2010 | TAX - OCCUPANCY - STATE | $3.72 | $0.00 | $62.13 |
| 223139 | 4/7/2010 | Rm: 224 AARP - AARP RATE | $53.10 | $0.00 | $115.23 |
| 223140 | 4/7/2010 | TAX - OCCUPANCY - CITY | $5.31 | $0.00 | $120.54 |
| 223141 | 4/7/2010 | TAX - OCCUPANCY - STATE | $3.72 | $0.00 | $124.26 |
| 223310 | 4/8/2010 | Rm: 224 AARP - AARP RATE | $53.10 | $0.00 | $177.36 |
| 223311 | 4/8/2010 | TAX - OCCUPANCY - CITY | $5.31 | $0.00 | $182.67 |
| 223312 | 4/8/2010 | TAX - OCCUPANCY - STATE | $3.72 | $0.00 | $186.39 |
| 223337 | 4/9/2010 | CC PMT - AMEX | $0.00 | $186.39 | $0.00 |
| | | | | Balance: | $0.00 |

Method of Pay: Credit Card: AMEX - ...

Signature:

THANK YOU
WE APPRECIATE YOUR BUSINESS

4-4-10
TRIP



**LA QUINTA**
**INNS & SUITES**

LA QUINTA INN INDIANAPOLIS EAST
7304 EAST 21ST STREET
INDIANAPOLIS, IN 46219
3173591021

KLEIN, HOWARD
25550 Chagrin Blvd.
Suite 204
Beachwood, OH 44122
Company: LQ.COM

Folio#: 022462020
Room: 223
Arrival: 04/06/10
Departure: 04/09/10
Returns Club No :
Voucher/Ship/PO:

| Trans # | Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 222982 | 4/6/2010 | Rm: 223 AARP - AARP RATE | $53.10 | $0.00 | $53.10 |
| 222983 | 4/6/2010 | TAX - OCCUPANCY - CITY | $5.31 | $0.00 | $58.41 |
| 222984 | 4/6/2010 | TAX - OCCUPANCY - STATE | $3.72 | $0.00 | $62.13 |
| 223136 | 4/7/2010 | Rm: 223 AARP - AARP RATE | $53.10 | $0.00 | $115.23 |
| 223137 | 4/7/2010 | TAX - OCCUPANCY - CITY | $5.31 | $0.00 | $120.54 |
| 223138 | 4/7/2010 | TAX - OCCUPANCY - STATE | $3.72 | $0.00 | $124.26 |
| 223307 | 4/8/2010 | Rm: 223 AARP - AARP RATE | $53.10 | $0.00 | $177.36 |
| 223308 | 4/8/2010 | TAX - OCCUPANCY - CITY | $5.31 | $0.00 | $182.67 |
| 223309 | 4/8/2010 | TAX - OCCUPANCY - STATE | $3.72 | $0.00 | $186.39 |
| | | | | Balance: | $186.39 |

Method of Pay: Credit Card: AMEX - ...██

Signature:

THANK YOU
WE APPRECIATE YOUR BUSINESS

4-4-10
TRIP

# 187-060



## THE MURAT CENTRE
MURAT THEATRE ❧ EGYPTIAN ROOM
GRAND LOBBY ❧ CORINTHIAN HALL

### PARKING
### DAILY
### ADMISSION RECEIPT

This ticket LICENSES the holder to park ONE AUTOMOBILE in this area. MURAT CENTRE hereby declares itself NOT RESPONSIBLE for fire, theft, damage or loss of any article left in same. ONLY A RENTAL OF SPACE LICENSE IS GRANTED HEREBY AND NO BAILMENT IS CREATED. Acceptance of this check constitutes acknowledgement by holder that he has read and agrees to the foregoing conditions.
Ticket VOID unless purchased upon admission to grounds.
FOR YOUR SAFETY AND THE SAFETY OF OTHERS, THE FOLLOWING ITEMS ARE NOT ALLOWED: CANS, BOTTLES, STADIUM SEATS, FRISBEES, FIREWORKS, ICE CHESTS, VIDEO EQUIPMENT, PICNIC BASKETS, LAWN FURNITURE, TAPE RECORDERS, ALCOHOL, COOKING EQUIPMENT, CAMERAS, FOOD, WEAPONS AND BEVERAGES.

# 187-100



## THE MURAT CENTRE
MURAT THEATRE ❧ EGYPTIAN ROOM
GRAND LOBBY ❧ CORINTHIAN HALL

### PARKING
### DAILY
### ADMISSION RECEIPT

This ticket LICENSES the holder to park ONE AUTOMOBILE in this area. MURAT CENTRE hereby declares itself NOT RESPONSIBLE for fire, theft, damage or loss of any article left in same. ONLY A RENTAL OF SPACE LICENSE IS GRANTED HEREBY AND NO BAILMENT IS CREATED. Acceptance of this check constitutes acknowledgement by holder that he has read and agrees to the foregoing conditions.
Ticket VOID unless purchased upon admission to grounds.
FOR YOUR SAFETY AND THE SAFETY OF OTHERS, THE FOLLOWING ITEMS ARE NOT ALLOWED: CANS, BOTTLES, STADIUM SEATS, FRISBEES, FIREWORKS, ICE CHESTS, VIDEO EQUIPMENT, PICNIC BASKETS, LAWN FURNITURE, TAPE RECORDERS, ALCOHOL, COOKING EQUIPMENT, CAMERAS, FOOD, WEAPONS AND BEVERAGES.

# 187-037



## THE MURAT CENTRE
MURAT THEATRE ❧ EGYPTIAN ROOM
GRAND LOBBY ❧ CORINTHIAN HALL

### PARKING
### DAILY
### ADMISSION RECEIPT

This ticket LICENSES the holder to park ONE AUTOMOBILE in this area. MURAT CENTRE hereby declares itself NOT RESPONSIBLE for fire, theft, damage or loss of any article left in same. ONLY A RENTAL OF SPACE LICENSE IS GRANTED HEREBY AND NO BAILMENT IS CREATED. Acceptance of this check constitutes acknowledgement by holder that he has read and agrees to the foregoing conditions.
Ticket VOID unless purchased upon admission to grounds.
FOR YOUR SAFETY AND THE SAFETY OF OTHERS, THE FOLLOWING ITEMS ARE NOT ALLOWED: CANS, BOTTLES, STADIUM SEATS, FRISBEES, FIREWORKS, ICE CHESTS, VIDEO EQUIPMENT, PICNIC BASKETS, LAWN FURNITURE, TAPE RECORDERS, ALCOHOL, COOKING EQUIPMENT, CAMERAS, FOOD, WEAPONS AND BEVERAGES.

# 187-019



## THE MURAT CENTRE
MURAT THEATRE ❧ EGYPTIAN ROOM
GRAND LOBBY ❧ CORINTHIAN HALL

### PARKING
### DAILY
### ADMISSION RECEIPT

This ticket LICENSES the holder to park ONE AUTOMOBILE in this area. MURAT CENTRE hereby declares itself NOT RESPONSIBLE for fire, theft, damage or loss of any article left in same. ONLY A RENTAL OF SPACE LICENSE IS GRANTED HEREBY AND NO BAILMENT IS CREATED. Acceptance of this check constitutes acknowledgement by holder that he has read and agrees to the foregoing conditions.
Ticket VOID unless purchased upon admission to grounds.
FOR YOUR SAFETY AND THE SAFETY OF OTHERS, THE FOLLOWING ITEMS ARE NOT ALLOWED: CANS, BOTTLES, STADIUM SEATS, FRISBEES, FIREWORKS, ICE CHESTS, VIDEO EQUIPMENT, PICNIC BASKETS, LAWN FURNITURE, TAPE RECORDERS, ALCOHOL, COOKING EQUIPMENT, CAMERAS, FOOD, WEAPONS AND BEVERAGES.

✗ 410
TR.8

_18_

Steak 'n Shake No:267
Order: 401905 PTV:   2
Name:  SAMUEL W   4/18/2010  8:15:54 PM
          SubTotal        11.98
          Tax              0.84
          Gratuity         5.00
          **Total**        **17.82**
Visa    Ending:7362    Amount    17.82
Exp:NOT EXP AuthCode: 05944C
Issued To: KLEIN/HOWARD

******************************************
       1/2 Price Happy Hour!!!
         Shakes and Drinks
      Weekdays 2-4 PM and now 2-4 AM!
      2-4 AM valid at 24 hour locations
******************************************
        THANK YOU FOR VISITING
      Tell Us About Your Experience
    1-877-STK-N-SHK (1-877-785-6745)
        To contact this store
         Call (937)235-3118

      NEW - Senior Discount Days!
    15% off on Mondays and Tuesdays for
         guests 65 and over!

_21_

               Chase Tower
            111 Monument Cir.
           Indianapolis, IN  45204
              317-634-0404

      Server: Dawn            DOB: 04/21/2010
      12:59 PM                     04/21/2010
      Order #381/1                 3/30082

      Visa                        3145824
      Card #XXXXXXXXXXXX●
      Magnetic card present: KLEIN HOWARD
      Approval: 07751C

              Amount:           21.43


               Thanks!!!
         And have a Great Day!!!
       Let Paradise take care of your
             Catering Needs.
            Fax 317-634-5090

               Guest Copy

                                          6
      Tax                              1.77

      Here Total                      21.43
      Visa #XXXXXXXXXXXX●           $ 21.43
         Auth:07751C

              Thanks!!!            + 5,0)
         And have a Great Day!!!
       Let Paradise take care of your   26.44
             Catering Needs.
            Fax 317-634-5090

            --- Check Closed ---


                                    4/18/10
                                    TRIP



**Paradise**
BAKERY & CAFE

Chase Tower
111 Monument Cir.
Indianapolis, IN 46204
317-634-0404

## Order #201

Host: Micah                          04/19/2010
Order #201                           1:11 PM
                                     20102

SOFT DRINK-MEDIUM (2 @1.79)          3.58
SAND SOUP COMBO                      7.49
   SOUP 1-CUP
   TURKEY TRAD SAND-1/2
   PARADISE/MOLASSES-SLICE
SOUP SALAD COMBO                     8.69
   DINNER ROLL
   SOUP 1-CUP
   Asian Chix-SM

Subtotal                             19.76
Tax                                   1.78

ToGo Total                           21.54
Visa #XXXXXXXXXXXX                  $ 21.54
   Auth:05226C

            Thanks!!!
        And have a Great Day!!!
      Let Paradise take care of your
            Catering Needs.
          Fax 317-634-5090

         --- Check Closed ---

---

Chase Tower
111 Monument Cir.
Indianapolis, IN 46204
317-634-0404

Server: Micah              DOB: 04/19/2010
01:11 PM                        04/19/2010
Order #201/1                     2/20102

Visa                             2097272
Card #XXXXXXXXXXXX
Magnetic card present: KLEIN HOWARD
Approval: 05226C

            Amount:          21.54

            Thanks!!!
        And have a Great Day!!!
      Let Paradise take care of your
            Catering Needs.
          Fax 317-634-5090

            Guest Copy

4-18-10
TRIP

*20*

Chase Tower
111 Monument Cir.
Indianapolis, IN 46204
317-634-0404

Server: Dawn
12:43 PM                    DOB: 04/20/2010
Order #352/1                     04/20/2010
                                    3/30053

Visa
Card #XXXXXXXXXXXX          3145795
Magnetic card present: KLEIN HOWARD
Approval: 01061C

              Amount:      20.01

              Thanks!!!
      And have a Great Day!!!
   Let Paradise take care of your
           Catering Needs.
         Fax 317-634-5090

           Guest Copy

---

*19*

FOUR SEASONS RESTAUR
1935 N SHADELAND
INDIANAPOLIS IN 46219
317-375-0520

Terminal #:            00000001
APR 19, 10              7:02 PM

VISA
XXXXXXXXXXX
SALE                REF#:017
BATCH #: 195        AUTH #: 03593C

AMOUNT              $22.17

TIP           $--------

TOTAL         $--------

          APPROVED

        CUSTOMER COPY

---

*20*

******************************************
CHECK # 706160          DATE  4/20/10
TABLE # 62              TIME  8:12PM
==========================================

  --  Dining Room : Kimberly    --

  ITEMS ORDERED              AMOUNT

  1 SESAME CHX               10.49
  1 GRILLED SHRIMP, bp*      12.99
  1 BEV                       2.39
  1 WATER                     0.00
  1 -AddSal                   2.69
  1 X/Side                    0.00
  1 Addon brocNoSea           1.99
  1 Addon                     0.00
  1 AddSalSoup                0.00

******************************************

SUBTOTAL              30.55
     TAX               2.75

$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$$
$$    Receive a FREE APPETIZER      $$
$$    with purchase of entree       $$
$$                                  $$
$$   (EXCLUDES COMBO APPETIZER)     $$
$$                                  $$
$$      Call 1-866-225-2445         $$
$$   Enter the Serial Number (Below) $$
$$                                  $$
$$   Please take our 5 minute survey $$
$$    within the next 48 hours      $$
$$ Limit one survey/coupon per month $$

4-18-10
TRIB

*20*

```
*************************************
DATE 4/20/10          TIME 8:13PM
MID 001066928


      O'Charley's #252
      10289 E. Washington
      Indianapolis, IN
            46229
         317-898-1582

VISA      XXXXXXXXXXXXXX   S
AUTH 09639C   TBL 62   CHECK  706160
PRE-AUTH      Dining Room      Kimberly


AMOUNT                        30.55
TAX                            2.75
              -------------------------
 SUBTOTAL  $        33.30

   TIP  $. . . . . . . . .

 TOTAL  $. . . . 40.10
                  =========

 CUSTOMER COPY
*************************************
```



*20*

Chase Tower
111 Monument Cir.
Indianapolis, IN 46204
317-634-0404

## Order #352

```
Host: Dawn                    04/20/2010
Order #352                    12:43 PM
                              30053

CHICKEN WALNUT-LARGE                 7.39
  LG MIXED GREEN COUNT
SOFT DRINK-MEDIUM (2 @1.79)          3.58
Asian Chix-LG                        7.39

Subtotal                            18.36
Tax                                  1.65

Here Total                          20.01
Visa #XXXXXXXXXXXX            $ 20.01
   Auth:01061C
```

Thanks!!!
And have a Great Day!!!
Let Paradise take care of your
Catering Needs.
Fax 317-634-5090


--- Check Closed ---

4-18-10
TRIP

21

21



THANK ... ITING STORE 5500
APPI ... IE AT .COH .NT  ...
WE APPR ... YOUR COMMEN ... 0.00

25 WEST HANLEY ...
...ANSFIELD, OH ...07

THANK YOU

MCDONALDS          TEL# (419)756-7708

28  KS#03  S#1    Apr.21'10(Wed)20:5
ST#C# 5500        MER# KB394H1613001

# Order #328    EAT IN

| | |
|---|---|
| 1 ANG.S DELUXE/MD FRY | 3.60 |
| 1 NO      MAYO | |
| 1 DBL QTR & MEDIUM FRY | 4.05 |
| 1 NO      CHEESE | |
| 1 MEDIUM COKE | 1.40 |
| 1 MEDIUM DIET COKE | 1.40 |
| | |
| SUB TOTAL | 10.45 |
| EAT IN TAX | 0.71 |
| | ----- |
| | 11.16 |

CARD ISSUER    ACCOUNT #
VISA SALE      ************
TRANSACTION AMOUNT              11.16
AUTH CODE 03556C SEQ# 3531

CASH TENDERED                    0.00

CHANGE                           0.00

---



Chase Tower
111 Monument Cir.
Indianapolis, IN  46204
317-634-0404

## Order #423

| | |
|---|---|
| Host: August | 04/21/2010 |
| Order #423 | 1:15 PM |
| | 40124 |
| | |
| COOKIE (3 @1.35) | 4.05 |
| 3  4/3 Cookies | |
| COOKIE | 0.00 |
| 4/3 Cookies | |
| | |
| Subtotal | 4.05 |
| Tax | 0.36 |
| | |
| ToGo Total | 4.41 |
| CASH | $ 5.01 |
| **Change** | **$ 0.60** |

Thanks!!!
And have a Great Day!!!
Let Paradise take care of your
Catering Needs.
Fax 317-634-5090

--- Check Closed ---

4-18-10
TR.8



# 187-349

## THE MURAT CENTRE

MURAT THEATRE  *  EGYPTIAN ROOM
GRAND LOBBY  ♥  CORINTHIAN HALL

### PARKING
### DAILY
### ADMISSION RECEIPT

This ticket LICENSES the holder to park ONE AUTOMOBILE in this area. MURAT CENTRE hereby declares itself NOT RESPONSIBLE for fire, theft, damage or loss of any article left in same. ONLY A RENTAL OF SPACE LICENSE IS GRANTED HEREBY AND NO BAILMENT IS CREATED. Acceptance of this check constitutes acknowledgement by holder that he has read and agrees to the foregoing conditions.
Ticket VOID unless purchased upon admission to grounds.
FOR YOUR SAFETY AND THE SAFETY OF OTHERS, THE FOLLOWING ITEMS ARE NOT ALLOWED: CANS, BOTTLES, STADIUM SEATS, FRISBEES, FIREWORKS, ICE CHESTS, VIDEO EQUIPMENT, PICNIC BASKETS, LAWN FURNITURE, TAPE RECORDERS, ALCOHOL, COOKING EQUIPMENT, CAMERAS, FOOD, WEAPONS AND BEVERAGES.



# 187-313

## THE MURAT CENTRE

MURAT THEATRE  *  EGYPTIAN ROOM
GRAND LOBBY  ♥  CORINTHIAN HALL

### PARKING
### DAILY
### ADMISSION RECEIPT

This ticket LICENSES the holder to park ONE AUTOMOBILE in this area. MURAT CENTRE hereby declares itself NOT RESPONSIBLE for fire, theft, damage or loss of any article left in same. ONLY A RENTAL OF SPACE LICENSE IS GRANTED HEREBY AND NO BAILMENT IS CREATED. Acceptance of this check constitutes acknowledgement by holder that he has read and agrees to the foregoing conditions.
Ticket VOID unless purchased upon admission to grounds.
FOR YOUR SAFETY AND THE SAFETY OF OTHERS, THE FOLLOWING ITEMS ARE NOT ALLOWED: CANS, BOTTLES, STADIUM SEATS, FRISBEES, FIREWORKS, ICE CHESTS, VIDEO EQUIPMENT, PICNIC BASKETS, LAWN FURNITURE, TAPE RECORDERS, ALCOHOL, COOKING EQUIPMENT, CAMERAS, FOOD, WEAPONS AND BEVERAGES.



# 187-390

## THE MURAT CENTRE

MURAT THEATRE  *  EGYPTIAN ROOM
GRAND LOBBY  ♥  CORINTHIAN HALL

### PARKING
### DAILY
### ADMISSION RECEIPT

This ticket LICENSES the holder to park ONE AUTOMOBILE in this area. MURAT CENTRE hereby declares itself NOT RESPONSIBLE for fire, theft, damage or loss of any article left in same. ONLY A RENTAL OF SPACE LICENSE IS GRANTED HEREBY AND NO BAILMENT IS CREATED. Acceptance of this check constitutes acknowledgement by holder that he has read and agrees to the foregoing conditions.
Ticket VOID unless purchased upon admission to grounds.
FOR YOUR SAFETY AND THE SAFETY OF OTHERS, THE FOLLOWING ITEMS ARE NOT ALLOWED: CANS, BOTTLES, STADIUM SEATS, FRISBEES, FIREWORKS, ICE CHESTS, VIDEO EQUIPMENT, PICNIC BASKETS, LAWN FURNITURE, TAPE RECORDERS, ALCOHOL, COOKING EQUIPMENT, CAMERAS, FOOD, WEAPONS AND BEVERAGES.

4-18-10
TR8



**LA QUINTA INN INDIANAPOLIS EAST**
7304 EAST 21ST STREET
INDIANAPOLIS, IN 46219
3173591021

**KLEIN, HOWARD**                                      Folio#: 022462993
**3 HANOVER LANE**                                       Room: 110
**BEACHWOOD, OH 44122**                              Arrival: 04/18/10
**Company: INTERSTATE**                            Departure: 04/21/10
                                             Returns Club No : P77101033
                                             Voucher/Ship/PO:

| Trans # | Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 226261 | 4/18/2010 | Rm: 110 User Override | $64.00 | $0.00 | $64.00 |
| 226262 | 4/18/2010 | TAX - OCCUPANCY - CITY | $6.40 | $0.00 | $70.40 |
| 226263 | 4/18/2010 | TAX - OCCUPANCY - STATE | $4.48 | $0.00 | $74.88 |
| 226349 | 4/19/2010 | Rm: 110 User Override | $64.00 | $0.00 | $138.88 |
| 226350 | 4/19/2010 | TAX - OCCUPANCY - CITY | $6.40 | $0.00 | $145.28 |
| 226351 | 4/19/2010 | TAX - OCCUPANCY - STATE | $4.48 | $0.00 | $149.76 |
| 226487 | 4/20/2010 | Rm: 110 User Override | $64.00 | $0.00 | $213.76 |
| 226488 | 4/20/2010 | TAX - OCCUPANCY - CITY | $6.40 | $0.00 | $220.16 |
| 226489 | 4/20/2010 | TAX - OCCUPANCY - STATE | $4.48 | $0.00 | $224.64 |
| | | | | **Balance:** | **$224.64** |

Method of Pay: Credit Card: AMEX - ...

Signature:

THANK YOU
WE APPRECIATE YOUR BUSINESS

4-18-10
TRiP



**LA QUINTA INN INDIANAPOLIS EAST**
7304 EAST 21ST STREET
INDIANAPOLIS, IN 46219
3173591021

**KLEIN, HOWARD**
**3 HANOVER LANE**
**BEACHWOOD, OH 44122**
**Company: INTERSTATE**

| | |
|---|---|
| Folio#: | 022462992 |
| Room: | 117 |
| Arrival: | 04/18/10 |
| Departure: | 04/21/10 |
| Returns Club No : | P77101033 |
| Voucher/Ship/PO: | |

| Trans # | Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 226279 | 4/18/2010 | Rm: 117 User Override | $64.00 | $0.00 | $64.00 |
| 226280 | 4/18/2010 | TAX - OCCUPANCY - CITY | $6.40 | $0.00 | $70.40 |
| 226281 | 4/18/2010 | TAX - OCCUPANCY - STATE | $4.48 | $0.00 | $74.88 |
| 226364 | 4/19/2010 | Rm: 117 User Override | $64.00 | $0.00 | $138.88 |
| 226365 | 4/19/2010 | TAX - OCCUPANCY - CITY | $6.40 | $0.00 | $145.28 |
| 226366 | 4/19/2010 | TAX - OCCUPANCY - STATE | $4.48 | $0.00 | $149.76 |
| 226502 | 4/20/2010 | Rm: 117 User Override | $64.00 | $0.00 | $213.76 |
| 226503 | 4/20/2010 | TAX - OCCUPANCY - CITY | $6.40 | $0.00 | $220.16 |
| 226504 | 4/20/2010 | TAX - OCCUPANCY - STATE | $4.48 | $0.00 | $224.64 |
| | | | | **Balance:** | **$224.64** |

**Method of Pay:** Credit Card: AMEX - .███

**Signature:**

THANK YOU
WE APPRECIATE YOUR BUSINESS

4-18-10
TRIP

*9*

### Frisch's®

## 176 HUBER HEIGHTS

8180 OLD TROY PIKE
HUBER HEIGHTS OH, 45424

### Table #12
PTY#02
Name : Pamela

| 1 BIG BOY | | 8.15 |
| 7F & SSB | W/LG SA | |
| 1 FISH SANDWICH | | 9.80 |
| FF & SSB | W/LG SA | |
| 1 WATER - 16 | | |
| 1 DIET COKE - 16 | | 1.70 |

| SUB | 19.65 |
| Inside Tax 7% | 1.38 |
| TIP | 4.00 |
| **TOTAL** | **25.03** |
| VISA | 25.03 |
| CHANGE DUE | 0.00 |

20:50    r02    5/09/10

## ORDER # 0627

THANK YOU FOR VISITING
FRISCH'S! PLEASE PAY THE
CASHIER. WE WOULD APPRECIATE
YOUR COMMENTS AND SUGGESTIONS.
1-937-237-5200
1-800-873-3633

*5-9-10*
*TRIP*



Thank You!!! 10

Bub's Burgers & Ice Cream
210 Main St
Carmel IN 46032
317.706.2827
www.bubsburgersandicecream.com

Server: Alexa          00720714
Table: Main 10
8:20:08 PM          5/10/2010

KLEIN/HOWARD          Visa
*************          Exp ****
Auth: 00214C
TroutD: 130182

Amount          $ 27.58

Tip          $ 5.

Total          $32.58

18%=4.96    20%=5.52    25%=6.90

Customer Copy

Bub's Burgers & Ice Cream
210 Main St
Carmel IN 46032
317.706.2827
www.bubsburgersandicecream.com

Server: Alexa
**Table: Main 10**
8:18:15 PM          5/10/2010
**Order #: 120**

| Item | Price |
|------|-------|
| Diet Coke | 2.00 |
| Elk Not So American | 9.95 |
| Fries Small | 1.20 |
| Rings Small | 2.65 |
| Diet Coke | 2.00 |
| Not So Swiss | 7.50 |

Subtotal:          25.30
Tax:          2.28
Total:          27.58

Total:          27.58

Have A Bub-tastic Day!

00714

10    1

Paradise

Order #249

Hosts: Sandra
Order 1210

LG BERRY SALAD          7.49
MIXED GREEN SALAD-LARGE          7.39
Asian Chix-LG          3.58
SOFT DRINK-MEDIUM (2 @ 1.79)

Subtotal          18.46
Tax          1.66

Here Total          20.12
Visa XXXXXXXXXX7362   $ 20.12
Auth: 062500

Thanks!!!
And have a Great Day!!!
Let Paradise take care of your
Catering Needs.
Fax 317-634-5090
--- Check Closed ---

5-9-10
TRIP




**Paradise**
BAKERY & CAFÉ

Chase Tower
111 Monument Cir.
Indianapolis, IN 46204
317-634-0404

## Order #383

Host: Dawn
Order #383                                    05/11/2010
                                               12:34 PM
                                               30084

GREEK SALAD-LARGE
  CAESAR SALAD-LARGE                           6.99
SOFT DRINK-MEDIUM (2 @1.79)                     3.58
TAI CHICKEN WRAP-WHOLE                          7.19
  TORTILLA
  COOKIE

Subtotal                                        17.76
Tax                                              1.60

Here Total                                      19.36
Visa #XXXXXXXXXX                               $ 19.36
Auth:05102C

          Thanks!!!
   And have a Great Day!!!
  Let Paradise take care of your
       Catering Needs.
     Fax 317-634-5090


--- Check Closed ---

---

**Paradise**
BAKERY & CAFÉ

Chase Tower
111 Monument Cir.
Indianapolis, IN 46204
317-634-0404

## Order #420

Host: August
Order #420                                    05/11/2010
                                               12:54 PM
                                               40121

                                                8.10
DOZEN COOKIES
                                                8.10
Subtotal                                         0.73
Tax

ToGo Total                                      8.83
Visa #XXXXXXXXXX                              $ 8.83
Auth:05324C

          Thanks!!!
   And have a Great Day!!!
  Let Paradise take care of your
       Catering Needs.
     Fax 317-634-5090


--- Check Closed ---

*(handwritten)* 8.83
*(handwritten, circled)* 28.17



*(handwritten)* 5-9-10
TRIP

12 ✓

## Don Hall's Castleton Grill
6010 East 82nd Street
5/12/10 8:29 PM
### Charge Receipt

| | |
|---|---|
| Server: | Tim |
| Table No: | 0 |
| Check No: | 982 |
| Trans Type: | Sale |
| Auth No: | 013210743056 |
| Account No: | ************ |
| Card: | Visa |
| Card Member: | KLEIN/HOWARD |
| **Amount:** | **$36.95** |

Tip: $ 7.05

Total: $ 44.00

X.........................................

Tip Guide
15%=$5.54      20%=$7.39      25%=$9.24
+15%=$42.49    +20%=$44.34    +25%=$46.19

Customer Copy

Have an idea for us?
DonHalls.com/idea

---

12 ✓

## Don Hall's Castleton Grill
6010 East 82nd Street
5/12/10 8:14 PM

Tim Table:21
### Check:982

Guest: 1 Ticket: 5018

| | |
|---|---|
| Iced Tea | $2.55 |
| Soft Drink | $2.55 |
| Sundried Salmon | $9.95 |
| Burger Patty Melt | $8.95 |
| Cobbler | $4.95 |
| Cobbler | $4.95 |
| | $33.90 |

Guest 1 Sub-Total

| Sub-Total | $33.90 |
|---|---|
| Sales Tax | $3.05 |

### Total                $36.95

Tip Guide
15%=$5.54      20%=$7.39      25%=$9.24
+15%=$42.49    +20%=$44.34    +25%=$46.19

Have an idea for us?
DonHalls.com/idea



05/12/2010
12:48 PM
3006

6.59

A.26

$20.99

— 12

**Paradise** BAKERY & CAFE

Chase Tower
111 Monument Cir.
Indianapolis, IN 46204
317-634-0404

Order #388

Host: Dawn
Order #388

BLUE CHEESE-LARGE
CAESAR SALAD-LARGE
SOFT DRINK-MEDIUM (2 @ .99)
SUB-SALAD/COMBO
DINNER ROLL
SOUP 1-CUP
Katen/Ch1-SM

Subtotal
Tax

Here Total
Visa XXXXXXXXXX
Auth:02231(?)

Thanks!!!
And have a great Day!!!
Let Paradise take care of your
Catering Needs.
Fax 317-634-5090

--- Check Closed ---

5-5-10
TRIP

B

4

Server: CASEY W      Rec:130
05/13/10 20:38, Swiped   T: 15 Term: 1

CHEESEBURGER IN PARADISE
5502
INDIANAPOLIS, IN 46256
(317)585-0247
MERCHANT #:

CARD TYPE     ACCOUNT NUMBER
VISA        XXXXXXXXXXXX
00 TRANSACTION APPROVED
AUTHORIZATION #: 03776C
Reference: 0513010000244
TRANS TYPE: Credit Card SALE

CHECK:         38.26

TIP: _____

TOTAL: _____ 46 2~

X_____

PHONE: (    )    -
***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT

---

*Thank you!*

CHEESEBURGER
*in Paradise*

0244   Table 15   #Party 2
CASEY W    SrvCk: 5   8:06p 05/13/10

| | |
|---|---|
| 1 MILKSHAKE CHOCOLATE | 3.49 |
| 1 DIET COKE | 2.29 |
| 1 CONCH FRITTERS | 6.99 |
| 2 SALAD W/ | 4.98 |
| 1 BEACH BURGER | 8.69 |
| 1 SWEET FIRE CHICKEN | 8.99 |

Sub Total:   35.43
TAX     :   2.83
05/13  8:37p TOTAL:    38.26

Find us on Facebook for great values
Cheeseburgerinparadise Fishers

Cheeseburger in Paradise
9770 Crosspoint Boulevard
Indianapolis, IN 46256
Phone: (317) 585-0247
www.cheeseburgerinparadise.com

B

5 2 10
T Pip



**that was easy.**

Low prices. Every item. Every day.
8640 East 96th St
Fishers, IN 46038

SALE                    1439397 5 001 93816
                        0809 05/13/10 07:50
QTY SKU                             PRICE


        REWARDS NUMBER 2114880889
1  COPYPLUS 8.5X11 CO
    122374                          40.99
SUBTOTAL                            40.99

    Standard Tax 7.00%               2.87

TOTAL                             $43.86


American Express                    43.86
Card No.: XXXXXXXXXX█████ [S]
Auth No.: 602532


        **TOTAL ITEMS   1**


            Compare and Save
        with Staples-brand products.

    THANK YOU FOR SHOPPING AT STAPLES !

        Shop online at www.staples.com

    Get $25 back in Staples Rewards when
        you spend $40 on ANY combination
            of case or ream paper.
    Limit 2 per week. Offer ends 5/22/10.
        Ask an associate or visit
    www.staples.com/paperdeal for details.



0 8 0 9 0 5 1 3 1 0 9 3 6 1 6 0 1

*S-9-10*
*TRIP*

Howard 14                              _14

McDonalds Merily Way
Thank You for Choosing McDonald's!

5562 MERILY WAY
HUBER HEIGHTS, OH 45424

THANK YOU

MERILY WAY          TEL# (937)236-8699
42 KS#02  **S#1**  May.14'10(Fri)19:27
STORE# 4472       MER# KB39685856001

# Order #242    EAT IN

1 ANGUS DELUXE MEAL              3.99
   1 W/O    MAYO
1 DBL QTR CH MEAL                4.39
2 MED COKE                       2.00

SUB TOTAL                       10.38
EAT IN TAX                       0.73
                                ------
                                11.11

CARD ISSUER    ACCOUNT #
VISA SALE      ***********
TRANSACTION AMOUNT              11.11
AUTH CODE 09079C SEQ# 8123

CASH TENDERED                    0.00

CHANGE                           0.00



Chase Tower
111 Monument Cir.
Indianapolis, IN 46204
317-634-0404

## Order #399

Host: Dawn                        05/14/2010
Order #399                        12:46 PM
                                  30100

SAND SOUP COMBO                      7.49
   SOUP 1-CUP
   TUNA SALAD SAND 1/2
   WHEAT SLC
   HAM & SWISS SAND-WHOLE           7.19
   WHITE 2 SLC
   COOKIE
   MEATBALL PANINI-WHOLE            7.19
   CIABATTA-2 SLICE
   COOKIE
SOUP 1-CUP                          3.89
DRINK-MEDIUM (3 @1.79)              5.37

Subtotal                            31.13
Tax                                  2.80

Here Total                          33.93
Visa **********              $ 33.93
Auth:00926C

                                    8.83

                              ( 42.76 )

Thanks!!!
And have a Great Day!!!
Let Paradise take care of your
Catering Needs.
Fax 317-634-5090

-- Check Closed --



# 187-963



## THE MURAT CENTRE

MURAT THEATRE ❧ EGYPTIAN ROOM
GRAND LOBBY ❦ CORINTHIAN HALL

### PARKING
### DAILY
### ADMISSION RECEIPT

This ticket LICENSES the holder to park ONE AUTOMOBILE in this area. MURAT CENTRE hereby declares itself NOT RESPONSIBLE for fire, theft, damage or loss of any article left in same. ONLY A RENTAL OF SPACE LICENSE IS GRANTED HEREBY AND NO BAILMENT IS CREATED. Acceptance of this check constitutes acknowledgement by holder that he has read and agrees to the foregoing conditions.

Ticket VOID unless purchased upon admission to grounds.

FOR YOUR SAFETY AND THE SAFETY OF OTHERS, THE FOLLOWING ITEMS ARE NOT ALLOWED: CANS, BOTTLES, STADIUM SEATS, FRISBEES, FIREWORKS, ICE CHESTS, VIDEO EQUIPMENT, PICNIC BASKETS, LAWN FURNITURE, TAPE RECORDERS, ALCOHOL, COOKING EQUIPMENT, CAMERAS, FOOD, WEAPONS AND BEVERAGES.

# 188-050

## THE MURAT CENTRE

MURAT THEATRE ❧ EGYPTIAN ROOM
GRAND LOBBY ❦ CORINTHIAN HALL

### PARKING
### DAILY
### ADMISSION RECEIPT

This ticket LICENSES the holder to park ONE AUTOMOBILE in this area. MURAT CENTRE hereby declares itself NOT RESPONSIBLE for fire, theft, damage or loss of any article left in same. ONLY A RENTAL OF SPACE LICENSE IS GRANTED HEREBY AND NO BAILMENT IS CREATED. Acceptance of this check constitutes acknowledgement by holder that he has read and agrees to the foregoing conditions.

Ticket VOID unless purchased upon admission to grounds.

FOR YOUR SAFETY AND THE SAFETY OF OTHERS, THE FOLLOWING ITEMS ARE NOT ALLOWED: CANS, BOTTLES, STADIUM SEATS, FRISBEES, FIREWORKS, ICE CHESTS, VIDEO EQUIPMENT, PICNIC BASKETS, LAWN FURNITURE, TAPE RECORDERS, ALCOHOL, COOKING EQUIPMENT, CAMERAS, FOOD, WEAPONS AND BEVERAGES.

# 188-009



## THE MURAT CENTRE

MURAT THEATRE ❧ EGYPTIAN ROOM
GRAND LOBBY ❦ CORINTHIAN HALL

### PARKING
### DAILY
### ADMISSION RECEIPT

This ticket LICENSES the holder to park ONE AUTOMOBILE in this area. MURAT CENTRE hereby declares itself NOT RESPONSIBLE for fire, theft, damage or loss of any article left in same. ONLY A RENTAL OF SPACE LICENSE IS GRANTED HEREBY AND NO BAILMENT IS CREATED. Acceptance of this check constitutes acknowledgement by holder that he has read and agrees to the foregoing conditions.

Ticket VOID unless purchased upon admission to grounds.

FOR YOUR SAFETY AND THE SAFETY OF OTHERS, THE FOLLOWING ITEMS ARE NOT ALLOWED: CANS, BOTTLES, STADIUM SEATS, FRISBEES, FIREWORKS, ICE CHESTS, VIDEO EQUIPMENT, PICNIC BASKETS, LAWN FURNITURE, TAPE RECORDERS, ALCOHOL, COOKING EQUIPMENT, CAMERAS, FOOD, WEAPONS AND BEVERAGES.

# 188-129



## THE MURAT CENTRE

MURAT THEATRE ❧ EGYPTIAN ROOM
GRAND LOBBY ❦ CORINTHIAN HALL

### PARKING
### DAILY
### ADMISSION RECEIPT

This ticket LICENSES the holder to park ONE AUTOMOBILE in this area. MURAT CENTRE hereby declares itself NOT RESPONSIBLE for fire, theft, damage or loss of any article left in same. ONLY A RENTAL OF SPACE LICENSE IS GRANTED HEREBY AND NO BAILMENT IS CREATED. Acceptance of this check constitutes acknowledgement by holder that he has read and agrees to the foregoing conditions.

Ticket VOID unless purchased upon admission to grounds.

FOR YOUR SAFETY AND THE SAFETY OF OTHERS, THE FOLLOWING ITEMS ARE NOT ALLOWED: CANS, BOTTLES, STADIUM SEATS, FRISBEES, FIREWORKS, ICE CHESTS, VIDEO EQUIPMENT, PICNIC BASKETS, LAWN FURNITURE, TAPE RECORDERS, ALCOHOL, COOKING EQUIPMENT, CAMERAS, FOOD, WEAPONS AND BEVERAGES.

5-9-10
TRiP



**LA QUINTA INN INDIANAPOLIS EAST**
7304 EAST 21ST STREET
INDIANAPOLIS, IN 46219
3173591021

**KLEIN, HOWARD**
**265550 CHAGRIN BLVD. # 204**
**BEACHWOOD, OH 44122**
**Company: LQ.COM**

Folio#:  022462994
Room:  110
Arrival:  05/09/10
Departure:  05/14/10
Returns Club No :  P77101033
Voucher/Ship/PO:

| Trans # | Date | Description | Charges | Payments | Balance |
|---------|------|-------------|---------|----------|---------|
| 230125 | 5/9/2010 | Rm: 110 AARP - AARP RATE | $53.10 | $0.00 | $53.10 |
| 230126 | 5/9/2010 | TAX - OCCUPANCY - CITY | $5.31 | $0.00 | $58.41 |
| 230127 | 5/9/2010 | TAX - OCCUPANCY - STATE | $3.72 | $0.00 | $62.13 |
| 230221 | 5/10/2010 | Rm: 110 AARP - AARP RATE | $53.10 | $0.00 | $115.23 |
| 230222 | 5/10/2010 | TAX - OCCUPANCY - CITY | $5.31 | $0.00 | $120.54 |
| 230223 | 5/10/2010 | TAX - OCCUPANCY - STATE | $3.72 | $0.00 | $124.26 |
| 230290 | 5/11/2010 | Rm: 110 AARP - AARP RATE | $53.10 | $0.00 | $177.36 |
| 230291 | 5/11/2010 | TAX - OCCUPANCY - CITY | $5.31 | $0.00 | $182.67 |
| 230292 | 5/11/2010 | TAX - OCCUPANCY - STATE | $3.72 | $0.00 | $186.39 |
| 230354 | 5/12/2010 | Rm: 110 AARP - AARP RATE | $53.10 | $0.00 | $239.49 |
| 230355 | 5/12/2010 | TAX - OCCUPANCY - CITY | $5.31 | $0.00 | $244.80 |
| 230356 | 5/12/2010 | TAX - OCCUPANCY - STATE | $3.72 | $0.00 | $248.52 |
| 230470 | 5/13/2010 | Rm: 110 AARP - AARP RATE | $53.10 | $0.00 | $301.62 |
| 230471 | 5/13/2010 | TAX - OCCUPANCY - CITY | $5.31 | $0.00 | $306.93 |
| 230472 | 5/13/2010 | TAX - OCCUPANCY - STATE | $3.72 | $0.00 | $310.65 |
| 230561 | 5/14/2010 | CC PMT - AMEX | $0.00 | $310.65 | $0.00 |

**Balance:**  **$0.00**

**Method of Pay:** Credit Card: AMEX - ...

**Signature:**

THANK YOU
WE APPRECIATE YOUR BUSINESS

5-9-10
TRIP



**LA QUINTA INN INDIANAPOLIS EAST**
7304 EAST 21ST STREET
INDIANAPOLIS, IN 46219
3173591021

KLEIN, HOWARD
265550 CHAGRIN BLVD. # 204
BEACHWOOD, OH 44122
Company: LQ.COM

| | |
|---|---|
| Folio#: | 022462995 |
| Room: | 111 |
| Arrival: | 05/09/10 |
| Departure: | 05/14/10 |
| Returns Club No : | P77101033 |
| Voucher/Ship/PO: | |

| Trans # | Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 230128 | 5/9/2010 | Rm: 111 AARP - AARP RATE | $53.10 | $0.00 | $53.10 |
| 230129 | 5/9/2010 | TAX - OCCUPANCY - CITY | $5.31 | $0.00 | $58.41 |
| 230130 | 5/9/2010 | TAX - OCCUPANCY - STATE | $3.72 | $0.00 | $62.13 |
| 230224 | 5/10/2010 | Rm: 111 AARP - AARP RATE | $53.10 | $0.00 | $115.23 |
| 230225 | 5/10/2010 | TAX - OCCUPANCY - CITY | $5.31 | $0.00 | $120.54 |
| 230226 | 5/10/2010 | TAX - OCCUPANCY - STATE | $3.72 | $0.00 | $124.26 |
| 230293 | 5/11/2010 | Rm: 111 AARP - AARP RATE | $53.10 | $0.00 | $177.36 |
| 230294 | 5/11/2010 | TAX - OCCUPANCY - CITY | $5.31 | $0.00 | $182.67 |
| 230295 | 5/11/2010 | TAX - OCCUPANCY - STATE | $3.72 | $0.00 | $186.39 |
| 230357 | 5/12/2010 | Rm: 111 AARP - AARP RATE | $53.10 | $0.00 | $239.49 |
| 230358 | 5/12/2010 | TAX - OCCUPANCY - CITY | $5.31 | $0.00 | $244.80 |
| 230359 | 5/12/2010 | TAX - OCCUPANCY - STATE | $3.72 | $0.00 | $248.52 |
| 230473 | 5/13/2010 | Rm: 111 AARP - AARP RATE | $53.10 | $0.00 | $301.62 |
| 230474 | 5/13/2010 | TAX - OCCUPANCY - CITY | $5.31 | $0.00 | $306.93 |
| 230475 | 5/13/2010 | TAX - OCCUPANCY - STATE | $3.72 | $0.00 | $310.65 |
| 230562 | 5/14/2010 | CC PMT - AMEX | $0.00 | $310.65 | $0.00 |
| | | | | **Balance:** | **$0.00** |

Method of Pay: Credit Card: AMEX - ...

Signature:

THANK YOU
WE APPRECIATE YOUR BUSINESS

5-9-10
TRIP