**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No. 10-50494 |
| | ) | |
| FAIR FINANCE COMPANY | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Chief Judge Marilyn Shea-Stonum |
| | ) | |

**NOTICE OF MOTION**

Brian A. Bash, Trustee, has filed papers with the Court requesting an Order to compromise with Marion County Republic Central Committee.

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

Pursuant to Local Bankruptcy Rule 9013-1, if you do not want the Court to grant said relief, or if you want the Court to consider your views on the Motion, then on or before September 29, 2011, you or your attorney must:

File with the Court a written request explaining your position at:

Clerk of Courts
United States Bankruptcy Court
455 U.S. Courthouse
2 South Main Street
Akron, Ohio 44308-1810

If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

You must also mail a copy to:

Brian A. Bash, Trustee
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, Ohio 44114-3482

If no objection is filed and served in the manner described above, the Court may grant the relief requested in the Motion without further notice of a hearing.

If an objection is filed and served in the manner described above, a hearing on the Motion will be set by the Court.

Date: September 12, 2011

Respectfully submitted,

*/s/ David Proaño*
Brian A. Bash, Trustee (0000134)
Kelly S. Burgan (0073649)
David Proaño (0078838)
Joseph M. Esmont (0084322)
BAKER & HOSTETLER LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, Ohio 44114-3482
Telephone: 216.621.0200
Facsimile: 216.696.0740
bbash@bakerlaw.com
kburgan@bakerlaw.com
dproano@bakerlaw.com
jesmont@bakerlaw.com

*Counsel for the Trustee*

## CERTIFICATE OF SERVICE

A copy of the foregoing has been served via ECF or regular, U.S. Mail, on September 12, 2011, on the attached service list.

*/s/ David Proaño*
David Proaño

*Counsel for the Trustee*

**SERVICE LIST**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Brian A Bash    bashtrustee@bakerlaw.com, bbash@ecf.epiqsystems.com
- Brian A Bash    BBash@bakerlaw.com
- Kelly Burgan    kburgan@bakerlaw.com
- Anthony J. Cespedes    ajc1253@yahoo.com
- Adam D. Cornett    acornett@taftlaw.com, cmillner@taftlaw.com;docket@taftlaw.com
- Breaden M Douthett    bdouthett@bakerlaw.com, krossiter@bakerlaw.com
- J Douglas Drushal    ddrushal@ccj.com
- Joseph Esmont    jesmont@bakerlaw.com, joe.esmont@gmail.com
- Leon Friedberg    lfriedberg@cpmlaw.com, knocera@cpmlaw.com;squinn@cpmlaw.com
- H Ritchey Hollenbaugh    hrh@cpmlaw.com, knocera@cpmlaw.com;slq@cpmlaw.com
- Steven G Janik    steven.janik@janiklaw.com
- Cynthia A Jeffrey    ecfndoh@reimerlaw.com, RACJ.ecfndoh@yahoo.com
- Stuart A. Laven    slaven@beneschlaw.com, docket@beneschlaw.com;mkrawczyk@beneschlaw.com;lbehra@beneschlaw.com
- Trish D. Lazich    trish.lazich@ohioattorneygeneral.gov, angelique.seals@ohioattorneygeneral.gov
- Scott B. Lepene    slepene@beneschlaw.com, docket@beneschlaw.com;mkrawczyk@beneschlaw.com;lbehra@beneschlaw.com
- David A Looney    attorney@bright.net
- Grant A Mason    gamason@millermast.com
- Matthew H Matheney    mmatheney@frantzward.com, dlbeatrice@frantzward.com
- Shorain L. McGhee    shorain.mcghee@sbcglobal.net
- David P. Meyer    dmeyer@dmlaws.com, docket@dmlaws.com
- David Polan Meyer    dmeyer@dmlaws.com
- Michael J Moran    moranecf@yahoo.com
- David A Mucklow    davidamucklow@yahoo.com
- Crystal L. Nicosia    crystal.nicosia@janiklaw.com
- Alexis Courtney Osburn    aosburn@bakerlaw.com
- Mark A Phillips    mphillips@beneschlaw.com, docket@beneschlaw.com;lbehra@beneschlaw.com;cgreen@beneschlaw.com
- Timothy Paul Piatt    tppiatt@mgplaborlaw.com
- Clinton E. Preslan    ndohbky@jbandr.com
- David F. Proano    dproano@bakerlaw.com
- Stephen J Pruneski    spruneski@rlbllp.com
- Ray H Stoess    raystoess@600westmain.com
- Timothy M. Sullivan    tim@tmslaw.net, alison@tmslaw.net
- Vance P Truman    medinaatty@yahoo.com, medinaatty@gmail.com
- United States Trustee    (Registered address)@usdoj.gov
- Nancy A Valentine    navalentine@hahnlaw.com, hlpcr@hahnlaw.com
- Thomas C Wagner    wagnert@tcwlawyers.com, wagnert@vwlawyers.com
- Wayne County Litigants    ddrushal@ccj.com
- Maria D. Giannirakis ust06    maria.d.giannirakis@usdoj.gov

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service).

Emily S. Donahue
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202

Christine A. Arnold
6005 Twin Lakes Drive
Parma, OH 44219

Charles R. Dyas, Jr.
Barnes & Thornburg LLP
Fifth Third Center
21 East State Street, Suite 1850
Columbus, OH 43215

Leon Friedberg
Dennis J. Concilla
Carl A. Aveni
H. Ritchey Hollenbaugh
Carlile Patchen & Murphy LLP
366 Broad Street
Columbus, OH 43215

Robert Boote
Ballard Shahr LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034

Leslie C Heilman
Ballard Spahr LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034

Mark A. Phillips
Stuart A. Laven, Jr.
Scott B. Lepene
Benesch Friedlander Coplan & Aronoff LLP
200 Public Square, Suite 2300
Cleveland, OH 44114

Lenore Kleinman
Office of the United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue East, Suite 441
Cleveland, Ohio 44114

Eric W. Sleeper
Barton Barton & Plotkin LLP
420 Lexington Avenue
New York, NY 10170

Gary Sallee
11650 Olio Road, Suite 1000-333
Fishers, IN 46037

Robert Hanlon
Eileen Hanlon
P.O. Box 42
State Route 43
Mogadore, OH 44260

John McCauley, Esq.
J. Richard Kiefer, Esq.
Bingham McHale LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204

Tobey Daluz
Ballard Spahr LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034

Jay Jaffe
Baker & Daniels LLP
600 E. 96th Street, Suite 600
Indianapolis, IN 46240

Michael V. Demczyk
12370 Cleveland Avenue, NW
P.O. Box 867
Uniontown, OH 44685

Michael J. Hebenstreit, Esq.
Whitham Hebenstreit & Zubek
151 N. Delaware Street Ste 2000
Indianapolis, IN 46204