**IT IS SO ORDERED.**

**Dated:  6 October, 2011 12:37 PM**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10-50494 |
| | ) | |
| FAIR FINANCE COMPANY | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Chief Judge Marilyn Shea-Stonum |
| | ) | |

## ORDER APPROVING APPLICATION
## FOR INTERIM ALLOWANCE OF COMPENSATION AND
## REIMBURSEMENT OF EXPENSES BY HOWARD L. KLEIN CO.

This matter is before the Court on the Application for Interim Allowance of Compensation and Reimbursement of Expenses By Howard L. Klein Co (the "**Application**"),[1] pursuant to 11 U.S.C. §§ 330 and 331 and General Order 93-1.  There were no objections or responses to the Application.  On September 13, 2010, the Court held a hearing on the Application.  Based upon the Application, and the representations of counsel at the hearing on

---

[1]  Capitalized terms not defined herein have the meanings given in the Application, which are incorporated by reference herein.

the Application, and after due deliberation, this Court finds as follows:

    A.    On March 2, 2010, the United States Trustee filed the Notice of Appointment of Interim Chapter 7 Trustee *nunc pro tunc* effective February 24, 2010 [Docket No. 41]. Attorney Bash is the duly appointed, qualified and acting interim Trustee in the within proceedings.

    B.    Howard L. Klein Co. was authorized to serve as forensic accountant for the Trustee, effective as of February 22, 2010.

    C.    This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2) and venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

    D.    This Court has the authority to decide this Application pursuant to Sections 327, 328, 330 and 331 of the Bankruptcy Code and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure.

    E.    Adequate and proper notice of the Application was given and no other or further notice is necessary.

    F.    The relief requested in the Application is in the best interests of the Debtor, its estate, its creditors, and other parties in interest. The Court finds that the services and expenses were both reasonable and necessary and comply with the Bankruptcy Code and the United States Trustee's Guidelines for Reviewing Applications for Compensation.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

    1.    The Application is approved on the terms set forth herein on an interim basis and subject to final review by this Court.

2. The expenses set forth in the Application in the amount of **$11,200.63** are hereby approved and allowed for payment on an interim basis.

3. The fees set forth in the Application in the amount of **$298,156.25** are hereby approved and allowed for payment on an interim basis.

IT IS SO ORDERED.

# # #

SUBMITTED BY:

BAKER & HOSTETLER LLP

*/s/ Kelly S. Burgan*
Brian A. Bash, Trustee (0000134)
Kelly S. Burgan (0073649)
Joseph M. Esmont (0084322)
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, Ohio 44114-3482
Telephone: 216.621.0200
Facsimile: 216.696.0740

*Counsel for the Trustee*