**IT IS SO ORDERED.**

**Dated:  01:02 PM November 29 2012**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10-50494 |
| | ) | |
| FAIR FINANCE COMPANY | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Chief Judge Marilyn Shea-Stonum |
| | ) | |

**ORDER ALLOWING APPLICATION FOR INTERIM ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES BY HOWARD L. KLEIN CO., FOR FORENSIC ACCOUNTING SERVICES TO THE TRUSTEE**

This matter came before the Court upon the Second Application for Compensation and Reimbursement of Expenses for the Period January 1, 2011 Through September 30, 2012, Filed By Howard L. Klein Co., for work performed from January 1, 2011 through and including September 30, 2012, filed on October 30, 2012 [the "**Application**" – Dkt. No. 1122] pursuant to (a) 11 U.S.C. §§ 330 and 331, (b) Fed. R. Bankr. P. 2016, (c) Rule 2016-1 of the Local Bankruptcy Rules, (d) this Court's Guidelines for Compensation and Expense Reimbursement of Professionals; and (e) the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. §§ 330 adopted by the Executive Office for

United States Trustees.

The Court having considered the Application and the representations of Mr. Klein and the Trustee at the November 20, 2012 hearing conducted by the Court on the Application, and after due deliberation, this Court finds as follows:

A.     Brian A. Bash is the duly appointed, qualified and acting Trustee in the within proceedings.  Howard L. Klein Co. was authorized to serve as Forensic Accountant to the Trustee, effective as of February 23, 2010, pursuant to this Court's Order Authorizing the Retention of Howard L. Klein Co. as Forensic Accountant to the Trustee (the **"Retention Order"**), dated March 23, 2010 [Docket No. 67].

B.     This Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding under 28 U.S.C. § 157(b)(2) and venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  This Court has the authority to decide this Application pursuant to Sections 327, 328, 330 and 331 of the Bankruptcy Code and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure.

C.     Adequate and proper notice of the Application was given and no other or further notice is necessary.

D.     The relief requested in the Application is in the best interests of the Debtor, its estate, its creditors, and other parties in interest.  The Court finds that the services and expenses granted herein were reasonable and necessary and comply with the Bankruptcy Code and the United States Trustee's Guidelines for Reviewing Applications for Compensation.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.     The Application is granted on an interim basis and subject to final review by this Court.

1

2.     The expenses set forth in the Application, in the amount of $7,639.15, are hereby approved and allowed for payment on an interim basis.

3.     The fees set forth in the Application for the period from January 1, 2011 to September 30, 2012, totaling $575,600.00, are hereby approved and allowed for payment on an interim basis.

IT IS SO ORDERED.

# # #

SUBMITTED BY:

BAKER & HOSTETLER LLP

/s/ *Michael A. VanNiel*

Joseph F. Hutchinson, Jr. (0018210)
Kelly S. Burgan (0073649)
Michael A. VanNiel (0073948)
BAKER & HOSTETLER LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, Ohio 44114-3482
Telephone: 216.621.0200
Facsimile: 216.696.0740

*Counsel for the Trustee*

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Richard M Bain    bain@buckleyking.com, krupa@buckleyking.com
- Stephen M Bales    sbales@zieglermetzger.com, dmalloy@zieglermetzger.com
- Brian A Bash    bashtrustee@bakerlaw.com, bbash@ecf.epiqsystems.com
- Brian A Bash    BBash@bakerlaw.com
- John E. Bator    jbator@batorlaw.com, sbator@batorlaw.com
- Kathryn A. Belfance    kb@rlbllp.com
- John B. Blanton    jblanton@bakerlaw.com
- Kelly Burgan    kburgan@bakerlaw.com
- Patrick W. Carothers    pcarothers@thorpreed.com, dtomko@thorpreed.com;ghauswirth@thorpreed.com;rhotaling@thorpreed.com;jshannon@thorpreed.com
- Anthony J. Cespedes    ajc1253@yahoo.com
- Michael L. Cioffi    cioffi@blankrome.com
- LeGrand L Clark    legrand.clark@atg.in.gov, stephanie.patrick@atg.in.gov
- Deborah A. Coleman    dacoleman@hahnlaw.com, hlpcr@hahnlaw.com;mcsoulsby@hahnlaw.com;cmbeitel@hahnlaw.com
- Anthony J DeGirolamo    ajdlaw@sbcglobal.net
- Daniel A DeMarco    dademarco@hahnlaw.com, hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com
- Rocco I. Debitetto    ridebitetto@hahnlaw.com, hlpcr@hahnlaw.com
- Duriya Dhinojwala    dhinojwala@ccj.com, duriya1@hotmail.com
- Michelle L. DiBartolo    mdibartolo@ttmlaw.com, mldibartolo@gmail.com
- James M. Dickerson    jdickerson@bgdlegal.com, bmartin@bgdlegal.com;mthompson@bgdlegal.com
- Breaden M Douthett    bdouthett@bakerlaw.com, krossiter@bakerlaw.com;fairfinancedocket@bakerlaw.com
- J Douglas Drushal    ddrushal@ccj.com
- Charles R. Dyas    charles.dyas@btlaw.com
- Joseph Esmont    jesmont@bakerlaw.com, joe.esmont@gmail.com;fairfinancedocket@bakerlaw.com
- Gregory R Farkas    gfarkas@frantzward.com, dlbeatrice@frantzward.com
- Adam Lee Fletcher    afletcher@bakerlaw.com
- Dov Frankel    dfrankel@taftlaw.com, dwhite@taftlaw.com;docket@taftlaw.com
- Leon Friedberg    lfriedberg@cpmlaw.com, knocera@cpmlaw.com;squinn@cpmlaw.com
- Ronald P. Friedberg    rfriedberg@meyersroman.com, vvardon@meyersroman.com
- Marc P Gertz    mpgertz@goldman-rosen.com, kls@goldman-rosen.com;kstone_56@hotmail.com
- Harry W Greenfield    bankpleadings@bucklaw.com, young@buckleyking.com;toole@buckleyking.com;heberlein@buckleyking.com
- John J Guy    johnguy@neo.rr.com
- H Ritchey Hollenbaugh    hrh@cpmlaw.com, knocera@cpmlaw.com;slq@cpmlaw.com
- Joseph F. Hutchinson    jhutchinson@bakerlaw.com, smaxwell@bakerlaw.com;fairfinancedocket@bakerlaw.com
- Steven G Janik    steven.janik@janiklaw.com
- Cynthia A Jeffrey    ecfndoh@reimerlaw.com, RACJ.ecfndoh@yahoo.com
- Kenneth C Johnson    kjohnson@bricker.com, rdelsignore@bricker.com
- Nathaniel R. Jones    jones-n@blankrome.com
- Patrick J Keating    pkeating@bdblaw.com
- Scott J. Kelly    skelly@hahnlaw.com
- Suzana Krstevski Koch    skoch@brouse.com, tpalcic@brouse.com;rhaupt@brouse.com
- John F Kostelnik    jkostelnik@frantzward.com, dlbeatrice@frantzward.com
- David R. Krebs    dkrebs@hklawfirm.com, dadams@hklawfirm.com
- Stuart A. Laven    slaven@beneschlaw.com, docket@beneschlaw.com;mkrawczyk@beneschlaw.com;lbehra@beneschlaw.com
- James Michael Lawniczak    jlawniczak@calfee.com
- Trish D. Lazich    trish.lazich@ohioattorneygeneral.gov, angelique.seals@ohioattorneygeneral.gov
- Scott B. Lepene    scott.lepene@thompsonhine.com, docket@thompsonhine.com,betty.ribic@thompsonhine.com,marcia.burston@thompsonhine.com
- Jeffrey M Levinson    jml@jml-legal.com

- David A Looney     attorney@bright.net, davelooney1@gmail.com
- Thomas R Lucchesi     tlucchesi@bakerlaw.com
- Crystal L. Maluchnik     crystal.maluchnik@janiklaw.com
- Grant A Mason     gamason@millermast.com
- Matthew H Matheney     mmatheney@tddlaw.com, showard@tddlaw.com
- Shorain L. McGhee     shorain.mcghee@sbcglobal.net
- Warner Mendenhall     warnermendenhall@hotmail.com, bcyecfnotify@rushpost.com
- Tarek E. Mercho     tmercho@mercholegal.com
- David P. Meyer     dmeyer@dmlaws.com, docket@dmlaws.com
- David Polan Meyer     dmeyer@dmlaws.com
- Michael J Moran     moranecf@yahoo.com, moranecf@gmail.com
- David A Mucklow     davidamucklow@yahoo.com
- Steven J. Mulligan     stevenmulligan@cox.net
- Maritza S. Nelson     mnelson@bakerlaw.com
- Josephine S. Noble     josephine.noble@ogletreedeakins.com, jennifer.mcguigan@ogletreedeakins.com
- Alexis Courtney Osburn     aosburn@bakerlaw.com, fairfinancedocket@bakerlaw.com
- F. Anthony Paganelli     tpaganelli@taftlaw.com
- Mark A Phillips     mphillips@beneschlaw.com, docket@beneschlaw.com;lbehra@beneschlaw.com;cgreen@beneschlaw.com
- Kenneth G. Prabucki     kprabucki@bakerlaw.com
- Clinton E. Preslan     ndohbky@jbandr.com
- David F. Proano     dproano@bakerlaw.com, fairfinancedocket@bakerlaw.com
- Stephen J Pruneski     spruneski@rlbllp.com
- Timothy J Richards     trichards@frantzward.com, dlbeatrice@frantzward.com
- Mark Riemer     mriemer@goldman-rosen.com, andreag@goldman-rosen.com
- Tim Robinson     tim.robinson@dinsmore.com, lisa.geeding@dinsmore.com
- James E Rossow     jim@rubin-levin.net, susan@rubin-levin.net
- Matthew J. Samsa     msamsa@mcdonaldhopkins.com, docket@beneschlaw.com;cgreen@beneschlaw.com
- Rafael A Sanchez     rsanchez@bgdlegal.com, lcase@bgdlegal.com
- Richard V. Singleton     rsingleton@blankrome.com, kreda@blankrome.com;jhanner@blankrome.com
- Dale S Smith     dsmith@frantzward.com, dlbeatrice@frantzward.com
- Michael A. Steel     masteel@goldman-rosen.com, andreag@goldman-rosen.com;bstewart@goldman-rosen.com
- Rachel L. Steinlage     rsteinlage@meyersroman.com, jray@meyersroman.com
- Ray H Stoess     raystoess@600westmain.com
- Megan D. Stricker     mnovinc@davisyoung.com, gcampbell@davisyoung.com
- Timothy M. Sullivan     tim@tmslaw.net, alison@tmslaw.net;elaine@tmslaw.net;martin@tmslaw.net
- Jonathan D. Sundheimer     jsundheimer@btlaw.com
- Gregory D Swope     gswope@kwgd.com, mhelmick@kwgd.com
- David J. Theising     dtheising@harrisonmoberly.com
- Ronald N Towne     rtowne@neolaw.biz, awehener@neolaw.biz
- Vance P Truman     medinaatty@yahoo.com, medinaatty@gmail.com
- United States Trustee     (Registered address)@usdoj.gov
- Michael S Tucker     mtucker@ulmer.com
- Nancy A Valentine     navalentine@hahnlaw.com, hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com
- Michael A. VanNiel     mvanniel@bakerlaw.com
- Thomas C Wagner     wagnert@tcwlawyers.com, wagnert@vwlawyers.com
- Wayne County Litigants     ddrushal@ccj.com
- Nicholas L. White     nwhite@bakerlaw.com, fairfinancedocket@bakerlaw.com
- Alicia Raina Whiting-Bozich     whiting-bozich@buckleyking.com, heberlein@buckleyking.com
- Robert M Whittington     robertwhittington0@gmail.com
- David E. Wright     dwright@kgrlaw.com, mem@kgrlaw.com
- Lenore Kleinman ust04     Lenore.Kleinman@usdoj.gov
- Maria D. Giannirakis ust06     maria.d.giannirakis@usdoj.gov

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service).

Emily S. Donahue
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, TX  75202

Eric W. Sleeper
Barton Barton & Plotkin LLP
420 Lexington Avenue
New York, NY  10170

Christine A. Arnold
6005 Twin Lakes Drive
Parma, OH  44219

Gary Sallee
11650 Olio Road, Suite 1000-333
Fishers, IN  46037

Charles R. Dyas, Jr.
Barnes & Thornburg LLP
Fifth Third Center
21 East State Street, Suite 1850
Columbus, OH  43215

Robert Hanlon
Eileen Hanlon
P.O. Box 42
State Route 43
Mogadore, OH  44260

Leon Friedberg
Dennis J. Concilla
Carl A. Aveni
H. Ritchey Hollenbaugh
Carlile Patchen & Murphy LLP
366 Broad Street
Columbus, OH  43215

John McCauley, Esq.
J. Richard Kiefer, Esq.
Bingham McHale LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN  46204

Robert Boote
Ballard Shahr LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034

Tobey Daluz
Ballard Spahr LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034

Leslie C Heilman
Ballard Spahr LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034

Jay Jaffe
Faegre Baker Daniels LLP
600 E. 96th Street, Suite 600
Indianapolis, IN  46240

Lenore Kleinman
Office of the United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue East, Suite 441
Cleveland, Ohio 44114

Michael V. Demczyk
12370 Cleveland Avenue, NW
P.O. Box 867
Uniontown, OH  44685

Lothar Jung
12962 W. Linden Avenue
Parma, OH  44130-5817

Charles Boerner
1848 Ritchie Road
Stow, OH  44224

Mary I. Mace
3001 Bickleigh Avenue
Akron, OH  44312-5921

John J. Kuster
Benjamin R. Nagin
Sidley Austin LLP
787 Seventh Avenue
New York, NY  10019