**This document was signed electronically on November 10, 2014, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: November 10, 2014**



Pat E. Morgenstern-Clarren
Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: ) | |
| ) | Case No.: 10-50494 |
| FAIR FINANCE COMPANY, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | Chief Judge Pat E. Morgenstern-Clarren |

**ORDER GRANTING THE FIRST INTERIM FEE APPLICATION FILED BY
<u>SKODA MINOTTI & CO.</u>**

This matter came before the Court on the *First Fee Application for Allowance of Interim Compensation and Reimbursement of Expenses from the Period September 1, 2013 Through and Including August 31, 2014, Filed by Skoda Minotti as Consulting and Testifying Expert for the Estate* [Dkt. No. 1527] and the *Cover Sheet and Certifications for the First Fee Application for Allowance of Interim Compensation and Reimbursement of Expenses from the Period September 1, 2013 Through and Including August 31, 2014, Filed by Skoda Minotti as Consulting and Testifying Expert for the Estate* [Dkt. No. 1595] (together, the "**Application**"). The relief sought in the Application is sought pursuant to (i) 11 U.S.C. §§ 330 and 331, (ii) Rule 2016 of the Federal Rules of Bankruptcy Procedure, (iii) Rule 2016-1 of the Local Bankruptcy Rules, (iv) the Court's Guidelines for Compensation and Expense Reimbursement of Professionals, and (v) the Guidelines for Reviewing

Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330, adopted by the Executive Office for United States Trustees.

The Court has considered the Application and the representations of Howard L. Klein, the Trustee and counsel for the Trustee at the November 6, 2014 hearing conducted by the Court on the Application. After due deliberation, the Court finds as follows:

A. The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2), and venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This Court has the authority to decide this Application pursuant to Sections 327, 328, 330 and 331 of the Bankruptcy Code and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure.

B. Adequate and proper notice of the Application was given, and no other or further notice is necessary.

C. Skoda, Minotti & Co. is authorized, by an order of this Court dated September 10, 2013 [Dkt. No. 1313], to serve as a consulting and testifying expert for the estate. Skoda Minotti provided services as a consulting and testifying expert for the estate during the period from September 1, 2013 through and including August 31, 2014 (the "**Application Period**").

D. In the Application, Skoda Minotti requested approval of fees in the amount of $298,941.75, and expenses in the amount of $156.93, all of which were incurred during the Application Period.

E. In accordance with this Court's order dated August 12, 2013 [Dkt. No. 1302] (the "**Expert Compensation Order**"), Skoda Minotti received interim payments for the fees it incurred during the Application Period. To date, Skoda Minotti has received payment for 80% of the fees ($239,153.40) and 100% of the expenses ($156.93) it incurred during the Application Period.

F. The relief requested in the Application is in the best interest of the Debtor, its estate, its creditors and other parties-in-interest. The Court finds that the fees and expenses requested by

Skoda Minotti are reasonable and necessary and comply with the Bankruptcy Code and the United States Trustee's Guidelines for Reviewing Applications for Compensation.

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1. The Application is granted on an interim basis and subject to final review by this Court.

2. The fees requested in the Application are approved and allowed for payment.

3. The expenses requested in the Application are approved and allowed for payment.

4. The Trustee is authorized and directed to pay Skoda Minotti the amount of **$59,788.35**, representing the total amount sought in the Application for fees and expenses incurred by Skoda Minotti during the Application Period, *less* amounts that have already been paid by the estate in accordance with the Expert Compensation Order.

5. This Order is without prejudice to the Trustee's ability to obtain future services from Skoda Minotti as needed.

**IT IS SO ORDERED.**

# # #

Submitted by:

*/s/ Alexis C. Osburn*
Alexis C. Osburn (0083642)
BAKER & HOSTETLER LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, Ohio  44114-3482
Telephone: 216.621.0200
Email: aosburn@bakerlaw.com

# SERVICE LIST

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Richard M Bain    bain@buckleyking.com, krupa@buckleyking.com
- Stephen M Bales    sbales@zieglermetzger.com, dmalloy@zieglermetzger.com
- Brian A Bash    bashtrustee@bakerlaw.com, bbash@ecf.epiqsystems.com
- Brian A Bash    BBash@bakerlaw.com
- John E. Bator    jbator@batorlaw.com, sbator@batorlaw.com
- Kathryn A. Belfance    kb@rlbllp.com
- John B. Blanton    jblanton@bakerlaw.com
- Kelly Burgan    kburgan@bakerlaw.com
- Patrick W. Carothers    pcarothers@thorpreed.com, dtomko@thorpreed.com;ghauswirth@thorpreed.com;rhotaling@thorpreed.com;jshannon@thorpreed.com
- Anthony J. Cespedes    ajc1253@yahoo.com
- Michael L. Cioffi    cioffi@blankrome.com
- LeGrand L Clark    legrand.clark@atg.in.gov, stephanie.patrick@atg.in.gov
- Deborah A. Coleman    dacoleman@hahnlaw.com, hlpcr@hahnlaw.com;mcsoulsby@hahnlaw.com;cmbeitel@hahnlaw.com
- Anthony J DeGirolamo    ajdlaw@sbcglobal.net
- Daniel A DeMarco    dademarco@hahnlaw.com, hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com
- Rocco I. Debitetto    ridebitetto@hahnlaw.com, hlpcr@hahnlaw.com
- Duriya Dhinojwala    dhinojwala@ccj.com, duriya1@hotmail.com
- Michelle L. DiBartolo    mdibartolo@ttmlaw.com, mldibartolo@gmail.com
- James M. Dickerson    jdickerson@bgdlegal.com, bmartin@bgdlegal.com;mthompson@bgdlegal.com
- Breaden M Douthett    bdouthett@bakerlaw.com, krossiter@bakerlaw.com;fairfinancedocket@bakerlaw.com
- J Douglas Drushal    ddrushal@ccj.com
- Charles R. Dyas    charles.dyas@btlaw.com
- Joseph Esmont    jesmont@bakerlaw.com, joe.esmont@gmail.com;fairfinancedocket@bakerlaw.com
- Gregory R Farkas    gfarkas@frantzward.com, dlbeatrice@frantzward.com
- Adam Lee Fletcher    afletcher@bakerlaw.com
- Dov Frankel    dfrankel@taftlaw.com, dwhite@taftlaw.com;docket@taftlaw.com
- Leon Friedberg    lfriedberg@cpmlaw.com, knocera@cpmlaw.com;squinn@cpmlaw.com
- Ronald P. Friedberg    rfriedberg@meyersroman.com, vvardon@meyersroman.com
- Marc P Gertz    mpgertz@goldman-rosen.com, kls@goldman-rosen.com;kstone_56@hotmail.com
- Harry W Greenfield    bankpleadings@bucklaw.com, young@buckleyking.com;toole@buckleyking.com;heberlein@buckleyking.com
- John J Guy    johnguy@neo.rr.com
- H Ritchey Hollenbaugh    hrh@cpmlaw.com, knocera@cpmlaw.com;slq@cpmlaw.com
- Joseph F. Hutchinson    jhutchinson@bakerlaw.com, smaxwell@bakerlaw.com;fairfinancedocket@bakerlaw.com
- Steven G Janik    steven.janik@janiklaw.com
- Cynthia A Jeffrey    ecfndoh@reimerlaw.com, RACJ.ecfndoh@yahoo.com
- Kenneth C Johnson    kjohnson@bricker.com, rdelsignore@bricker.com
- Nathaniel R. Jones    jones-n@blankrome.com
- Patrick J Keating    pkeating@bdblaw.com
- Scott J. Kelly    skelly@hahnlaw.com
- Suzana Krstevski Koch    skoch@brouse.com, tpalcic@brouse.com;rhaupt@brouse.com
- John F Kostelnik    jkostelnik@frantzward.com, dlbeatrice@frantzward.com
- David R. Krebs    dkrebs@hklawfirm.com, dadams@hklawfirm.com
- Stuart A. Laven    slaven@beneschlaw.com, docket@beneschlaw.com;mkrawczyk@beneschlaw.com;lbehra@beneschlaw.com
- James Michael Lawniczak    jlawniczak@calfee.com
- Trish D. Lazich    trish.lazich@ohioattorneygeneral.gov, angelique.seals@ohioattorneygeneral.gov
- Scott B. Lepene    scott.lepene@thompsonhine.com, docket@thompsonhine.com,betty.ribic@thompsonhine.com,marcia.burston@thompsonhine
- Jeffrey M Levinson    jml@jml-legal.com

- David A Looney    attorney@bright.net, davelooney1@gmail.com
- Thomas R Lucchesi    tlucchesi@bakerlaw.com
- Crystal L. Maluchnik    crystal.maluchnik@janiklaw.com
- Grant A Mason    gamason@millermast.com
- Matthew H Matheney    mmatheney@tddlaw.com, showard@tddlaw.com
- Shorain L. McGhee    shorain.mcghee@sbcglobal.net
- Warner Mendenhall    warnermendenhall@hotmail.com, bcyecfnotify@rushpost.com
- Tarek E. Mercho    tmercho@mercholegal.com
- David P. Meyer    dmeyer@dmlaws.com, docket@dmlaws.com
- David Polan Meyer    dmeyer@dmlaws.com
- Michael J Moran    moranecf@yahoo.com, moranecf@gmail.com
- David A Mucklow    davidamucklow@yahoo.com
- Steven J. Mulligan    stevenmulligan@cox.net
- Maritza S. Nelson    mnelson@bakerlaw.com
- Josephine S. Noble    josephine.noble@ogletreedeakins.com, jennifer.mcguigan@ogletreedeakins.com
- Alexis Courtney Osburn    aosburn@bakerlaw.com, fairfinancedocket@bakerlaw.com
- F. Anthony Paganelli    tpaganelli@taftlaw.com
- Mark A Phillips    mphillips@beneschlaw.com, docket@beneschlaw.com;lbehra@beneschlaw.com;cgreen@beneschlaw.com
- Kenneth G. Prabucki    kprabucki@bakerlaw.com
- Clinton E. Preslan    ndohbky@jbandr.com
- David F. Proano    dproano@bakerlaw.com, fairfinancedocket@bakerlaw.com
- Stephen J Pruneski    spruneski@rlbllp.com
- Timothy J Richards    trichards@frantzward.com, dlbeatrice@frantzward.com
- Mark Riemer    mriemer@goldman-rosen.com, andreag@goldman-rosen.com
- Tim Robinson    tim.robinson@dinsmore.com, lisa.geeding@dinsmore.com
- James E Rossow    jim@rubin-levin.net, susan@rubin-levin.net
- Matthew J. Samsa    msamsa@mcdonaldhopkins.com, docket@beneschlaw.com;cgreen@beneschlaw.com
- Rafael A Sanchez    rsanchez@bgdlegal.com, lcase@bgdlegal.com
- Richard V. Singleton    rsingleton@blankrome.com, kreda@blankrome.com;jhanner@blankrome.com
- Dale S Smith    dsmith@frantzward.com, dlbeatrice@frantzward.com
- Michael A. Steel    masteel@goldman-rosen.com, andreag@goldman-rosen.com;bstewart@goldman-rosen.com
- Rachel L. Steinlage    rsteinlage@meyersroman.com, jray@meyersroman.com
- Ray H Stoess    raystoess@600westmain.com
- Megan D. Stricker    mnovinc@davisyoung.com, gcampbell@davisyoung.com
- Timothy M. Sullivan    tim@tmslaw.net, alison@tmslaw.net;elaine@tmslaw.net;martin@tmslaw.net
- Jonathan D. Sundheimer    jsundheimer@btlaw.com
- Gregory D Swope    gswope@kwgd.com, mhelmick@kwgd.com
- David J. Theising    dtheising@harrisonmoberly.com
- Ronald N Towne    rtowne@neolaw.biz, awehener@neolaw.biz
- Vance P Truman    medinaatty@yahoo.com, medinaatty@gmail.com
- United States Trustee    (Registered address)@usdoj.gov
- Michael S Tucker    mtucker@ulmer.com
- Nancy A Valentine    navalentine@hahnlaw.com, hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com
- Michael A. VanNiel    mvanniel@bakerlaw.com
- Thomas C Wagner    wagnert@tcwlawyers.com, wagnert@vwlawyers.com
- Wayne County Litigants    ddrushal@ccj.com
- Nicholas L. White    nwhite@bakerlaw.com, fairfinancedocket@bakerlaw.com
- Alicia Raina Whiting-Bozich    whiting-bozich@buckleyking.com, heberlein@buckleyking.com
- Robert M Whittington    robertwhittington0@gmail.com
- David E. Wright    dwright@kgrlaw.com, mem@kgrlaw.com
- Lenore Kleinman ust04    Lenore.Kleinman@usdoj.gov
- Maria D. Giannirakis ust06    maria.d.giannirakis@usdoj.gov

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service).

Emily S. Donahue
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202

Christine A. Arnold
6005 Twin Lakes Drive
Parma, OH 44219

Charles R. Dyas, Jr.
Barnes & Thornburg LLP
41 S. High Street
Suite 3300
Columbus, OH 43215-6104

Leon Friedberg
Dennis J. Concilla
Carl A. Aveni
H. Ritchey Hollenbaugh
Carlile Patchen & Murphy LLP
366 Broad Street
Columbus, OH 43215

Robert Boote
Ballard Shahr LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034

Leslie C Heilman
Ballard Spahr LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034

Lenore Kleinman
Office of the United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue East, Suite 441
Cleveland, Ohio 44114

Lothar Jung
12962 W. Linden Avenue
Parma, OH 44130-5817

John J. Kuster
Benjamin R. Nagin
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Eric W. Sleeper
Barton Barton & Plotkin LLP
420 Lexington Avenue
New York, NY 10170

Gary Sallee
11650 Olio Road, Suite 1000-333
Fishers, IN 46037

Robert Hanlon
Eileen Hanlon
P.O. Box 42
State Route 43
Mogadore, OH 44260

John McCauley, Esq.
J. Richard Kiefer, Esq.
Bingham McHale LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204

Tobey Daluz
Ballard Spahr LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034

Jay Jaffe
Faegre Baker Daniels LLP
600 E. 96th Street, Suite 600
Indianapolis, IN 46240

Michael V. Demczyk
12370 Cleveland Avenue, NW
P.O. Box 867
Uniontown, OH 44685

Charles Boerner
1848 Ritchie Road
Stow, OH 44224