# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10-50494 |
| | ) | |
| FAIR FINANCE COMPANY | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Chief Judge Pat E. Morgenstern-Clarren |
| | ) | |

## NOTICE OF TRUSTEE DISBURSEMENTS

Pursuant to 11 U.S.C. §§ 102, 105(a) and 363(b) of the Bankruptcy Code, Rules 2002, 4001, 6007, 7016, 9007, 9013 and 9014 of the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules of this Court and Section VI of General Order Number Two entered on July 23, 2014, attached is a report itemizing all such expenditures individually exceeding $100 that have been made by Brian A. Bash, Trustee, between December 1, 2014 through December 31, 2014.

Date: January 2, 2015

Respectfully submitted,

/s/ Kelly S. Burgan
Brian A. Bash, Trustee (0000134)
Kelly S. Burgan (0073649)
Joseph M. Esmont (0084322)
BAKER & HOSTETLER LLP
PNC Center
1900 East 9th Street, Suite 3200
Cleveland, Ohio 44114-3482
Telephone: 216.621.0200
Facsimile: 216.696.0740

*Counsel for the Trustee*

FAIR FINANCE COMPANY

| Account No. | Date | Check | Name | Description | Reference | Amount |
|---|---|---|---|---|---|---|
| XXXXXXXX16 | 12/08/14 | Check# 100329 | SKODA MINOTTI | Accountant Fees | Per order entered 8/12/13; 80% of fees | 3,306.00 |
| XXXXXXXX16 | 12/08/14 | Check# 100333 | KURTZMAN CARSON | Payment for Services Rendered | Per order entered 3/23/10 | 4,519.85 |
| XXXXXXXX16 | 12/08/14 | Check# 100334 | SEMLER HOTEL COMPANY | January Rent | Per Orders entered 8/18/10 and 6/24/13 | 250.00 |
| XXXXXXXX16 | 12/19/14 | Check# 100335 | U.S. BANK | Payment for Services Rendered | Per order dated 10/20/11 | 2,916.80 |
| XXXXXXXX16 | 12/19/14 | Check# 100336 | DOMINION | Payment for Services Rendered | Per General Order No. 2 entered 7/23/14 | 112.81 |
| XXXXXXXX16 | 12/19/14 | Check# 100337 | FAEGRE BAKER & DANIELS | ATTORNEY EXPENSES | Per Order dated 12/17/14 | 5,060.08 |
| XXXXXXXX16 | 12/19/14 | Check# 100338 | FAEGRE BAKER & DANIELS | ATTORNEY FEES | Per Order dated 12/17/14 | 54,417.00 |
| XXXXXXXX16 | 12/19/14 | Check# 100340 | OHIO EDISON | Payment for Services Rendered | Per General Order No. 2 entered 7/23/14 | 107.71 |
| XXXXXXXX16 | 12/30/14 | Check# 100341 | INSURANCE PARTNERS AGENCY INC. | BOND PREMIUM PAYMENT | | 1,600.00 |
| XXXXXXXX16 | 12/30/14 | Check# 100342 | PROTECH SECURITY INC. | Payment for Services Rendered | Per General Order No. 2 entered 7/23/14 | 127.94 |
| XXXXXXXX16 | 12/30/14 | Check# 100343 | U.S. BANK | Payment for Services Rendered | Per order dated 10/20/11 | 2,916.80 |

Total $ 75,334.99

## CERTIFICATE OF SERVICE

A copy of the foregoing has been served via ECF or regular, U.S. Mail, on January 2, 2015, on the attached service list.

*/s/ Kelly S. Burgan*
Kelly S. Burgan

*Counsel for the Trustee*

**SERVICE LIST**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Richard M Bain    bain@buckleyking.com, krupa@buckleyking.com
- Stephen M Bales    sbales@zieglermetzger.com, dmalloy@zieglermetzger.com
- Brian A Bash    bashtrustee@bakerlaw.com, bbash@ecf.epiqsystems.com
- Brian A Bash    BBash@bakerlaw.com
- John E. Bator    jbator@batorlaw.com, sbator@batorlaw.com
- Kathryn A. Belfance    kb@rlbllp.com
- John B. Blanton    jblanton@bakerlaw.com
- Kelly Burgan    kburgan@bakerlaw.com
- Patrick W. Carothers    pcarothers@thorpreed.com, dtomko@thorpreed.com;ghauswirth@thorpreed.com;rhotaling@thorpreed.com;jshannon@thorpreed.com
- Anthony J. Cespedes    ajc1253@yahoo.com
- Michael L. Cioffi    cioffi@blankrome.com
- LeGrand L Clark    legrand.clark@atg.in.gov, stephanie.patrick@atg.in.gov
- Deborah A. Coleman    dacoleman@hahnlaw.com, hlpcr@hahnlaw.com;mcsoulsby@hahnlaw.com;cmbeitel@hahnlaw.com
- Anthony J DeGirolamo    ajdlaw@sbcglobal.net
- Daniel A DeMarco    dademarco@hahnlaw.com, hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com
- Rocco I. Debitetto    ridebitetto@hahnlaw.com, hlpcr@hahnlaw.com
- Duriya Dhinojwala    dhinojwala@ccj.com, duriya1@hotmail.com
- Michelle L. DiBartolo    mdibartolo@ttmlaw.com, mldibartolo@gmail.com
- James M. Dickerson    jdickerson@bgdlegal.com, bmartin@bgdlegal.com;mthompson@bgdlegal.com
- Breaden M Douthett    bdouthett@bakerlaw.com, krossiter@bakerlaw.com;fairfinancedocket@bakerlaw.com
- J Douglas Drushal    ddrushal@ccj.com
- Charles R. Dyas    charles.dyas@btlaw.com
- Joseph Esmont    jesmont@bakerlaw.com, joe.esmont@gmail.com;fairfinancedocket@bakerlaw.com
- Gregory R Farkas    gfarkas@frantzward.com, dlbeatrice@frantzward.com
- Adam Lee Fletcher    afletcher@bakerlaw.com
- Dov Frankel    dfrankel@taftlaw.com, dwhite@taftlaw.com;docket@taftlaw.com
- Leon Friedberg    lfriedberg@cpmlaw.com, knocera@cpmlaw.com;squinn@cpmlaw.com
- Ronald P. Friedberg    rfriedberg@meyersroman.com, vvardon@meyersroman.com
- Marc P Gertz    mpgertz@goldman-rosen.com, kls@goldman-rosen.com;kstone_56@hotmail.com
- Harry W Greenfield    bankpleadings@bucklaw.com, young@buckleyking.com;toole@buckleyking.com;heberlein@buckleyking.com
- John J Guy    johnguy@neo.rr.com
- H Ritchey Hollenbaugh    hrh@cpmlaw.com, knocera@cpmlaw.com;slq@cpmlaw.com
- Joseph F. Hutchinson    jhutchinson@bakerlaw.com, smaxwell@bakerlaw.com;fairfinancedocket@bakerlaw.com
- Steven G Janik    steven.janik@janiklaw.com
- Cynthia A Jeffrey    ecfndoh@reimerlaw.com, RACJ.ecfndoh@yahoo.com
- Kenneth C Johnson    kjohnson@bricker.com, rdelsignore@bricker.com
- Nathaniel R. Jones    jones-n@blankrome.com
- Patrick J Keating    pkeating@bdblaw.com
- Scott J. Kelly    skelly@hahnlaw.com
- Suzana Krstevski Koch    skoch@brouse.com, tpalcic@brouse.com;rhaupt@brouse.com
- John F Kostelnik    jkostelnik@frantzward.com, dlbeatrice@frantzward.com
- David R. Krebs    dkrebs@hklawfirm.com, dadams@hklawfirm.com
- Stuart A. Laven    slaven@beneschlaw.com, docket@beneschlaw.com;mkrawczyk@beneschlaw.com;lbehra@beneschlaw.com
- James Michael Lawniczak    jlawniczak@calfee.com
- Trish D. Lazich    trish.lazich@ohioattorneygeneral.gov, angelique.seals@ohioattorneygeneral.gov
- Scott B. Lepene    scott.lepene@thompsonhine.com, docket@thompsonhine.com,betty.ribic@thompsonhine.com,marcia.burston@thompsonhine.com
- Jeffrey M Levinson    jml@jml-legal.com

- David A Looney    attorney@bright.net, davelooney1@gmail.com
- Thomas R Lucchesi    tlucchesi@bakerlaw.com
- Crystal L. Maluchnik    crystal.maluchnik@janiklaw.com
- Grant A Mason    gamason@millermast.com
- Matthew H Matheney    mmatheney@tddlaw.com, showard@tddlaw.com
- Shorain L. McGhee    shorain.mcghee@sbcglobal.net
- Warner Mendenhall    warnermendenhall@hotmail.com, bcyecfnotify@rushpost.com
- Tarek E. Mercho    tmercho@mercholegal.com
- David P. Meyer    dmeyer@dmlaws.com, docket@dmlaws.com
- David Polan Meyer    dmeyer@dmlaws.com
- Michael J Moran    moranecf@yahoo.com, moranecf@gmail.com
- David A Mucklow    davidamucklow@yahoo.com
- Steven J. Mulligan    stevenmulligan@cox.net
- Maritza S. Nelson    mnelson@bakerlaw.com
- Josephine S. Noble    josephine.noble@ogletreedeakins.com, jennifer.mcguigan@ogletreedeakins.com
- Alexis Courtney Osburn    aosburn@bakerlaw.com, fairfinancedocket@bakerlaw.com
- F. Anthony Paganelli    tpaganelli@taftlaw.com
- Mark A Phillips    mphillips@beneschlaw.com, docket@beneschlaw.com;lbehra@beneschlaw.com;cgreen@beneschlaw.com
- Kenneth G. Prabucki    kprabucki@bakerlaw.com
- Clinton E. Preslan    ndohbky@jbandr.com
- David F. Proano    dproano@bakerlaw.com, fairfinancedocket@bakerlaw.com
- Stephen J Pruneski    spruneski@rlbllp.com
- Timothy J Richards    trichards@frantzward.com, dlbeatrice@frantzward.com
- Mark Riemer    mriemer@goldman-rosen.com, andreag@goldman-rosen.com
- Tim Robinson    tim.robinson@dinsmore.com, lisa.geeding@dinsmore.com
- James E Rossow    jim@rubin-levin.net, susan@rubin-levin.net
- Matthew J. Samsa    msamsa@mcdonaldhopkins.com, docket@beneschlaw.com;cgreen@beneschlaw.com
- Rafael A Sanchez    rsanchez@bgdlegal.com, lcase@bgdlegal.com
- Richard V. Singleton    rsingleton@blankrome.com, kreda@blankrome.com;jhanner@blankrome.com
- Dale S Smith    dsmith@frantzward.com, dlbeatrice@frantzward.com
- Michael A. Steel    masteel@goldman-rosen.com, andreag@goldman-rosen.com;bstewart@goldman-rosen.com
- Rachel L. Steinlage    rsteinlage@meyersroman.com, jray@meyersroman.com
- Ray H Stoess    raystoess@600westmain.com
- Megan D. Stricker    mnovinc@davisyoung.com, gcampbell@davisyoung.com
- Timothy M. Sullivan    tim@tmslaw.net, alison@tmslaw.net;elaine@tmslaw.net;martin@tmslaw.net
- Jonathan D. Sundheimer    jsundheimer@btlaw.com
- Gregory D Swope    gswope@kwgd.com, mhelmick@kwgd.com
- David J. Theising    dtheising@harrisonmoberly.com
- Ronald N Towne    rtowne@neolaw.biz, awehener@neolaw.biz
- Vance P Truman    medinaatty@yahoo.com, medinaatty@gmail.com
- United States Trustee    (Registered address)@usdoj.gov
- Michael S Tucker    mtucker@ulmer.com
- Nancy A Valentine    navalentine@hahnlaw.com, hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com
- Michael A. VanNiel    mvanniel@bakerlaw.com
- Thomas C Wagner    wagnert@tcwlawyers.com, wagnert@vwlawyers.com
- Wayne County Litigants    ddrushal@ccj.com
- Nicholas L. White    nwhite@bakerlaw.com, fairfinancedocket@bakerlaw.com
- Alicia Raina Whiting-Bozich    whiting-bozich@buckleyking.com, heberlein@buckleyking.com
- Robert M Whittington    robertwhittington0@gmail.com
- David E. Wright    dwright@kgrlaw.com, mem@kgrlaw.com
- Lenore Kleinman ust04    Lenore.Kleinman@usdoj.gov
- Maria D. Giannirakis ust06    maria.d.giannirakis@usdoj.gov

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service).

Emily S. Donahue
Jackson Walker L.L.P.
901 Main Street, Suite 6000
Dallas, TX 75202

Christine A. Arnold
6005 Twin Lakes Drive
Parma, OH 44219

Charles R. Dyas, Jr.
Barnes & Thornburg LLP
41 S. High Street
Suite 3300
Columbus, OH 43215-6104

Leon Friedberg
Dennis J. Concilla
Carl A. Aveni
H. Ritchey Hollenbaugh
Carlile Patchen & Murphy LLP
366 Broad Street
Columbus, OH 43215

Robert Boote
Ballard Shahr LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034

Leslie C Heilman
Ballard Spahr LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034

Lenore Kleinman
Office of the United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue East, Suite 441
Cleveland, Ohio 44114

Lothar Jung
12962 W. Linden Avenue
Parma, OH 44130-5817

John J. Kuster
Benjamin R. Nagin
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Eric W. Sleeper
Barton Barton & Plotkin LLP
420 Lexington Avenue
New York, NY 10170

Gary Sallee
11650 Olio Road, Suite 1000-333
Fishers, IN 46037

Robert Hanlon
Eileen Hanlon
P.O. Box 42
State Route 43
Mogadore, OH 44260

John McCauley, Esq.
J. Richard Kiefer, Esq.
Bingham McHale LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204

Tobey Daluz
Ballard Spahr LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034

Jay Jaffe
Faegre Baker Daniels LLP
600 E. 96th Street, Suite 600
Indianapolis, IN 46240

Michael V. Demczyk
12370 Cleveland Avenue, NW
P.O. Box 867
Uniontown, OH 44685

Charles Boerner
1848 Ritchie Road
Stow, OH 44224