FILED
2015 OCT -5 PM 3: 28
U.S. BANKRUPTCY COURT
NORTHERN DIST. OF OHIO
CLEVELAND

Fair Finance, Claims Processing
c/o Kurtzman Carson Consultants LLC
2335 Alaska Ave
El Segundo, CA 90245

FIRST CLASS
US POSTAGE PAID
EL SEGUNDO CA
PERMIT NO. 45049

FREELAND, KAY K
10044 RAWIGA RD
SEVILLE, OH 44273

PROOF OF CLAIM CONFIRMATION
Your proof of claim filed against Fair Finance Company,
case no 10-50494 was received on 9/7/2010
and assigned claim number 3478

For more information, please visit www.kccllc.net/fairfinance



I, Kay Freeland, would like to claim my interim distribution payments "ASAP"

Sincerely,
Kay Freeland 9/30/15

## Interim Distribution Schedule

Amount Available for Interim Distribution: $18,000,000.00
Current Total Amount of Allowed Proofs of Claim: $ _____
Current Total Amount of Unresolved Proofs of Claim: $ _____
Total Proposed Distribution for Allowed Claims: $ _____
Total Proposed Reserve for Unresolved Claims: $ _____

| Claim Number | Claimant Name | Total Allowed Proof of Claim | Proposed allowable % Distribution | Unresolved Claim? |
|---|---|---|---|---|
| 3478 | Kay K. Freeland | $162,452.05 | ASAP | |