This document was signed electronically on April 14, 2017, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: April 14, 2017



Pat E. Morgenstern-Clarren
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 10-50494 |
| FAIR FINANCE COMPANY, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | Judge Pat. E. Morgenstern-Clarren |
| ) | |

**ORDER ESTABLISHING PROCEDURES FOR THE PAYMENT OF FEES AND EXPENSES OF THE TRUSTEE'S EXPERTS**

This matter came before the Court on the *Trustee's Motion for an Order Establishing Procedures for the Payment of Fees and Expenses of Experts* (the "**Motion**"). Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion. The Court has reviewed the Motion and concluded that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding, (iii) notice of the Motion was sufficient under the circumstances, and (iv) the legal and factual bases set forth in the Motion establish just cause for the relief; this Court having determined that the relief requested in the

Motion is in the best interests of the Debtor, the estate and the creditors; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED in its entirety.

2. The Expert Compensation Procedures are extended to the Textron Litigation and approved as follows:

   a) Experts shall invoice the Trustee on a monthly basis for all fees billed and out-of-pocket expenses incurred. The Trustee shall provide unredacted copies of all such monthly invoices to the U.S. Trustee. Notwithstanding the provision of such invoices to the U.S. Trustee, all applicable privileges and protections against the disclosure of such invoices, if any, are preserved.

   b) If the Trustee does not receive an objection from the U.S. Trustee within ten (10) days after the U.S. Trustee's receipt of an expert's monthly invoice, the Trustee shall be authorized to pay, on an interim basis, 80% of the fees and 100% of the out-of-pocket expenses included in the expert's monthly invoice, using assets of the bankruptcy estate.

   c) If the U.S. Trustee raises a timely objection to an expert's monthly invoice, the expert, the U.S. Trustee and the Trustee shall have seven (7) days to resolve such objection. If the parties are unable to resolve such objection on an informal basis within that period of time, the parties shall notify the Bankruptcy Court of the dispute and the Bankruptcy Court shall decide the issue(s) either without a hearing or at a public hearing. Neither the Trustee nor any litigation opponent of the Trustee shall be permitted to use, for any purpose in any lawsuit or adversary proceeding, any statements made during any such public hearings.

d) Experts shall file interim applications with the Court for interim approval of (i) all monthly fees and expenses paid pursuant to the procedures set forth herein, and (ii) the 20% holdback amount with respect to monthly fees. Notwithstanding the default rule with respect to quarterly interim applications, as set forth in Section 331 of the Bankruptcy Code, the experts may file interim applications more often than every 120 days, to the extent necessary to enable the Court to consider such interim applications prior to any testimony the experts may provide at deposition or at trial in the Textron Litigation.

e) The experts shall (i) publicly file interim fee applications with the detailed time entry descriptions regarding the specific tasks performed by the experts redacted to avoid conferring a tactical litigation advantage upon the Trustee's adversaries, and (ii) provide the unredacted interim fee applications only to the Court (via submission to chambers) and to the U.S. Trustee. The Trustee shall not redact the number of hours spent on each specific task. All interim payments of fees and expenses shall be subject to a final review and approval of the Court. Experts shall be required to file final fee and expense applications for final allowance and approval of fees and expenses.

f) Except to the extent expressly set forth herein, the experts shall otherwise comply with all applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, Orders of the Bankruptcy Court, Local Rules of the Bankruptcy Court and the Local Guidelines for Compensation and Expense Reimbursement of Professionals.

3. This Court retains exclusive jurisdiction with respect to the interpretation and enforcement of this Order.

3

10-50494-jps    Doc 2298    FILED 04/14/17    ENTERED 04/14/17 15:07:48    Page 3 of 8

**IT IS SO ORDERED.**

# # #

Respectfully submitted,

/s/ *Alexis C. Beachdell*
Daniel R. Warren (0054595)
Scott C. Holbrook (0073110)
Michael A. VanNiel (0073948)
David F. Proaño (0078838)
Alexis C. Beachdell (0083642)
BAKER & HOSTETLER LLP
127 Public Square, Suite 2000
Cleveland, OH 44114
Telephone: 216-621-0200
Fax: 216-696-0740
Email: dwarren@bakerlaw.com
sholbrook@bakerlaw.com
mvanniel@bakerlaw.com
dproano@bakerlaw.com
abeachdell@bakerlaw.com

*Counsel for the Trustee*

# SERVICE LIST

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Richard M Bain    bain@buckleyking.com, krupa@buckleyking.com
- Stephen M Bales    sbales@zieglermetzger.com, dmalloy@zieglermetzger.com
- Brian A Bash    bashtrustee@bakerlaw.com, bbash@ecf.epiqsystems.com
- Brian A Bash    BBash@bakerlaw.com
- John E. Bator    jbator@batorlaw.com, sbator@batorlaw.com
- Alexis Beachdell    abeachdell@bakerlaw.com, fairfinancedocket@bakerlaw.com
- Kathryn A. Belfance    kb@rlbllp.com
- John B. Blanton    jblanton@bakerlaw.com
- Thomas J Budd    disneydiver@me.com, law@disneydiver.com
- Kelly Burgan    kburgan@bakerlaw.com
- Kelly Burgan    kburgan@bakerlaw.com
- Patrick W. Carothers    pcarothers@leechtishman.com, bankruptcy@leechtishman.com;ghauswirth@leechtishman.com;dtomko@leechtishman.com
- Anthony J. Cespedes    ajc1253@yahoo.com
- Michael L. Cioffi    cioffi@blankrome.com
- LeGrand L Clark    legrand.clark@atg.in.gov, stephanie.patrick@atg.in.gov
- Deborah A. Coleman    dacoleman@hahnlaw.com, hlpcr@hahnlaw.com;mcsoulsby@hahnlaw.com;cmbeitel@hahnlaw.com
- Anthony J DeGirolamo    ajdlaw@sbcglobal.net, amber_weaver@sbcglobal.net;sedlaw@sbcglobal.net;G23630@notify.cincompass.com
- Rocco I. Debitetto    ridebitetto@hahnlaw.com, cmbeitel@hahnlaw.com
- Duriya Dhinojwala    dhinojwala@ccj.com, ddhinojwala@gmail.com
- Michelle DiBartolo-Haglock    mdibartolo@ttmlaw.com, mldibartolo@gmail.com
- Breaden M Douthett    bdouthett@bakerlaw.com, krossiter@bakerlaw.com;fairfinancedocket@bakerlaw.com
- Breaden M Douthett    bdouthett@bakerlaw.com, krossiter@bakerlaw.com;fairfinancedocket@bakerlaw.com
- J Douglas Drushal    ddrushal@ccj.com, lehman@ccj.com
- Charles R. Dyas    charles.dyas@btlaw.com
- Robert W. Eckinger    rwe@eckingerlaw.com
- Joseph Esmont    jesmont@bakerlaw.com, joe.esmont@gmail.com;fairfinancedocket@bakerlaw.com
- Joseph Esmont    jesmont@bakerlaw.com, joe.esmont@gmail.com;fairfinancedocket@bakerlaw.com
- Gregory R Farkas    gfarkas@frantzward.com, dlbeatrice@frantzward.com
- Adam Lee Fletcher    afletcher@bakerlaw.com
- Dov Frankel    dfrankel@taftlaw.com, BHORVATH@TAFTLAW.COM;CLE_Docket_Assist@taftlaw.com
- Leon Friedberg    lfriedberg@cpmlaw.com, efiling@cpmlaw.com
- Ronald P. Friedberg    rfriedberg@meyersroman.com, vvardon@meyersroman.com
- Marc P Gertz    mpgertz@goldman-rosen.com, debm@goldman-rosen.com
- Matthew Gold    courts@argopartners.net
- Eric R. Goodman    egoodman@bakerlaw.com
- Harry W. Greenfield    bankpleadings@bucklaw.com, young@buckleyking.com;toole@buckleyking.com;heberlein@buckleyking.com
- Harry W. Greenfield    greenfield@buckleyking.com, young@buckleyking.com;toole@buckleyking.com;heberlein@buckleyking.com
- John J Guy    johnguy@neo.rr.com
- John J Guy    johnguy@neo.rr.com
- Adam Bradley Hall    amps@manleydeas.com
- H Ritchey Hollenbaugh    hrh@cpmlaw.com, knocera@cpmlaw.com;slq@cpmlaw.com
- Joseph F. Hutchinson    jhutchinson@bakerlaw.com, sszalay@bakerlaw.com;fairfinancedocket@bakerlaw.com
- Steven G Janik    steven.janik@janiklaw.com
- Cynthia A Jeffrey    bknotice@reimerlaw.com
- Kenneth C Johnson    kjohnson@bricker.com, rdelsignore@bricker.com
- Nathaniel R. Jones    jones-n@blankrome.com
- Patrick J Keating    pkeating@bdblaw.com, sstayer@bdblaw.com

- Scott J. Kelly   skelly@mcglinchey.com, jschnick@mcglinchey.com
- David Charles Knowlton   dck@kckblaw.com
- John F Kostelnik   jkostelnik@frantzward.com, dlbeatrice@frantzward.com
- Stuart A. Laven   slaven@cavitch.com
- James Michael Lawniczak   jlawniczak@calfee.com
- Trish D. Lazich   trish.lazich@ohioattorneygeneral.gov, angelique.seals@ohioattorneygeneral.gov
- Stephen P Leiby   sleiby@neolaw.biz, jackie@neolaw.biz
- Scott B. Lepene   scott.lepene@thompsonhine.com, docket@thompsonhine.com;Christine.Broz@thompsonhine.com
- Jeffrey M Levinson   jml@jml-legal.com
- Patrick T. Lewis   plewis@bakerlaw.com, sjeney@bakerlaw.com
- David A Looney   David@OhioAttorney.com, davelooney1@gmail.com
- Bruce J.L. Lowe   blowe@taftlaw.com, CLE_Docket_Assist@taftlaw.com;SMcKean@taftlaw.com
- Thomas R Lucchesi   tlucchesi@bakerlaw.com
- Thomas R Lucchesi   tlucchesi@bakerlaw.com
- Crystal L. Maluchnik   crystal.maluchnik@janiklaw.com
- Crystal L. Maluchnik   crystal.maluchnik@janiklaw.com
- Grant A Mason   gamason@millermast.com
- Matthew H Matheney   mmatheney@bdblaw.com
- Shorain L. McGhee   shorain@smcgheelaw.com
- David W. Mellott   dmellott@beneschlaw.com
- Tarek E. Mercho   tmercho@mercholegal.com
- David P. Meyer   dmeyer@dmlaws.com, docket@dmlaws.com
- David Polan Meyer   dmeyer@dmlaws.com
- Michael J Moran   mike@gibsonmoran.com, moranecf@gmail.com
- Michael J Moran   moranecf@yahoo.com, moranecf@gmail.com
- David A Mucklow   davidamucklow@yahoo.com
- David A Mucklow   davidamucklow@yahoo.com
- Steven J. Mulligan   stevenmulligan@cox.net
- Maritza S. Nelson   mnelson@bakerlaw.com
- F. Anthony Paganelli   tony@tonypaganelli.com
- Lucas Keith Palmer   palmer@ccj.com, ison@ccj.com;aichele@ccj.com
- Mark A Phillips   mphillips@beneschlaw.com, docket@beneschlaw.com;lbehra@beneschlaw.com;cgreen@beneschlaw.com
- Mark A Phillips   mphillips@beneschlaw.com, docket@beneschlaw.com;lbehra@beneschlaw.com;cgreen@beneschlaw.com
- Larry G. Poulos   larry_poulos@yahoo.com
- Kenneth G. Prabucki   kprabucki@bakerlaw.com
- Kenneth G. Prabucki   kprabucki@bakerlaw.com
- Clinton E. Preslan   ndohbky@jbandr.com
- Clinton E. Preslan   cpreslan@preslanlaw.com
- David F. Proano   dproano@bakerlaw.com, fairfinancedocket@bakerlaw.com
- David F. Proano   dproano@bakerlaw.com, fairfinancedocket@bakerlaw.com
- Stephen J Pruneski   spruneski@rlbllp.com
- Timothy J Richards   trichards@frantzward.com, dlbeatrice@frantzward.com
- Mark Riemer   mriemer@goldman-rosen.com
- Tim Robinson   tim.robinson@dinsmore.com, lisa.geeding@dinsmore.com
- James E Rossow   jim@rubin-levin.net, mtucker@rubin-levin.net
- James E Rossow   jim@rubin-levin.net, mtucker@rubin-levin.net
- Colin P. Sammon   colin.sammon@janiklaw.com, Julie.Zakrzewski@Janiklaw.com
- Matthew J. Samsa   msamsa@mcdonaldhopkins.com, docket@beneschlaw.com;cgreen@beneschlaw.com
- Richard V. Singleton   rsingleton@blankrome.com, kreda@blankrome.com;jhanner@blankrome.com
- Dale S Smith   dsmith@frantzward.com, dlbeatrice@frantzward.com
- Sheldon Stein   ssteindocs@gmail.com, kristine@ex100.com;sheldon@steintrustee.com;sstein@epiqtrustee.com
- Rachel L. Steinlage   rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com
- Ray H Stoess   raystoess@600westmain.com
- Megan D. Stricker   mnovinc@davisyoung.com, gcampbell@davisyoung.com
- Timothy M. Sullivan   tim@tmslaw.net, elaine@tmslaw.net;martin@tmslaw.net;Jillian@tmslaw.net

- Jonathan D. Sundheimer     jsundheimer@btlaw.com
- Gregory D Swope     gswope@kwgd.com, mhelmick@kwgd.com
- David J. Theising     dtheising@harrisonmoberly.com
- Ronald N. Towne     rtowne@neolaw.biz, awehener@neolaw.biz
- Vance P Truman     medinaatty@yahoo.com
- United States Trustee     (Registered address)@usdoj.gov
- Michael S Tucker     mtucker@ulmer.com
- Nancy A Valentine     navalentine@hahnlaw.com, hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com
- Michael A. VanNiel     mvanniel@bakerlaw.com
- Michael A. VanNiel     mvanniel@bakerlaw.com
- Thomas C Wagner     wagnert@tcwlawyers.com, wagnert@vwlawyers.com
- Daniel Rubin Warren     dwarren@bakerlaw.com
- Wayne County Litigants     ddrushal@ccj.com
- Nicholas L. White     nwhite@bakerlaw.com, fairfinancedocket@bakerlaw.com
- Alicia Raina Whiting-Bozich     whiting-bozich@buckleyking.com, heberlein@buckleyking.com
- Robert M Whittington     robertwhittington0@gmail.com, G17044@notify.cincompass.com
- Lenore Kleinman ust04     Lenore.Kleinman@usdoj.gov
- Maria D. Giannirakis ust06     maria.d.giannirakis@usdoj.gov

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service).

Emily S. Donahue
Jackson Walker L.L.P.
2323 Ross Avenue, Suite 600
Dallas, TX 75202

Christine A. Arnold
6005 Twin Lakes Drive
Parma, OH 44219

Charles R. Dyas, Jr.
Barnes & Thornburg LLP
41 S. High Street
Suite 3300
Columbus, OH 43215-6104

Leon Friedberg
Dennis J. Concilla
Carl A. Aveni
H. Ritchey Hollenbaugh
Carlile Patchen & Murphy LLP
366 Broad Street
Columbus, OH 43215

Robert Boote
Ballard Shahr LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034

Leslie C Heilman
Ballard Spahr LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034

Lenore Kleinman
Office of the United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue East, Suite 441
Cleveland, Ohio 44114

Lothar Jung
12962 W. Linden Avenue
Parma, OH 44130-5817

John J. Kuster
Benjamin R. Nagin
Sidley Austin LLP
787 Seventh Avenue
New York, NY 10019

Scot A. Stevenson
441 Wolf Ledges Parkway, Suite 400
Akron, OH 44311

Eric W. Sleeper
Barton Barton & Plotkin LLP
420 Lexington Avenue
New York, NY 10170

Gary Sallee
11650 Olio Road, Suite 1000-333
Fishers, IN 46037

Robert Hanlon
Eileen Hanlon
P.O. Box 42
State Route 43
Mogadore, OH 44260

John McCauley, Esq.
J. Richard Kiefer, Esq.
Bingham McHale LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204

Tobey Daluz
Ballard Spahr LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034

Jay Jaffe
Faegre Baker Daniels LLP
600 E. 96th Street, Suite 600
Indianapolis, IN 46240

Michael V. Demczyk
12370 Cleveland Avenue, NW
P.O. Box 867
Uniontown, OH 44685

Charles Boerner
1848 Ritchie Road
Stow, OH 44224

JM Partners LLC
Attn: John Marshall
6800 Paragon Place, Suite 202
Richmond, VA 23230-1656