# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No.: 10-50494 |
| FAIR FINANCE COMPANY, | ) |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) Judge Jessica E. Price Smith |
| | ) |

**FIFTH FEE APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2017 THROUGH AND INCLUDING SEPTEMBER 30, 2018, FILED BY SKODA MINOTTI AS CONSULTING AND TESTIFYING EXPERT FOR THE ESTATE**

| | |
|---|---|
| Name of Applicant: | Skoda, Minotti, Certified Public Accountants, an Ohio Corporation ("Skoda Minotti") |
| Authorized to Provide Professional Services as: | Consulting and testifying expert for the estate of debtor Fair Finance Company ("Debtor") |
| Date of Retention: | September 10, 2013 |
| Period for Which Compensation and Reimbursement is Sought: | October 1, 2017 – September 30, 2018 |
| Amount of Compensation for Services Sought as Actual, Reasonable and Necessary: | $63,339.40 |
| Amount of Expenses Sought to be Reimbursed as Actual, Reasonable and Necessary: | $129.08 |
| Total Amount of Fees and Expenses Sought to be Reimbursed as Actual, Reasonable and Necessary: | $63,468.48 |

This application is: __x__ interim _____ final. If this is not the first application filed, please state the following for each other application:[1]

---

[1] As detailed below, Skoda Minotti replaced Howard L. Klein Co. as a consulting and testifying expert for the estate when Mr. Klein joined the Skoda Minotti firm in September 2013. This is Skoda Minotti's fifth interim fee application. The chart below provides information about fees and expenses requested in prior applications filed by Howard L. Klein Co. and Skoda Minotti.

| Date Filed | Period Covered | Requested Fees / Expenses | Approved Fees / Expenses & Date |
|---|---|---|---|
| August 10, 2011 | February 22, 2010 – December 31, 2010 | Fees: $298,156.25 <br> Expenses: $11,200.63 | Fees: $298,156.25 <br> Expenses: $11,200.63 <br> Date: October 6, 2011 |
| October 30, 2012 | January 1, 2011 – September 30, 2012 | Fees: $575,600.00 <br> Expenses: $7,639.15 | Fees: $575,600.00 <br> Expenses: $7,639.15 <br> Date: November 29, 2012 |
| October 23, 2013 | October 1, 2012 – August 31, 2013 | Fees: $184,462.50 <br> Expenses: $371.70 | Fees: $184,462.50 <br> Expenses: $371.70 <br> Date: December 31, 2013 |
| September 30, 2014 | September 1, 2013 – August 31, 2014 | Fees: $298,941.75 <br> Expenses: $156.93 | Fees: $298,941.75 <br> Expenses: $156.93 <br> Date: November 19, 2014 |
| September 24, 2015 | September 1, 2014 – August 31, 2015 | Fees: $67,284.20 <br> Expenses: $78.80 | Fees: $67,284.20 <br> Expenses: $78.80 <br> Date: November 17, 2015 |
| September 28, 2016 | September 1, 2015 – June 30, 2016 | Fees: $54,860.20 <br> Expenses: $24.15 | Fees: $54,860.20 <br> Expenses: $24.15 <br> Date: October 24, 2016 |
| November 28, 2017 | July 1, 2016 – September 30, 2017 | Fees: $344,929.05 <br> Expenses: $865.87 | Fees: $344,929.05 <br> Expenses: $865.87 <br> Date: January 11, 2018 |

10-50494-jps    Doc 2516    FILED 10/16/18    ENTERED 10/16/18 11:37:17    Page 2 of 31

## PROFESSIONAL CERTIFICATION

I, Howard L. Klein, certify that I reviewed the billing records on a monthly basis as required by the court's standing order.

_Howard Klein_
_____
(Signature)

## CLIENT CERTIFICATION

I have reviewed this Application as counsel for the duly-appointed Chapter 7 Trustee for debtor Fair Finance Company. In that capacity, I __x__ approve this Application; [or] _____ do not approve this Application for reasons which I have discussed with the Applicant and will explain at a hearing on the Application.

Date: October 16, 2018

/s/ Kelly Burgan
_____
Kelly Burgan

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No.: 10-50494 |
| FAIR FINANCE COMPANY, | ) | |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | Judge Jessica E. Price Smith |

**FIFTH FEE APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OCTOBER 1, 2017**
**THROUGH AND INCLUDING SEPTEMBER 30, 2018, FILED BY SKODA MINOTTI**
**AS CONSULTING AND TESTIFYING EXPERT FOR THE ESTATE**

Skoda, Minotti, Certified Public Accountants, an Ohio Corporation ("**Skoda Minotti**")

submits this Fifth Fee Application for Allowance of Interim Compensation and Reimbursement

of Expenses for the Period October 1, 2017 through and including September 30, 2018 (the

"**Application**") pursuant to 11 U.S.C. §§ 330 and 331. In support of this Application, Skoda

Minotti states as follows:

**INTRODUCTION**

1.     On February 8, 2010, creditor-investors filed a petition for involuntary bankruptcy

against Fair Finance Company (the "**Debtor**").

2.     On March 2, 2010, the Court entered an order granting the relief sought by the

petitioning creditor-investors *nunc pro tunc* as of February 24, 2010, and appointing Brian A.

Bash (the "**Trustee**") as the duly-appointed trustee of the Debtor.

3.     As part of his duty to administer and liquidate the estate for the benefit of

creditors, the Trustee has needed to conduct a thorough forensic examination of the Debtor's

assets and liabilities and pursue litigation to recover assets. The Trustee's ongoing litigation

includes, but is not limited to, the action captioned *Bash v. Textron Financial Corp., et al.*,

Adversary Proceeding No. 12-05101 in the United States Bankruptcy Court for the Northern District of Ohio (Honorable Arthur I. Harris) and Case No. 12-cv-00987 in the United States District Court for the Northern District of Ohio (Honorable Patricia A. Gaughan) (the "**Textron Litigation**").

4.     On March 23, 2010, this Court entered an order authorizing the Trustee to engage Howard L. Klein, the principal and sole shareholder of Howard L. Klein Co. ("**HLK**"), as a forensic accountant to the Debtor's estate.   On November 2, 2010, the Trustee filed a supplemental application requesting court approval to expand the scope of HLK's retention to include services as an expert witness [Dkt. No. 301].  On February 28, 2011, this Court entered an order authorizing HLK to serve as an expert witness for the estate [Dkt. No. 341].  From March 23, 2010 through the end of August 2013, HLK provided forensic accounting services and consulting and testifying expert witness services to the estate, as described in the first, second and third interim fee applications filed by HLK with this Court [Dkt. Nos. 410, 1122 & 1343]. This Court approved each of HLK's three interim fee applications in full [Dkt. Nos. 475, 1144 & 1398].

5.     In September 2013, Mr. Klein left solo practice and became a partner at Skoda Minotti.   On August 22, 2013, the Trustee filed an application for an order authorizing the employment and retention of Skoda Minotti to replace HLK as forensic accountant to the Trustee [Dkt. No. 1309].  This Court entered an order granting the Trustee's application in its entirety and authorizing the retention of Skoda Minotti to replace HLK as forensic accountant and consulting and testifying expert on September 10, 2013 [Dkt. No. 1313].

6.     On March 23, 2017, the Trustee filed a motion requesting court approval of the Trustee's interim, monthly payment of 80% of the fees and 100% of the out-of-pocket costs

incurred by the experts retained by the Trustee, including those experts retained in the Textron Litigation [Dkt. No. 2291]. This Court entered an order granting the Trustee's motion regarding interim compensation of those experts, including Skoda Minotti, on April 14, 2017 (the "**Expert Compensation Order**") [Dkt. No. 2298].

## SUMMARY OF COMPENSATION AND EXPENSE REIMBURSEMENT REQUESTED

7.    Skoda Minotti files this Application seeking allowance for payment of services performed and expenses incurred during the period from October 1, 2017 through and including September 30, 2018 (the "**Application Period**"). The Application is subject to, *inter alia*, the Retention Order and the Expert Compensation Order. Skoda Minotti did not receive a retainer in connection with its engagement as an expert for the Trustee. It has received compensation for services rendered and expenses incurred prior to the Application Period as a result of this Court's approval of its first interim fee application [Dkt. No. 1613], second interim fee application [Dkt. No. 2069],third interim fee application [Dkt. No. 2250] and fourth interim fee application [Dkt. No. 2446]. Skoda Minotti also received interim compensation during the Application Period pursuant to the Expert Compensation Order. A summary of the compensation and expense reimbursement requested and paid during the Application Period is as follows:

| Invoice date | Period Covered | Requested Fees | Fees paid | Requested Expenses | Expenses Paid |
|---|---|---|---|---|---|
| 11/6/2017 | October 1, 2017 - October 31, 2017 | $38,018.10 | $30,414.48 | $38.90 | $38.90 |
| 12/7/2017 | November 1, 2017 - November 30, 2017 | $5,835.40 | $4,668.32 | $50.40 | $50.40 |
| 1/8/2018 | December 31, 2017 - December 31, 2017 | $4,718.10 | $3,774.48 | $18.90 | $18.90 |
| 4/2/2018 | January 1, 2018 - March 31, 2018 | $7,693.60 | $6,154.88 | $20.88 | $20.88 |
| 8/14/2018 | April 1, 2018 to June 30, 2018 | $4,531.40 | $3,625.12 | $0.00 | $0.00 |

| Invoice date | Period Covered | Requested Fees | Fees paid | Requested Expenses | Expenses Paid |
|---|---|---|---|---|---|
| | July 1, 2018 to September 30, 2018 | $2,542.80 | $2,034.24, to be paid October 28 | $0.00 | $0.00 |
| **Total** | | **$63,339.40** | **$50,671.52 (including $2,034.24 to be paid October 28)** | **$129.08** | **$129.08** |

8.      Exhibit A is a summary of invoices billed, amount paid and the 20% holdback amount during the Application Period.

9.      Skoda Minotti has received no promise of payment for professional services rendered in this case other than in accordance with the provisions of the Bankruptcy Code.

10.     Skoda Minotti kept daily time records detailing the services it performed and the time expended in connection with those services by project, as directed by the Guidelines for Compensation and Expense Reimbursement of Professionals, updated May 16, 2011 (the "**Guidelines**").

11.     The hourly billing rate of Skoda Minotti's professionals and the number of hours billed for services rendered by each professional during the Application Period is set forth in Exhibit B.  Set forth in Exhibit C is a chronological listing of services provided by Skoda Minotti's professionals during the Application Period.

12.     To the best of Skoda Minotti's knowledge, it has complied with the monthly reporting requirements.

**SUMMARY OF SERVICES RENDERED**

13.      A narrative summary of the project under which material and substantial services were performed by Skoda Minotti during the Application Period is set forth below.  A more

detailed description of the services provided by Skoda Minotti appears in <u>Exhibit C</u>. A summary of the individual projects performed by Skoda Minotti appears in <u>Exhibit D</u>.

14. The Trustee retained Skoda Minotti, pursuant to the Retention Order, to provide forensic accounting services and to be used as a consulting and testifying expert in connection with the Trustee's ongoing litigation, including, but not limited to, the Textron Litigation. The majority of the services provided by Skoda Minotti during the Application Period relate to Mr. Klein's consulting services in connection with the Textron Litigation. Other services provided during the Application Period include assisting the Trustee in the second interim distribution in 2018 and resolving issues related to the second interim distribution. All services provided by Skoda Minotti, other than Mr. Klein, related to the Textron litigation.

## ALLOWANCE OF COMPENSATION

15. The allowance of interim compensation for services rendered and reimbursement of expenses in bankruptcy cases is expressly provided for in Section 331 of the Bankruptcy Code:

> Any professional person…may apply to the court not more than once every 120 days after an order for relief in a case under this title, or more often if the court permits, for such compensation for services rendered…as is provided under section 330 of this title.

11 U.S.C. § 331. Moreover, this Court authorized the filing of this Application in the Retention Order.

16. With respect to the level of compensation, Section 330(a)(1) of the Bankruptcy Code provides, in pertinent part, that the Court may award to a professional person "reasonable compensation for actual, necessary services rendered…." Section 330(a)(3)(A), in turn, provides:

In determining the amount of reasonable compensation to be awarded, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –

    (A)    the time spent on such services;

    (B)    the rates charged for such services;

    (C)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

    (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed; and

    (E)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3)(A). The clear Congressional intent and policy expressed in this statute is to provide for adequate compensation in order to continue to attract qualified and competent bankruptcy practitioners to bankruptcy cases.

17. As shown by this Application and the supporting documents, Skoda Minotti, and Mr. Klein in particular, has utilized its institutional knowledge of the Debtor's bankruptcy case to efficiently and expeditiously assist the Trustee and his counsel with the ongoing Textron litigation. The compensation sought by Skoda Minotti for the services it is providing to the estate is appropriate given its level of expertise, and those services are necessary for the Trustee's forensic examination of the Debtor's assets and liabilities, his pursuit of litigation to recover assets for the estate, and his administration of claims.

## REIMBURSEMENT OF EXPENSES

18. Skoda Minotti incurred actual and necessary out-of-pocket expenses in connection with rendering professional services to the estate in the sums indicated in Exhibit E.

These expenses are comprised primarily of travel costs associated with attendance at meetings with the Trustee and his counsel and miscellaneous supplies. Skoda Minotti respectfully requests full reimbursement for its out-of-pocket expenses.

## CONCLUSION

19.    No agreement or understanding exists between Skoda Minotti and any other person for the sharing of any compensation to be received for professional services rendered or to be rendered in connection with this case.

20.    Except as set forth in this Application, no prior application has been made in this or any other court for the relief requested in the Application for the Application Period.

**WHEREFORE**, Skoda Minotti respectfully requests that this Court enter an order:

a)    approving the allowance for compensation of professional services rendered to the estate from October 1, 2017 through and including September 30, 2018, in the total sum of $63,339.40;

b)    approving the reimbursement of Skoda Minotti's out-of-pocket expenses incurred in connection with the rendering of such professional services from October 1, 2017 through and including September 30, 2018, in the total sum of $129.08;

c)    authorizing and directing the estate to pay compensation to Skoda Minotti in the amount of **$12,667.88[2]**, representing the total amount for professional services rendered by Skoda Minotti during the period of October 1, 2017 through and including September 30, 2018, *less* amounts that have been paid or are in the process of being paid by the estate as of the date of this Application (as described on page 4); and

d)    granting such other and further relief as this Court may deem just and proper.

---

[2] Computed as follows: 20% holdback of $12,159.32 (Exhibit A) plus 20% holdback of $508.56 for fees in process of being paid for the period July 1, 2018 through September 30, 2018.

Dated: October 16, 2018

Respectfully submitted,

/s/  Howard L. Klein
Howard L. Klein, Partner
Skoda, Minotti & Co., Certified Public
Accountants, an Ohio corporation
6685 Beta Drive
Mayfield Village, Ohio 44143
Telephone: 440.605.7142
Email: hklein@skodaminotti.com

Electronically filed on behalf of Skoda Minotti
by,

/s/  Kelly S. Burgan
Kelly S. Burgan (0073649)
Baker & Hostetler LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH  44114
Telephone: 216.621.0200
Facsimile: 216.696.0740
Email: kburgan@bakerlaw.com
*Counsel for the Trustee*

# **EXHIBIT A**

SUMMARY OF INVOICES

Skoda Minotti
Summary of Invoices
Exhibit A

| Invoice date | Period Covered | | | Requested Fees | Fees paid | 20% Holdback | Requested Expenses | Expenses Paid |
|---|---|---|---|---|---|---|---|---|
| 11/6/2017 | 10/1/2017 | to | 10/31/2017 | $38,018.10 | $30,414.48 | $7,603.62 | $38.90 | $38.90 |
| 12/7/2017 | 11/1/2017 | to | 11/30/2017 | $5,835.40 | $4,668.32 | $1,167.08 | $50.40 | $50.40 |
| 1/8/2018 | 12/1/2017 | to | 12/31/2017 | $4,718.10 | $3,774.48 | $943.62 | $18.90 | $18.90 |
| 4/2/2018 | 1/1/2018 | to | 3/31/2018 | $7,693.60 | $6,154.88 | $1,538.72 | $20.88 | $20.88 |
| 8/14/2018 | 4/1/2018 | to | 6/30/2018 | $4,531.40 | $3,625.12 | $906.28 | $0.00 | $0.00 |
| 10/1/2018 | 7/1/2018 | to | 9/30/2018 | $2,542.80 | | | | |
| | | | | | | | | |
| | | | | -------------- | -------------- | -------------- | -------------- | -------------- |
| | | | | $63,339.40 | $48,637.28 | $12,159.32 | $129.08 | $129.08 |

80% payment anticipated for week of October 28, 2018    $2,034.24
Holdback    7/1/2018   to   9/30/2018        $508.56

                                       --------------   --------------
Total Fees Paid as of week of October 28, 2018    $50,671.52
Total Holdback             $12,667.88

## EXHIBIT B

SUMMARY OF HOURLY BILLING RATE AND HOURS BILLED BY SKODA MINOTTI

Summary By Staff
Exhibit B

| Staff | Staff Level | | Billing rate | Hours | Fees |
|---|---|---|---|---|---|
| | | | | | |
| H Klein | Partner | | 326.00 | 175.20 | $57,115.20 |
| H Klein | Partner | 50% rate | 163.00 | 3.40 | $554.20 |
| H Klein | Partner | | 0.00 | 1.30 | $0.00 |
| | | | ---------- | | ---------- |
| H Klein Total | | | 489.00 | | $57,669.40 |
| | | | | | |
| | | | | | |
| R. Ranallo | Partner | | 405.00 | 0.40 | $162.00 |
| | | | | | |
| S. Saari | Partner | | 405.00 | 13.60 | $5,508.00 |
| | | | | ---------- | ---------------- |
| Grand Total | | | | 193.90 | $63,339.40 |

## EXHIBIT C

DESCRIPTION OF SERVICES PROVIDED BY SKODA MINOTTI

**Skoda Minotti**
**Detailed Time Entries - FAIR FINANCE**
**Exhibit C**

| Ref # | Date | Project | Group-ing | Staff | Description | Hours | Billing rate | Fees |
|---|---|---|---|---|---|---|---|---|
| 1 | 10/3/2017 | Textron | 106 | H Klein | | 4.00 | $326.00 | $1,304.00 |
| 2 | 10/3/2017 | Textron | 106 | S. Saari | | 2.40 | $405.00 | $972.00 |
| 3 | 10/4/2017 | Textron | 106 | H Klein | | 6.50 | $326.00 | $2,119.00 |
| 4 | 10/4/2017 | Textron | 106 | S. Saari | | 5.10 | $405.00 | $2,065.50 |
| 5 | 10/5/2017 | Textron | 106 | H Klein | | 7.00 | $326.00 | $2,282.00 |
| 6 | 10/5/2017 | Textron | 106 | R. Ranallo | | 0.40 | $405.00 | $162.00 |
| 7 | 10/5/2017 | Textron | 106 | S. Saari | | 2.40 | $405.00 | $972.00 |
| 8 | 10/6/2017 | Textron | 106 | H Klein | | 5.00 | $326.00 | $1,630.00 |
| 9 | 10/6/2017 | Textron | 106 | S. Saari | | 0.50 | $405.00 | $202.50 |
| 10 | 10/7/2017 | Textron | 106 | H Klein | | 6.50 | $326.00 | $2,119.00 |
| 11 | 10/8/2017 | Textron | 106 | H Klein | | 4.00 | $326.00 | $1,304.00 |
| 12 | 10/9/2017 | Textron | 106 | H Klein | | 5.50 | $326.00 | $1,793.00 |
| 13 | 10/9/2017 | Textron | 106 | S. Saari | | 0.20 | $405.00 | $81.00 |
| 14 | 10/10/2017 | Textron | 106 | H Klein | | 5.00 | $326.00 | $1,630.00 |
| 15 | 10/10/2017 | Textron | 106 | H Klein | | 2.30 | $326.00 | $749.80 |
| 16 | 10/10/2017 | Textron | 106 | S. Saari | | 0.40 | $405.00 | $162.00 |
| 17 | 10/11/2017 | Travel | 34 | H Klein | | 0.70 | $163.00 | $114.10 |
| 18 | 10/11/2017 | Textron | 106 | H Klein | | 6.00 | $326.00 | $1,956.00 |
| 19 | 10/11/2017 | Travel | 34 | H Klein | | 0.70 | $163.00 | $114.10 |
| 20 | 10/11/2017 | Textron | 106 | S. Saari | | 0.60 | $405.00 | $243.00 |
| 21 | 10/12/2017 | Textron | 106 | H Klein | | 4.00 | $326.00 | $1,304.00 |
| 22 | 10/12/2017 | Textron | 106 | H Klein | | 1.20 | $326.00 | $391.20 |
| 23 | 10/16/2017 | Monterey | 10 | H Klein | Analyzed Monterey's September's collections. | 0.20 | $326.00 | $65.20 |
| 24 | 10/16/2017 | Textron | 106 | S. Saari | | 0.10 | $405.00 | $40.50 |
| 25 | 10/18/2017 | Textron | 106 | H Klein | | 0.40 | $326.00 | $130.40 |
| 26 | 10/18/2017 | Textron | 106 | H Klein | | 0.30 | $326.00 | $97.80 |
| 27 | 10/19/2017 | Textron | 106 | H Klein | | 0.10 | $326.00 | $32.60 |
| 28 | 10/19/2017 | Textron | 106 | H Klein | | 0.30 | $326.00 | $97.80 |
| 29 | 10/19/2017 | Textron | 106 | H Klein | | 0.60 | $326.00 | $195.60 |
| 30 | 10/21/2017 | Dealers | 4 | H Klein | Researched complaint from Greater Living Foods. | 0.30 | $326.00 | $97.80 |
| 31 | 10/23/2017 | Textron | 106 | S. Saari | | 0.40 | $405.00 | $162.00 |

| Ref # | Date | Project | Group-ing | Staff | Description | Hours | Billing rate | Fees |
|---|---|---|---|---|---|---|---|---|
| 32 | 10/24/2017 | Fee app | 33 | H Klein | Prepared fee application narratives and finalized exhibits. | 2.00 | $163.00 | $326.00 |
| 33 | 10/25/2017 | Textron | 106 | H Klein | ▮. | 1.10 | $326.00 | $358.60 |
| 34 | 10/25/2017 | Textron | 106 | H Klein | ▮. | 0.30 | $326.00 | $97.80 |
| 35 | 10/26/2017 | Textron | 106 | H Klein | ▮. | 1.00 | $326.00 | $326.00 |
| 36 | 10/26/2017 | Textron | 106 | H Klein | ▮ | 2.20 | $326.00 | $717.20 |
| 37 | 10/26/2017 | Textron | 106 | H Klein | ▮. | 0.50 | $326.00 | $163.00 |
| 38 | 10/26/2017 | Textron | 106 | H Klein | ▮ | 0.70 | $326.00 | $228.20 |
| 39 | 10/27/2017 | Textron | 106 | H Klein | ▮ | 0.50 | $326.00 | $163.00 |
| 40 | 10/27/2017 | Textron | 106 | H Klein | ▮. | 1.50 | $326.00 | $489.00 |
| 41 | 10/27/2017 | Textron | 106 | H Klein | ▮. | 0.70 | $326.00 | $228.20 |
| 42 | 10/27/2017 | Textron | 106 | H Klein | ▮. | 3.50 | $326.00 | $1,141.00 |
| 43 | 10/28/2017 | Textron | 106 | H Klein | ▮ | 3.20 | $326.00 | $1,043.20 |
| 44 | 10/28/2017 | Textron | 106 | H Klein | ▮ | 1.70 | $326.00 | $554.20 |
| 45 | 10/28/2017 | Textron | 106 | H Klein | ▮ | 2.60 | $326.00 | $847.60 |
| 46 | 10/28/2017 | Textron | 106 | H Klein | ▮ | 1.20 | $326.00 | $391.20 |
| 47 | 10/28/2017 | Textron | 106 | S. Saari | ▮ | 0.30 | $405.00 | $121.50 |
| 48 | 10/29/2017 | Textron | 106 | H Klein | ▮ | 3.00 | $326.00 | $978.00 |
| 49 | 10/30/2017 | Textron | 106 | H Klein | ▮ | 2.50 | $326.00 | $815.00 |
| 50 | 10/30/2017 | Textron | 106 | H Klein | ▮. | 1.20 | $326.00 | $391.20 |
| 51 | 10/30/2017 | Textron | 106 | H Klein | ▮ | 0.70 | $326.00 | $228.20 |
| 52 | 10/30/2017 | Textron | 106 | H Klein | ▮ | 0.30 | $326.00 | $97.80 |
| 53 | 10/30/2017 | Textron | 106 | H Klein | ▮ | 1.00 | $326.00 | $326.00 |
| 54 | 10/30/2017 | Textron | 106 | H Klein | ▮ | 2.10 | $326.00 | $684.60 |
| 55 | 10/30/2017 | Textron | 106 | H Klein | ▮. | 0.50 | $326.00 | $163.00 |
| 56 | 10/30/2017 | Textron | 106 | S. Saari | ▮ | 0.90 | $405.00 | $364.50 |
| 57 | 10/31/2017 | Textron | 106 | H Klein | ▮. | 1.30 | $326.00 | $423.80 |
| 58 | 10/31/2017 | Textron | 106 | H Klein | ▮. | 0.40 | $326.00 | $130.40 |
| 59 | 10/31/2017 | Textron | 106 | H Klein | ▮ | 0.60 | $326.00 | $195.60 |
| 60 | 10/31/2017 | Textron | 106 | H Klein | ▮. | 0.20 | $326.00 | $65.20 |
| 61 | 10/31/2017 | Textron | 106 | H Klein | ▮ | 0.60 | $326.00 | $195.60 |

| Ref # | Date | Project | Group-ing | Staff | Description | Hours | Billing rate | Fees |
|---|---|---|---|---|---|---|---|---|
| 62 | 10/31/2017 | Textron | 106 | H Klein | ████████ . | 0.30 | $326.00 | $97.80 |
| 63 | 10/31/2017 | Textron | 106 | H Klein | ████████ | 3.30 | $326.00 | $1,075.80 |
| 64 | 11/1/2017 | Claims | 8.6 | H Klein | Worked on reconciling KCC schedule with Trustees schedule | 0.50 | $326.00 | $163.00 |
| 65 | 11/1/2017 | Claims | 8.6 | H Klein | Researched and split claim #5246 | 0.60 | $326.00 | $195.60 |
| 66 | 11/1/2017 | Claims | 8.6 | H Klein | Researched claims #5497 & 5498. | 0.30 | $326.00 | $97.80 |
| 67 | 11/1/2017 | Textron | 106 | H Klein | ████████ | 1.80 | $326.00 | $586.80 |
| 68 | 11/1/2017 | Textron | 106 | H Klein | ████████ | 1.80 | $326.00 | $586.80 |
| 69 | 11/1/2017 | Textron | 106 | H Klein | ████████ . | 1.70 | $326.00 | $554.20 |
| 70 | 11/2/2017 | Textron | 106 | H Klein | ████████ . | 0.90 | $326.00 | $293.40 |
| 71 | 11/2/2017 | Textron | 106 | H Klein | ████████ | 1.30 | $326.00 | $423.80 |
| 72 | 11/2/2017 | Textron | 106 | H Klein | ████████ | 2.70 | $326.00 | $880.20 |
| 73 | 11/2/2017 | Textron | 106 | H Klein | ████████ . | 1.10 | $326.00 | $358.60 |
| 74 | 11/2/2017 | Textron | 106 | H Klein | ████████ | 0.50 | $326.00 | $163.00 |
| 75 | 11/2/2017 | Textron | 106 | H Klein | ████████ . | 0.40 | $326.00 | $130.40 |
| 76 | 11/2/2017 | Textron | 106 | H Klein | ████████ . | 0.70 | $326.00 | $228.20 |
| 77 | 11/3/2017 | Textron | 106 | H Klein | ████████ . | 0.20 | $326.00 | $65.20 |
| 78 | 11/3/2017 | Claims | 8.6 | H Klein | Researched and split claim #3543. | 0.20 | $326.00 | $65.20 |
| 79 | 11/7/2017 | Textron | 106 | H Klein | | 1.80 | $326.00 | $586.80 |
| 80 | 11/9/2017 | Monterey | 10 | H Klein | Analyzed Monterey's October's collections. | 0.20 | $326.00 | $65.20 |
| 81 | 11/13/2017 | Textron | 106 | H Klein | ████████ . | 0.40 | $326.00 | $130.40 |
| 82 | 11/13/2017 | Textron | 106 | H Klein | ████████ | 0.80 | $326.00 | $260.80 |
| 83 | 12/5/2017 | Claims | 8.6 | H Klein | Reviewed claims schedule to prepare for meeting with Amanda Baker. | 0.50 | $326.00 | $163.00 |
| 84 | 12/5/2017 | Claims | 8.6 | H Klein | Meeting with Amanda Baker. | 1.00 | $326.00 | $326.00 |
| 85 | 12/5/2017 | Textron | 106.0 | H Klein | ████████ . | 2.60 | $326.00 | $847.60 |
| 86 | 12/7/2017 | Textron | 106.0 | H Klein | ████████ | 2.20 | $326.00 | $717.20 |
| 87 | 12/11/2017 | Monterey | 10 | H Klein | Analyzed Monterey's October's collections. | 0.20 | $326.00 | $65.20 |
| 88 | 12/12/2017 | Textron | 106.0 | S. Saari | ████████ | 0.30 | $405.00 | $121.50 |
| 89 | 12/14/2017 | Claims | 8.6 | H Klein | Conference call with US Trustee, Amanda Baker and Kelly Burgan. | 0.20 | $326.00 | $65.20 |
| 90 | 12/18/2017 | Textron | 106.0 | H Klein | | 1.00 | $326.00 | $326.00 |
| 91 | 12/26/2017 | Claims | 8.6 | H Klein | Prepared for meeting with Amanda Baker regarding second distr bution. | 1.10 | $326.00 | $358.60 |
| 92 | 12/27/2017 | Claims | 8.6 | H Klein | Meeting with Amanda Baker regarding second distr bution. | 4.00 | $326.00 | $1,304.00 |

| Ref # | Date | Project | Group-ing | Staff | Description | Hours | Billing rate | Fees |
|---|---|---|---|---|---|---|---|---|
| 93 | 12/29/2017 | Claims | 8.6 | H Klein | Follow-up from meeting with Amanda Baker regarding claims. | 1.30 | $326.00 | $423.80 |
| 94 | 1/3/2018 | Claims | 8.6 | H Klein | Reviewed claims 5494, 5497, 5498 per request from Amanda Baker. | 0.50 | $326.00 | $163.00 |
| 95 | 1/3/2018 | Claims | 8.6 | H Klein | Split claim #2775 per request from Amanda Baker. | 0.30 | $326.00 | $97.80 |
| 96 | 1/4/2018 | Claims | 8.6 | H Klein | Split claim #5102 per request from Amanda Baker. | 0.30 | $326.00 | $97.80 |
| 97 | 1/8/2018 | Claims | 8.6 | H Klein | Reviewed claim distribution report to be submitted to US Trustee. | 0.30 | $326.00 | $97.80 |
| 98 | 1/9/2018 | Monterey | 10 | H Klein | Analyzed Monterey's October's collections. | 0.20 | $326.00 | $65.20 |
| 99 | 1/9/2018 | Claims | 8.6 | H Klein | Meeting with Amanda Baker regarding second distr bution. | 0.40 | $326.00 | $130.40 |
| 100 | 1/24/2018 | Claims | 8.6 | H Klein | Reviewed distribution schedule to be submitted to the US Trustee. | 2.30 | $326.00 | $749.80 |
| 101 | 1/24/2018 | Claims | 8.6 | H Klein | Meeting with Amanda Baker regarding second distr bution. | 1.20 | $326.00 | $391.20 |
| 102 | 1/24/2018 | Claims | 8.6 | H Klein | Additional changes and review of distribution schedule to be submitted to the US Trustee. | 2.10 | $326.00 | $684.60 |
| 103 | 1/25/2018 | Claims | 8.6 | H Klein | Additional changes and review of distribution schedule to be submitted to the US Trustee. | 1.70 | $326.00 | $554.20 |
| 104 | 1/25/2018 | Claims | 8.6 | H Klein | Meeting with Amanda Baker regarding second distr bution. | 0.40 | $326.00 | $130.40 |
| 105 | 1/26/2018 | Claims | 8.6 | H Klein | Final review and changes for distribution schedule to UST. | 1.80 | $326.00 | $586.80 |
| 106 | 1/26/2018 | Claims | 8.6 | H Klein | Meeting with Amanda Baker regarding second distr bution. | 0.10 | $326.00 | $32.60 |
| 107 | 1/31/2018 | General | 32 | H Klein | Researched Form 1099 received from CLST. | 0.20 | $326.00 | $65.20 |
| 108 | 2/7/2018 | Monterey | 10 | H Klein | Analyzed Monterey's October's collections. | 0.20 | $326.00 | $65.20 |
| 109 | 2/15/2018 | General | 32 | H Klein | Breakfast meeting with Brian Bash, Trustee. Status update.( Billed expenses only.) | 1.30 | $0.00 | $0.00 |
| 110 | 3/12/2018 | Monterey | 10 | H Klein | Analyzed Monterey's October's collections. | 0.20 | $326.00 | $65.20 |
| 111 | 3/12/2018 | SEC | 16 | H Klein | ███████████████ ██████████ | 1.00 | $326.00 | $326.00 |
| 112 | 3/12/2018 | Claims | 9 | H Klein | Split claims #3650, 262 and 396 for distribution for POD. | 0.70 | $326.00 | $228.20 |
| 113 | 3/12/2018 | SEC | 16 | H Klein | ███████████████. | 0.30 | $326.00 | $97.80 |
| 114 | 3/14/2018 | Claims | 9 | H Klein | Telephone call with Linda Kasych regarding split claims. | 0.40 | $326.00 | $130.40 |
| 115 | 3/14/2018 | Claims | 9 | H Klein | Prepared allocation based on request from Kasych. | 0.20 | $326.00 | $65.20 |
| 116 | 3/15/2018 | SEC | 16 | H Klein | ███████████████. | 0.50 | $326.00 | $163.00 |
| 117 | 3/15/2018 | Claims | 9 | H Klein | Telephone call with Amanda Baker regarding follow-up with US Trustee comments regarding second distribution. | 0.30 | $326.00 | $97.80 |
| 118 | 3/15/2018 | SEC | 16 | H Klein | ██████████. | 0.30 | $326.00 | $97.80 |
| 119 | 3/16/2018 | Claims | 9 | H Klein | Reviewed and updated claim distribution report to be submitted to US Trustee. | 1.10 | $326.00 | $358.60 |

| Ref # | Date | Project | Group-ing | Staff | Description | Hours | Billing rate | Fees |
|---|---|---|---|---|---|---|---|---|
| 120 | 3/16/2018 | Claims | 9 | H Klein | Received updated information from Linda Kasych and finalized claim distribution report. | 0.30 | $326.00 | $97.80 |
| 121 | 3/16/2018 | SEC | 16 | H Klein | ██████████████████████ | 0.20 | $326.00 | $65.20 |
| 122 | 3/20/2018 | Taxes | 7 | H Klein | Researched City of Akron taxes. | 0.50 | $326.00 | $163.00 |
| 123 | 3/20/2018 | Taxes | 7 | H Klein | Telephone call with Mary Jo Dolson regarding local taxes. | 0.30 | $326.00 | $97.80 |
| 124 | 3/27/2018 | Claims | 9 | H Klein | Reviewed files sent by Amanda Baker regarding distribution. | 0.70 | $326.00 | $228.20 |
| 125 | 3/27/2018 | Claims | 9 | H Klein | Telephone call with Amanda Baker regarding distribution. | 0.40 | $326.00 | $130.40 |
| 126 | 3/27/2018 | Claims | 9 | H Klein | Telephone call with Amanda Baker regarding distribution. | 0.70 | $326.00 | $228.20 |
| 127 | 3/27/2018 | Textron | 106 | H Klein | ████████████████████ | 0.10 | $326.00 | $32.60 |
| 128 | 3/27/2018 | Textron | 106 | H Klein | ████████████████████ | 0.60 | $326.00 | $195.60 |
| 129 | 3/27/2018 | Claims | 9 | H Klein | Telephone call with Amanda Baker regarding distribution. | 0.20 | $326.00 | $65.20 |
| 130 | 3/27/2018 | Claims | 9 | H Klein | Completed PDF files for distr butions. | 0.50 | $326.00 | $163.00 |
| 131 | 3/27/2018 | Textron | 106 | H Klein | ██████████████████ | 0.50 | $326.00 | $163.00 |
| 132 | 3/27/2018 | Claims | 9 | H Klein | Prepared schedule for Epiq for claims distribution. | 0.40 | $326.00 | $130.40 |
| 133 | 3/27/2018 | Textron | 106 | H Klein | ██████████ | 1.20 | $326.00 | $391.20 |
| 134 | 4/4/2018 | Monterey | 10 | H Klein | Analyzed contract #663165 for settlement and emailed Trustee Bash information. | 0.20 | $326.00 | $65.20 |
| 135 | 4/9/2018 | Monterey | 10 | H Klein | Analyzed Monterey's March collections. | 0.20 | $326.00 | $65.20 |
| 136 | 4/10/2018 | Claims | 8.7 | H Klein | Telephone call with Brian Bash regarding second distr bution. | 0.10 | $326.00 | $32.60 |
| 137 | 4/10/2018 | Textron | 106 | H Klein | ████████████████████ | 0.30 | $326.00 | $97.80 |
| 138 | 4/11/2018 | SEC | 16 | H Klein | ████████████████████ | 0.30 | $326.00 | $97.80 |
| 139 | 4/11/2018 | SEC | 16 | H Klein | ████████████████ | 0.20 | $326.00 | $65.20 |
| 140 | 4/12/2018 | Monterey | 10 | H Klein | Analyzed contract #646576 per inquiry from Monterey and emailed Trustee Bash and attorney Burgan information. | 0.10 | $326.00 | $32.60 |
| 141 | 4/30/2018 | Claims | 8.7 | H Klein | Split claim numbers 505 and 2895 at request of Amanda Baker. | 1.50 | $326.00 | $489.00 |
| 142 | 5/7/2018 | Claims | 8.7 | H Klein | Split claim number 5102 at request of Amanda Baker. | 0.60 | $326.00 | $195.60 |
| 143 | 5/7/2018 | Customer | 5.0 | H Klein | Researched customer #303803 for a claim in his personal bankruptcy. | 0.40 | $326.00 | $130.40 |
| 144 | 5/11/2018 | Claims | 8.7 | H Klein | Assisted Ellen Patterson, CPA for a claimant regarding their IRS audit in regards to the 2016 distribution. | 0.40 | $326.00 | $130.40 |
| 145 | 5/14/2018 | Textron | 106 | H Klein | ████████████████ | 2.00 | $326.00 | $652.00 |
| 146 | 5/14/2018 | Textron | 106 | H Klein | ████████████████████ | 1.50 | $326.00 | $489.00 |
| 147 | 5/24/2018 | Monterey | 10 | H Klein | Analyzed Monterey's April's collections. | 0.20 | $326.00 | $65.20 |
| 148 | 5/24/2018 | Textron | 106 | H Klein | ██████████████████████ | 2.30 | $326.00 | $749.80 |
| 149 | 5/25/2018 | Textron | 106 | H Klein | ████████████████████ | 2.40 | $326.00 | $782.40 |

| Ref # | Date | Project | Group-ing | Staff | Description | Hours | Billing rate | Fees |
|-------|------|---------|-----------|-------|-------------|-------|--------------|------|
| 150 | 5/30/2018 | Claims | 8.7 | H Klein | Researched claim for a Russell P Oakes, Trustee. | 0.20 | $326.00 | $65.20 |
| 151 | 5/30/2018 | Customer | 5.0 | H Klein | Analyzed customer #303803 for a claim in his personal bankruptcy. | 0.30 | $326.00 | $97.80 |
| 152 | 5/30/2018 | Claims | 8.7 | H Klein | Telephone call with Amanda Baker regarding customer and claim issues. | 0.20 | $326.00 | $65.20 |
| 153 | 6/8/2018 | Monterey | 10 | H Klein | Analyzed Monterey's May's collections. | 0.20 | $326.00 | $65.20 |
| 154 | 6/20/2018 | Claims | 8.7 | H Klein | Prepared split claim #3689. | 0.30 | $326.00 | $97.80 |
| 155 | 7/9/2018 | Textron | 106 | H Klein | ███████████████ | 2.00 | $326.00 | $652.00 |
| 156 | 7/11/2018 | Monterey | 10 | H Klein | Analyzed Monterey's June collections. | 0.20 | $326.00 | $65.20 |
| 157 | 7/17/2018 | Textron | 106 | H Klein | ███████████████ | 1.10 | $326.00 | $358.60 |
| 158 | 7/17/2018 | Textron | 106 | H Klein | ███████████████ | 0.50 | $326.00 | $163.00 |
| 159 | 7/17/2018 | Textron | 106 | H Klein | ███████████████ | 0.80 | $326.00 | $260.80 |
| 160 | 7/19/2020 | SEC | 16 | H Klein | ███████████████ | 0.20 | $326.00 | $65.20 |
| 161 | 7/20/2018 | SEC | 16 | H Klein | ███████████████ | 0.10 | $326.00 | $32.60 |
| 162 | 8/6/2018 | Textron | 106 | H Klein | ███████████████ | 0.80 | $326.00 | $260.80 |
| 163 | 8/8/2018 | claims | 8.6 | H Klein | Follow-up on claim #505 per request from Amanda Baker. | 0.20 | $326.00 | $65.20 |
| 164 | 8/8/2018 | Monterey | 10 | H Klein | Analyzed Monterey's July collections. | 0.20 | $326.00 | $65.20 |
| 165 | 8/8/2018 | claims | 8.6 | H Klein | Follow-up on claim #3525 per request from Amanda Baker. | 0.30 | $326.00 | $97.80 |
| 166 | 8/8/2018 | claims | 8.6 | H Klein | Follow-up on claim #549 per request from Amanda Baker. | 0.30 | $326.00 | $97.80 |
| 167 | 8/14/2018 | claims | 8.6 | H Klein | Meeting with Amanda Baker regarding claim numbers 4196 and 5496. | 0.40 | $326.00 | $130.40 |
| 168 | 8/14/2018 | claims | 8.6 | H Klein | Prepared schedule regarding claim numbers 4196 and 5496 and updated files for changes. | 0.50 | $326.00 | $163.00 |
| 169 | 9/11/2018 | Monterey | 10 | H Klein | Analyzed Monterey's August collections. | 0.20 | $326.00 | $65.20 |
| | | | | | | ---------- | | ---------------- |
| | | | | | | 193.90 | | $63,339.40 |

# EXHIBIT D

SUMMARY BY PROJECT

Skoda Minotti
Summary By Project
Exhibit D

| Code | Project | Hours | Fees |
|------|---------|-------|------|
| 1 | Secured and closed 7 branch offices | | |
| 2 | Secured and maintained complex computer system consisting of 30 servers | | |
| 3 | Learned various computer programs used by Fair including MAS200 (accounting system), Quick Books (accounting system), MIMICS (investor system), Fortis (dealer system) | | |
| 4 | Assisted dealers in their transition to another funding source and ongoing inquiries. | 0.30 | $97.80 |
| 5 | Assisted consumers with their financing loans | 0.70 | $228.20 |
| 6 | Determined outstanding investment certificates and earned interest for 5000 investors as of 2/7/10. Prepared roll forward of investor activity from 2006 through 2009. | | |
| 7 | Government compliance issues including issuing final payroll reports for 2010, preparation and transmitting electronically over 5000 Form 1099s for 2009, investor Form 1099 inquiries, 401K plan dissolution, COBRA issues, | 0.80 | $260.80 |
| 8 | Analysis of pre-petition and post-petition creditors | | |
| 8.5 | Analysis of proof of claims | | |
| 8.6 | Claim processing | 22.80 | $7,432.80 |
| 8.7 | Claim reconciliations | 9.20 | $2,999.20 |
| 9 | Preparation of SOFA and bankruptcy schedules | | |
| 10 | Reviewed and monitor collections on finance receivable performed by Duvera / Monterey | 2.70 | $880.20 |
| 11 | Record management for records not seized by FBI. Reviewed, indexed 150 boxes from home office | | |
| 12 | Closed Fair Finance accounting books for months ending 11/30/09, 12/31/09 and 1/31/10 | | |
| 13 | Maintained accounting books for Fair finance during Trustee period | | |
| 14 | Traveled to Indianapolis to review 500 boxes of records seized by FBI | | |
| 15 | Access to FBI records after 5/31/10, limited to scanned documents which requires significant more time to locate documents | | |
| 16 | Meetings and cooperation with government agencies | 3.10 | $1,010.60 |
| 17 | Analysis of Ponzi scheme | | |
| 18 | Analysis of Fair Finance and Fair Holdings insolvency for McKibbon report | | |
| 19 | Analysis of fraudulent transfers | | |
| 20 | Substantive consolidation | | |
| 21 | Durham and Cochran general investigations | | |
| 22 | Analysis of over 70 related companies which conducted business that affected Fair Finance | | |
| 23 | Investigated real estate transactions involving Durham and Cochran | | |
| 24 | Investigated auto transactions and other assets | | |
| 25 | Tracing of Fair Finance cash movement through the numerous companies controlled by Durham | | |
| 26 | Investigated Durham's dealings with alleged third party companies such as Cell Star and National Lampoon | | |
| 27 | Investigated Durham's dealings with alleged third party Daniel La kin | | |
| 28 | Investigated financing deals with Textron, Summit, Brevet and Fortress | | |
| 29 | Investigated accounting firms | | |
| 30 | | | |
| 31 | | | |
| 32 | General; meetings, background, emails, planning, mail | 1.50 | $65.20 |
| 33 | Prepared fee application. (Billed at 50%) | 2.00 | $326.00 |
| 34 | Travel  at 50% | 1.40 | $228.20 |
| | | | |
| 101 | Preparation of expert report for McK bbon matter | | |
| 102 | Fortress / Textron litigation | | |
| 103 | Report for Fraudulent transfer litigation | | |
| 104 | Criminal Trial | | |
| 105 | National Lampoon | | |
| 106 | Textron | 149.40 | $49,810.40 |
| 107 | Williams Trust trial | | |
| | | | |
| | **Totals** | **193.90** | **$63,339.40** |
| | Average | 326.66 | |

## **EXHIBIT E**

DESCRIPTION OF EXPENSES INCURRED BY SKODA MINOTTI

**Skoda Minotti**
Detail of Expenses
Exhibit E

| Date | Code | Description of Expenses | Amount | copy of invoice |
|------|------|-------------------------|--------|-----------------|
| 10/19/2017 | Meal | Breakfast meeting with Brian Bash. | $20.00 | Yes |
| 10/11/2017 | Travel | Travel to from office and Baker & Hostetler. | $18.90 | N/A |
| 10/30/2017 | Delivery | Delivery of documents to Baker & Hostetler | $33.60 | Yes |
| 10/31/2017 | Delivery | Delivery of documents to Baker & Hostetler | $16.80 | Yes |
| 12/27/2017 | Travel | Travel to and from Baker & Hostetler and office. 35 miles. | $18.90 | N/A |
| 2/15/2018 | Meal | Breakfast meeting with Brian Bash in lieu of billing time.  See time entry on 2/15/18 | $20.88 | Yes |
| | | | -------------- | |
| | | | $129.08 | |

| Summary | |
|---------|--------|
| **Type** | **Amount** |
| Delivery | $50.40 |
| Meal | $40.88 |
| Mileage | $37.80 |
| **Total** | **$129.08** |

Copy of invoices were attached to the monthly invoices.

# CERTIFICATE OF SERVICE

A copy of the foregoing has been served via ECF or regular, U.S. Mail, on October 16, 2018, on the attached service list.

*/s/ Kelly S. Burgan*
Kelly S. Burgan

*Counsel for the Trustee*

**SERVICE LIST**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Richard M Bain    bain@buckleyking.com, krupa@buckleyking.com
- Stephen M. Bales    sbales@zieglermetzger.com, dmalloy@zieglermetzger.com
- Brian A Bash    bashtrustee@bakerlaw.com, bbash@ecf.epiqsystems.com
- Brian A. Bash    BBash@bakerlaw.com
- Brian A. Bash    bashtrustee@bakerlaw.com, bbash@ecf.epiqsystems.com
- John E. Bator    jbator@batorlaw.com, sbator@batorlaw.com
- Alexis Beachdell    abeachdell@bakerlaw.com, fairfinancedocket@bakerlaw.com
- Kathryn A. Belfance    kb@rlbllp.com
- John B. Blanton    jblanton@bakerlaw.com
- Thomas J Budd    disneydiver@me.com, law@disneydiver.com
- Kelly Burgan    kburgan@bakerlaw.com
- Patrick W. Carothers    pcarothers@leechtishman.com,
  bankruptcy@leechtishman.com;ghauswirth@leechtishman.com;dtomko@leechtishman.com
- Anthony J. Cespedes    ajc1253@yahoo.com
- William Gregory Chris    wchris@rlbllp.com, hkoerner@rlbllp.com
- Michael L. Cioffi    cioffi@blankrome.com
- LeGrand L Clark    legrand.clark@atg.in.gov, stephanie.patrick@atg.in.gov
- Deborah A. Coleman    dacoleman@hahnlaw.com,
  hlpcr@hahnlaw.com;mcsoulsby@hahnlaw.com;cmbeitel@hahnlaw.com
- Anthony J DeGirolamo    ajdlaw@sbcglobal.net,
  amber_weaver@sbcglobal.net;G23630@notify.cincompass.com
- Rocco I. Debitetto    ridebitetto@hahnlaw.com, cmbeitel@hahnlaw.com
- Duriya Dhinojwala    ddhinojwala@bmdllc.com, ddhinojwala@icloud.com
- Michelle DiBartolo-Haglock    mdibartolo@ttmlaw.com, mldibartolo@gmail.com
- Breaden M. Douthett    bdouthett@bakerlaw.com, fairfinancedocket@bakerlaw.com
- J Douglas Drushal    ddrushal@ccj.com, lehman@ccj.com
- Charles R. Dyas    charles.dyas@btlaw.com
- Robert W. Eckinger    rwe@eckingerlaw.com
- Joseph Esmont    jesmont@bakerlaw.com, joe.esmont@gmail.com;cbkfuturesinc@bakerlaw.com
- Joseph Esmont    jesmont@bakerlaw.com, joe.esmont@gmail.com;cbkfuturesinc@bakerlaw.com
- Joseph E. Ezzie    jezzie@bakerlaw.com
- Gregory R Farkas    gfarkas@frantzward.com, dlbeatrice@frantzward.com
- Adam Lee Fletcher    afletcher@bakerlaw.com
- Dov Frankel    dfrankel@taftlaw.com, BHORVATH@TAFTLAW.COM;CLE_Docket_Assist@taftlaw.com
- Leon Friedberg    lfriedberg@cpmlaw.com, efiling@cpmlaw.com
- Ronald P. Friedberg    rfriedberg@meyersroman.com, vvardon@meyersroman.com
- Marc P Gertz    mpgertz@goldman-rosen.com, debm@goldman-rosen.com
- Matthew Gold    courts@argopartners.net
- Eric R. Goodman    egoodman@bakerlaw.com
- Harry W. Greenfield    bankpleadings@bucklaw.com,
  young@buckleyking.com;toole@buckleyking.com;heberlein@buckleyking.com
- Harry W. Greenfield    greenfield@buckleyking.com,
  young@buckleyking.com;toole@buckleyking.com;heberlein@buckleyking.com
- John J Guy    johnguy@neo.rr.com
- John J Guy    johnguy@neo.rr.com
- Adam Bradley Hall    amps@manleydeas.com
- Scott Holbrook    sholbrook@bakerlaw.com
- H Ritchey Hollenbaugh    hrh@cpmlaw.com, knocera@cpmlaw.com;slq@cpmlaw.com
- Rachel Huston    rachel.huston@ohioattorneygeneral.gov
- Joseph F. Hutchinson    jhutchinson@bakerlaw.com, sszalay@bakerlaw.com
- Steven G Janik    , 8382591420@filings.docketbird.com
- Steven G Janik    steven.janik@janiklaw.com, 8382591420@filings.docketbird.com

- Cynthia A Jeffrey    bknotice@reimerlaw.com
- Kenneth C Johnson    kjohnson@bricker.com, lpickett@bricker.com
- Nathaniel R. Jones    jones-n@blankrome.com
- Mitchell A. Karlan    mkarlan@gibsondunn.com, ldunst@gibsondunn.com;nhart@gibsondunn.com;blutz@gibsondunn.com;mao@gibsondunn.com
- Patrick J Keating    pkeating@bdblaw.com, sconard@bdblaw.com
- Scott J. Kelly    scottkelly@skellylaw.com
- David Charles Knowlton    dck@kckblaw.com
- John F Kostelnik    jkostelnik@frantzward.com, dlbeatrice@frantzward.com
- Stuart A. Laven    slaven@cavitch.com
- James Michael Lawniczak    jlawniczak@calfee.com
- Trish D. Lazich    trish.lazich@ohioattorneygeneral.gov, angelique.dennis-noland@ohioattorneygeneral.gov
- Stephen P Leiby    sleiby@neolaw.biz, jackie@neolaw.biz
- Scott B. Lepene    scott.lepene@thompsonhine.com, Christine.Broz@thompsonhine.com;ECFDocket@thompsonhine.com
- Jeffrey M. Levinson    jml@jml-legal.com
- Patrick T. Lewis    plewis@bakerlaw.com, sjeney@bakerlaw.com
- Quintin F. Lindsmith    qlindsmith@bricker.com, cwarner@bricker.com
- David A Looney    David@OhioAttorney.com, davelooney1@gmail.com
- Bruce J.L. Lowe    blowe@taftlaw.com, CLE_Docket_Assist@taftlaw.com;SMcKean@taftlaw.com
- Thomas R Lucchesi    tlucchesi@bakerlaw.com
- Thomas R Lucchesi    tlucchesi@bakerlaw.com
- Crystal L. Maluchnik    crystal.maluchnik@janiklaw.com
- Crystal L. Maluchnik    crystal.maluchnik@janiklaw.com
- Grant A Mason    gamason@millermast.com
- Matthew H Matheney    mmatheney@bdblaw.com, bhajduk@bdblaw.com
- Shorain L. McGhee    shorain@smcgheelaw.com
- David W. Mellott    dmellott@beneschlaw.com
- Tarek E. Mercho    tmercho@mercholegal.com
- David P. Meyer    dmeyer@dmlaws.com, docket@dmlaws.com
- David Polan Meyer    dmeyer@dmlaws.com
- Michael J Moran    mike@gibsonmoran.com, moranecf@gmail.com;r55982@notify.bestcase.com
- Michael J Moran    moranecf@yahoo.com, moranecf@gmail.com;r55982@notify.bestcase.com
- David A Mucklow    davidamucklow@yahoo.com
- David A Mucklow    davidamucklow@yahoo.com
- Steven J. Mulligan    stevenmulligan@cox.net
- Maritza S. Nelson    mnelson@bakerlaw.com
- F. Anthony Paganelli    tony@tonypaganelli.com
- Lucas Keith Palmer    palmer@ccj.com, aaichele@ralaw.com
- David C. Perduk    dperduk@perduklaw.com, jody@perduklaw.com
- Mark A Phillips    mphillips@beneschlaw.com, docket@beneschlaw.com;lbehra@beneschlaw.com;cgreen@beneschlaw.com
- Mark A Phillips    mphillips@beneschlaw.com, docket@beneschlaw.com;lbehra@beneschlaw.com;cgreen@beneschlaw.com
- Larry G. Poulos    larry_poulos@yahoo.com
- Kenneth G. Prabucki    kprabucki@bakerlaw.com
- Kenneth G. Prabucki    kprabucki@bakerlaw.com
- Clinton E. Preslan    ndohbky@jbandr.com
- Clinton E. Preslan    cpreslan@preslanlaw.com
- David F. Proano    dproano@bakerlaw.com, fairfinancedocket@bakerlaw.com
- David F. Proano    dproano@bakerlaw.com, fairfinancedocket@bakerlaw.com
- Stephen J Pruneski    spruneski@rlbllp.com
- Timothy J Richards    trichards@frantzward.com, dlbeatrice@frantzward.com;timrichardslegal1976@gmail.com
- Mark Riemer    mriemer@goldman-rosen.com
- Tim Robinson    tim.robinson@dinsmore.com, lisa.geeding@dinsmore.com
- Tim Robinson    tim.robinson@dinsmore.com, lisa.geeding@dinsmore.com

- James E. Rossow     jim@rubin-levin.net, robin@rubin-levin.net;lisa@rubin-levin.net;atty_jer@trustesolutions.com
- James E. Rossow     jim@rubin-levin.net, robin@rubin-levin.net;lisa@rubin-levin.net;atty_jer@trustesolutions.com
- Colin P. Sammon     colin.sammon@janiklaw.com, Julie.Zakrzewski@Janiklaw.com
- Matthew J. Samsa     msamsa@mcdonaldhopkins.com, docket@beneschlaw.com;cgreen@beneschlaw.com
- James Preston Schuck     jschuck@bricker.com, cwarner@bricker.com
- Richard V. Singleton     rsingleton@blankrome.com, kreda@blankrome.com;jhanner@blankrome.com
- Dale S Smith     dsmith@frantzward.com, dlbeatrice@frantzward.com
- Sheldon Stein     ssteindocs@gmail.com, kristine@steintrustee.com;sheldon@steintrustee.com
- Rachel L. Steinlage     rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com
- Ray H Stoess     raystoess@600westmain.com
- Megan D. Stricker     mnovinc@davisyoung.com, gcampbell@davisyoung.com
- Timothy M. Sullivan     tim@tmslaw.net, crystal@tmslaw.net
- Jonathan D. Sundheimer     jsundheimer@btlaw.com
- Gregory D Swope     gswope@kwgd.com, mhelmick@kwgd.com
- David J. Theising     dtheising@harrisonmoberly.com
- Ronald N. Towne     rtowne@neolaw.biz, awehener@neolaw.biz
- Vance P. Truman     medinaatty@vancetruman.com
- United States Trustee     (Registered address)@usdoj.gov
- Michael S Tucker     mtucker@ulmer.com
- Nancy A. Valentine     nancy.valentine@icemiller.com, carol.builder@icemiller.com
- Michael A. VanNiel     mvanniel@bakerlaw.com
- Thomas C Wagner     wagnert@tcwlawyers.com, wagnert@vwlawyers.com
- Daniel Rubin Warren     dwarren@bakerlaw.com
- Wayne County Litigants     ddrushal@ccj.com
- Nicholas L. White     nwhite@bakerlaw.com, fairfinancedocket@bakerlaw.com
- Alicia Raina Whiting-Bozich     whiting-bozich@buckleyking.com, heberlein@buckleyking.com
- Douglas Wolfe     dwolfe@asmcapital.com
- Lenore Kleinman ust04     Lenore.Kleinman@usdoj.gov
- Maria D. Giannirakis ust06     maria.d.giannirakis@usdoj.gov

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service).

Emily S. Donahue
Jackson Walker L.L.P.
2323 Ross Avenue, Suite 600
Dallas, TX  75202

Eric W. Sleeper
Barton Barton & Plotkin LLP
420 Lexington Avenue
New York, NY  10170

Christine A. Arnold
6005 Twin Lakes Drive
Parma, OH  44219

Gary Sallee
11650 Olio Road, Suite 1000-333
Fishers, IN  46037

Charles R. Dyas, Jr.
P.O. Box 991
Marysville, OH  43040

Robert Hanlon
Eileen Hanlon
P.O. Box 42
State Route 43
Mogadore, OH  44260

Leon Friedberg
Dennis J. Concilla
Carl A. Aveni
H. Ritchey Hollenbaugh
Carlile Patchen & Murphy LLP
366 Broad Street
Columbus, OH  43215

John McCauley, Esq.
J. Richard Kiefer, Esq.
Bingham McHale LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN  46204

Robert Boote
Ballard Shahr LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034

Tobey Daluz
Ballard Spahr LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034

Leslie C Heilman
Ballard Spahr LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034

Jay Jaffe
Faegre Baker Daniels LLP
600 E. 96th Street, Suite 600
Indianapolis, IN  46240

Maria D. Giannirakis
Office of the United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue East, Suite 441
Cleveland, OH  44114

Michael V. Demczyk
12370 Cleveland Avenue, NW
P.O. Box 867
Uniontown, OH  44685

Lothar Jung
12962 W. Linden Avenue
Parma, OH  44130-5817

Charles Boerner
1848 Ritchie Road
Stow, OH  44224

John J. Kuster
Benjamin R. Nagin
Sidley Austin LLP
787 Seventh Avenue
New York, NY  10019

JM Partners LLC
Attn: John Marshall
6800 Paragon Place, Suite 202
Richmond, VA  23230-1656

Dennis S. Sumerix
18592 Edwards Road, Lot 171
Doylestown, OH  44230-9546