**IT IS SO ORDERED.**

Dated: 8 November, 2018 12:20 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No.: 10-50494 |
| FAIR FINANCE COMPANY, | ) |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) Judge Jessica E. Price Smith |

**ORDER GRANTING THE FIFTH INTERIM FEE APPLICATION <u>FILED BY SKODA, MINOTTI & CO., CERTIFIED PUBLIC ACCOUNTANTS</u>**

This matter came before the Court on the *Fifth Fee Application for Allowance of Interim Compensation and Reimbursement of Expenses for the Period October 1, 2017 through and including September 30, 2018, Filed by Skoda Minotti as Consulting and Testifying Expert for the Estate* [Dkt. No. 2516] (the "**Application**"). The relief sought in the Application is sought pursuant to (i) 11 U.S.C. §§ 330 and 331, (ii) Rule 2016 of the Federal Rules of Bankruptcy Procedure, (iii) Rule 2016-1 of the Local Bankruptcy Rules, (iv) the Court's Guidelines for Compensation and Expense Reimbursement of Professionals, and (v) the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330, adopted by the Executive Office for United States Trustees.

The Court has considered the Application, and no interested party has filed a response to the Application. After due deliberation, the Court finds as follows:

A. The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2), and venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This Court has the authority to decide this Application pursuant to Sections 327, 328, 330 and 331 of the Bankruptcy Code and Rules 2014 and 2016 of the Federal Rules of Bankruptcy Procedure.

B. Adequate and proper notice of the Application was given, and no other or further notice is necessary.

C. Skoda, Minotti & Co., Certified Public Accountants, an Ohio Corporation ("**Skoda Minotti**") is authorized, by an order of this Court dated September 10, 2013 [Dkt. No. 1313], to serve as a consulting and testifying expert for the estate. Skoda Minotti provided services as a consulting and testifying expert for the estate during the period from October 1, 2017 through and including September 30, 2018 (the "**Application Period**").

D. In the Application, Skoda Minotti requested approval of fees in the amount of $63,339.40, and expenses in the amount of $129.08, all of which were incurred during the Application Period.

E. In accordance with this Court's order dated August 12, 2013 [Dkt. No. 1302] (the "**Expert Compensation Order**"), Skoda Minotti received interim payments for the fees and expenses it incurred during the Application Period. To date, Skoda Minotti has received payment for 80% of the fees ($50,671.52) and 100% of the expenses ($129.08) it incurred during the Application Period.

F. The relief requested in the Application is in the best interest of the Debtor, its estate, its creditors and other parties-in-interest. The Court finds that the fees and expenses requested by

Skoda Minotti are reasonable and necessary and comply with the Bankruptcy Code and the United States Trustee's Guidelines for Reviewing Applications for Compensation.

**ACCORDINGLY, IT IS HEREBY ORDERED THAT:**

1. The Application is granted on an interim basis and subject to final review by this Court.

2. The fees that Skoda Minotti incurred during the Application Period are hereby approved and allowed, on an interim basis, in the amount of **$63,339.40**.

3. The expenses set forth in the Application are hereby approved and allowed, on an interim basis, in the amount of **$129.08**;

4. The Trustee is authorized and directed to pay Skoda Minotti the amount of **$12,667.88**, representing the total amount sought in the Application for fees and expenses incurred by Skoda Minotti during the Application Period, *less* amounts that have already been paid by the estate in accordance with the Expert Compensation Order.

5. This Order is without prejudice to the Trustee's ability to obtain future services from Skoda Minotti as needed.

**IT IS SO ORDERED.**

# # #

Submitted by:

*/s/ Kelly S. Burgan*
Kelly S. Burgan (0073649)
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, Ohio 44114-1214
Telephone: 216.621.0200
Email: kburgan@bakerlaw.com

*Counsel for the Trustee*

**SERVICE LIST**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Richard M Bain     bain@buckleyking.com, krupa@buckleyking.com
- Stephen M. Bales     sbales@zieglermetzger.com, dmalloy@zieglermetzger.com
- Brian A Bash     bashtrustee@bakerlaw.com, bbash@ecf.epiqsystems.com
- Brian A. Bash     BBash@bakerlaw.com
- Brian A. Bash     bashtrustee@bakerlaw.com, bbash@ecf.epiqsystems.com
- John E. Bator     jbator@batorlaw.com, sbator@batorlaw.com
- Alexis Beachdell     abeachdell@bakerlaw.com, fairfinancedocket@bakerlaw.com
- Kathryn A. Belfance     kb@rlbllp.com
- John B. Blanton     jblanton@bakerlaw.com
- Thomas J Budd     disneydiver@me.com, law@disneydiver.com
- Kelly Burgan     kburgan@bakerlaw.com
- Patrick W. Carothers     pcarothers@leechtishman.com, bankruptcy@leechtishman.com;ghauswirth@leechtishman.com;dtomko@leechtishman.com
- Anthony J. Cespedes     ajc1253@yahoo.com
- William Gregory Chris     wchris@rlbllp.com, hkoerner@rlbllp.com
- Michael L. Cioffi     cioffi@blankrome.com
- LeGrand L Clark     legrand.clark@atg.in.gov, stephanie.patrick@atg.in.gov
- Deborah A. Coleman     dacoleman@hahnlaw.com, hlpcr@hahnlaw.com;mcsoulsby@hahnlaw.com;cmbeitel@hahnlaw.com
- Anthony J DeGirolamo     ajdlaw@sbcglobal.net, amber_weaver@sbcglobal.net;G23630@notify.cincompass.com
- Rocco I. Debitetto     ridebitetto@hahnlaw.com, cmbeitel@hahnlaw.com
- Duriya Dhinojwala     ddhinojwala@bmdllc.com, ddhinojwala@icloud.com
- Michelle DiBartolo-Haglock     mdibartolo@ttmlaw.com, mldibartolo@gmail.com
- Breaden M. Douthett     bdouthett@bakerlaw.com, fairfinancedocket@bakerlaw.com
- J Douglas Drushal     ddrushal@ccj.com, lehman@ccj.com
- Charles R. Dyas     charles.dyas@btlaw.com
- Robert W. Eckinger     rwe@eckingerlaw.com
- Joseph Esmont     jesmont@bakerlaw.com, joe.esmont@gmail.com;cbkfuturesinc@bakerlaw.com
- Joseph Esmont     jesmont@bakerlaw.com, joe.esmont@gmail.com;cbkfuturesinc@bakerlaw.com
- Joseph E. Ezzie     jezzie@bakerlaw.com
- Gregory R Farkas     gfarkas@frantzward.com, dlbeatrice@frantzward.com
- Adam Lee Fletcher     afletcher@bakerlaw.com
- Dov Frankel     dfrankel@taftlaw.com, BHORVATH@TAFTLAW.COM;CLE_Docket_Assist@taftlaw.com
- Leon Friedberg     lfriedberg@cpmlaw.com, efiling@cpmlaw.com
- Ronald P. Friedberg     rfriedberg@meyersroman.com, vvardon@meyersroman.com
- Marc P Gertz     mpgertz@goldman-rosen.com, debm@goldman-rosen.com
- Matthew Gold     courts@argopartners.net
- Eric R. Goodman     egoodman@bakerlaw.com
- Harry W. Greenfield     bankpleadings@bucklaw.com, young@buckleyking.com;toole@buckleyking.com;heberlein@buckleyking.com
- Harry W. Greenfield     greenfield@buckleyking.com, young@buckleyking.com;toole@buckleyking.com;heberlein@buckleyking.com
- John J Guy     johnguy@neo.rr.com
- John J Guy     johnguy@neo.rr.com
- Adam Bradley Hall     amps@manleydeas.com
- Scott Holbrook     sholbrook@bakerlaw.com
- H Ritchey Hollenbaugh     hrh@cpmlaw.com, knocera@cpmlaw.com;slq@cpmlaw.com
- Rachel Huston     rachel.huston@ohioattorneygeneral.gov
- Joseph F. Hutchinson     jhutchinson@bakerlaw.com, sszalay@bakerlaw.com
- Steven G Janik     , 8382591420@filings.docketbird.com
- Steven G Janik     steven.janik@janiklaw.com, 8382591420@filings.docketbird.com

- Cynthia A Jeffrey     bknotice@reimerlaw.com
- Kenneth C Johnson     kjohnson@bricker.com, lpickett@bricker.com
- Nathaniel R. Jones     jones-n@blankrome.com
- Mitchell A. Karlan     mkarlan@gibsondunn.com, ldunst@gibsondunn.com;nhart@gibsondunn.com;blutz@gibsondunn.com;mao@gibsondunn.com
- Patrick J Keating     pkeating@bdblaw.com, sconard@bdblaw.com
- Scott J. Kelly     scottkelly@skellylaw.com
- David Charles Knowlton     dck@kckblaw.com
- John F Kostelnik     jkostelnik@frantzward.com, dlbeatrice@frantzward.com
- Stuart A. Laven     slaven@cavitch.com
- James Michael Lawniczak     jlawniczak@calfee.com
- Trish D. Lazich     trish.lazich@ohioattorneygeneral.gov, angelique.dennis-noland@ohioattorneygeneral.gov
- Stephen P Leiby     sleiby@neolaw.biz, jackie@neolaw.biz
- Scott B. Lepene     scott.lepene@thompsonhine.com, Christine.Broz@thompsonhine.com;ECFDocket@thompsonhine.com
- Jeffrey M. Levinson     jml@jml-legal.com
- Patrick T. Lewis     plewis@bakerlaw.com, sjeney@bakerlaw.com
- Quintin F. Lindsmith     qlindsmith@bricker.com, cwarner@bricker.com
- David A Looney     David@OhioAttorney.com, davelooney1@gmail.com
- Bruce J.L. Lowe     blowe@taftlaw.com, CLE_Docket_Assist@taftlaw.com;SMcKean@taftlaw.com
- Thomas R Lucchesi     tlucchesi@bakerlaw.com
- Thomas R Lucchesi     tlucchesi@bakerlaw.com
- Crystal L. Maluchnik     crystal.maluchnik@janiklaw.com
- Crystal L. Maluchnik     crystal.maluchnik@janiklaw.com
- Grant A Mason     gamason@millermast.com
- Matthew H Matheney     mmatheney@bdblaw.com, bhajduk@bdblaw.com
- Shorain L. McGhee     shorain@smcgheelaw.com
- David W. Mellott     dmellott@beneschlaw.com
- Tarek E. Mercho     tmercho@mercholegal.com
- David P. Meyer     dmeyer@dmlaws.com, docket@dmlaws.com
- David Polan Meyer     dmeyer@dmlaws.com
- Michael J Moran     mike@gibsonmoran.com, moranecf@gmail.com;r55982@notify.bestcase.com
- Michael J Moran     moranecf@yahoo.com, moranecf@gmail.com;r55982@notify.bestcase.com
- David A Mucklow     davidamucklow@yahoo.com
- David A Mucklow     davidamucklow@yahoo.com
- Steven J. Mulligan     stevenmulligan@cox.net
- Maritza S. Nelson     mnelson@bakerlaw.com
- F. Anthony Paganelli     tony@tonypaganelli.com
- Lucas Keith Palmer     palmer@ccj.com, aaichele@ralaw.com
- David C. Perduk     dperduk@perduklaw.com, jody@perduklaw.com
- Mark A Phillips     mphillips@beneschlaw.com, docket@beneschlaw.com;lbehra@beneschlaw.com;cgreen@beneschlaw.com
- Mark A Phillips     mphillips@beneschlaw.com, docket@beneschlaw.com;lbehra@beneschlaw.com;cgreen@beneschlaw.com
- Larry G. Poulos     larry_poulos@yahoo.com
- Kenneth G. Prabucki     kprabucki@bakerlaw.com
- Kenneth G. Prabucki     kprabucki@bakerlaw.com
- Clinton E. Preslan     ndohbky@jbandr.com
- Clinton E. Preslan     cpreslan@preslanlaw.com
- David F. Proano     dproano@bakerlaw.com, fairfinancedocket@bakerlaw.com
- David F. Proano     dproano@bakerlaw.com, fairfinancedocket@bakerlaw.com
- Stephen J Pruneski     spruneski@rlbllp.com
- Timothy J Richards     trichards@frantzward.com, dlbeatrice@frantzward.com;timrichardslegal1976@gmail.com
- Mark Riemer     mriemer@goldman-rosen.com
- Tim Robinson     tim.robinson@dinsmore.com, lisa.geeding@dinsmore.com
- Tim Robinson     tim.robinson@dinsmore.com, lisa.geeding@dinsmore.com

4845-4001-5454.1

- James E. Rossow     jim@rubin-levin.net, robin@rubin-levin.net;lisa@rubin-levin.net;atty_jer@trustesolutions.com
- James E. Rossow     jim@rubin-levin.net, robin@rubin-levin.net;lisa@rubin-levin.net;atty_jer@trustesolutions.com
- Colin P. Sammon     colin.sammon@janiklaw.com, Julie.Zakrzewski@Janiklaw.com
- Matthew J. Samsa     msamsa@mcdonaldhopkins.com, docket@beneschlaw.com;cgreen@beneschlaw.com
- James Preston Schuck     jschuck@bricker.com, cwarner@bricker.com
- Richard V. Singleton     rsingleton@blankrome.com, kreda@blankrome.com;jhanner@blankrome.com
- Dale S Smith     dsmith@frantzward.com, dlbeatrice@frantzward.com
- Sheldon Stein     ssteindocs@gmail.com, kristine@steintrustee.com;sheldon@steintrustee.com
- Rachel L. Steinlage     rsteinlage@meyersroman.com, jray@meyersroman.com;mnowak@meyersroman.com
- Ray H Stoess     raystoess@600westmain.com
- Megan D. Stricker     mnovinc@davisyoung.com, gcampbell@davisyoung.com
- Timothy M. Sullivan     tim@tmslaw.net, crystal@tmslaw.net
- Jonathan D. Sundheimer     jsundheimer@btlaw.com
- Gregory D Swope     gswope@kwgd.com, mhelmick@kwgd.com
- David J. Theising     dtheising@harrisonmoberly.com
- Ronald N. Towne     rtowne@neolaw.biz, awehener@neolaw.biz
- Vance P. Truman     medinaatty@vancetruman.com
- United States Trustee     (Registered address)@usdoj.gov
- Michael S Tucker     mtucker@ulmer.com
- Nancy A. Valentine     nancy.valentine@icemiller.com, carol.builder@icemiller.com
- Michael A. VanNiel     mvanniel@bakerlaw.com
- Thomas C Wagner     wagnert@tcwlawyers.com, wagnert@vwlawyers.com
- Daniel Rubin Warren     dwarren@bakerlaw.com
- Wayne County Litigants     ddrushal@ccj.com
- Nicholas L. White     nwhite@bakerlaw.com, fairfinancedocket@bakerlaw.com
- Alicia Raina Whiting-Bozich     whiting-bozich@buckleyking.com, heberlein@buckleyking.com
- Douglas Wolfe     dwolfe@asmcapital.com
- Lenore Kleinman ust04     Lenore.Kleinman@usdoj.gov
- Maria D. Giannirakis ust06     maria.d.giannirakis@usdoj.gov

4845-4001-5454.1

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service).

Emily S. Donahue
Jackson Walker L.L.P.
2323 Ross Avenue, Suite 600
Dallas, TX  75202

Christine A. Arnold
6005 Twin Lakes Drive
Parma, OH  44219

Dennis S. Sumerix
18592 Edwards Road, Lot 171
Doylestown, OH  44230-9546

Leon Friedberg
Dennis J. Concilla
Carl A. Aveni
H. Ritchey Hollenbaugh
Carlile Patchen & Murphy LLP
366 Broad Street
Columbus, OH  43215

Robert Boote
Ballard Shahr LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034

Leslie C Heilman
Ballard Spahr LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034

Maria D. Giannirakis
Office of the United States Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue East, Suite 441
Cleveland, OH  44114

Lothar Jung
12962 W. Linden Avenue
Parma, OH  44130-5817

John J. Kuster
Benjamin R. Nagin
Sidley Austin LLP
787 Seventh Avenue
New York, NY  10019

Eric W. Sleeper
Barton Barton & Plotkin LLP
420 Lexington Avenue
New York, NY  10170

Gary Sallee
11650 Olio Road, Suite 1000-333
Fishers, IN  46037

Robert Hanlon
Eileen Hanlon
P.O. Box 42
State Route 43
Mogadore, OH  44260

John McCauley, Esq.
J. Richard Kiefer, Esq.
Bingham McHale LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN  46204

Tobey Daluz
Ballard Spahr LLP
919 North Market Street, 12th Floor
Wilmington, DE 19801-3034

Jay Jaffe
Faegre Baker Daniels LLP
600 E. 96th Street, Suite 600
Indianapolis, IN  46240

Michael V. Demczyk
12370 Cleveland Avenue, NW
P.O. Box 867
Uniontown, OH  44685

Charles Boerner
1848 Ritchie Road
Stow, OH  44224

JM Partners LLC
Attn: John Marshall
6800 Paragon Place, Suite 202
Richmond, VA  23230-1656

4845-4001-5454.1