| Fill in this Information to identify the case: | |
|---|---|
| Debtor 1 | Fair Finance Company |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | Northern District of Ohio |
| Case Number: | 10-50494 |

Form 1340 (12/22)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

*ANY DEVIATIONS FROM THE STANDARDIZED APPLICATION AND EXHIBIT A MUST BE EXPLAINED HERE IN BOLD-FACED TYPE.

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $5,537.73 |
|---|---|
| Claimant's Name: | Dilks & Knopik, LLC as assignee to Smith Family Revocable Living Trust |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 35308 SE Center Street<br>Snoqualmie, WA 98065<br>425-836-5728 x123<br>admin@dilksknopik.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statement that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.,* attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.
Claimant's Tax ID/Social Security Number and other required documentation are submitted separately with Exhibit A and will be docketed as a private event.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 4. Notice to United States Attorney

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Northern District of Ohio
Carl B. Stokes United States Courthouse
801 West Superior Ave., Suite 400
Cleveland, OH 44113

### 5. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: February 28, 2023

*[signature]*

Signature of Applicant
Andrew T. Drake – Vice President
Dilks & Knopik, LLC

35308 SE Center Street
Snoqualmie, WA 98065
428-836-5728 x123
admin@dilksknopik.com

### 5. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

_____
Signature of Co-Applicant (if applicable)

_____
Printed Name of Co-Applicant (if applicable)

Address:

Telephone: _____

Email: _____

### 6. Notarization

STATE OF <u>WASHINGTON</u>

COUNTY OF <u>KING</u>

This Application for Unclaimed Funds, dated <u>February 28, 2023</u> was subscribed and sworn to before me this <u>28th</u> day of <u>February</u>, 20<u>23</u> by <u>Andrew T. Drake</u> who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)  Notary Public: *[signature]*
Matthew Zettley

My commission expires: <u>February 19, 2026</u>

*[Notary seal: MATTHEW ZETTLEY, NOTARY PUBLIC #197679, STATE OF WASHINGTON, COMMISSION EXPIRES FEBRUARY 19, 2026]*

### 6. Notarization

STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_____ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)  Notary Public _____

My commission expires:

**Explanation of Supporting Documentation
for
Application for Payment of Unclaimed Funds**

The claimant did not receive the dividend check in the above case for the following reason:

Dividends were not collected by the creditor, Smith, Trustee, Joseph M.

Joseph M. Smith was co-trustee to The Smith Family Revocable Living Trust along with Jane T. Smith. Jane T. Smith died 9/6/2007 and Joseph M. Smith died 7/7/2011. Upon their deaths, Terrence L. Smith became the Trustee for The Smith Family Revocable Living Trust, all as evidenced by Exhibit B.

The Smith Family Revocable Living Trust, through its Trustee, Terrence Smith, has assigned the unclaimed funds and its claim to Dilks & Knopik LLC as evidenced by the attached Assignment Agreement and/or the Transfer of Claim filed on 2/28/2023 (Docket #2770).

Date: <u>February 28, 2023</u>

_____
Andrew T. Drake - Vice President
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065

# U.S. Courts Unclaimed Funds Locator

Home | About

## Court / OHNB

| | |
|---|---|
| Case Number | 10-50494 |
| Last/Business Name | FAIR FINANCE COMPANY |

| | |
|---|---|
| Page Total | $6,239.77 |
| First Name | |

Edit Search

### Creditors | 4

| | Court | Creditor Name | Amount |
|---|---|---|---|
| ✉ | OHNB | David Smith | $122.84 |
| ✉ | OHNB | Kathleen Smith | $482.67 |
| ✉ | OHNB | Joseph Smith, Trustee | $5,537.73 |
| ✉ | OHNB | Pat Smith | $96.53 |

First | Prev | Next | Last

Version 2.08e - © 2015-2023 US Courts - Collaboratively Developed Software (VAEB)
This site requires Microsoft Edge, Safari, Firefox, Google Chrome or IE 9+ (Compatibility Mode OFF)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 10-50494 |
| | ) | |
| FAIR FINANCE COMPANY | ) | Chapter 7 |
| | ) | |
| | ) | |
| Debtor(s). | ) | Judge: JESSICA E. PRICE SMITH |
| | ) | |

### TRANSMITTAL OF UNCLAIMED FUNDS

BRIAN A. BASH, TRUSTEE, trustee of the estate, reports the following.

1. Ninety days have passed since final distribution was made on this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check(s) and their last known addresses are:

| Claim No. | Claimant Name | Unclaimed Funds |
|---|---|---|
| 49 | Gold, June<br>1227 Drury Ct No 124<br>Mayfield Heights, OH 44124 | $1,169.10 |
| 54 | Johnson Jr, Robert W<br>660 Beacher Rd<br>Tallmadge, OH 44278 | $362.00 |
| 75 | Bartholme, Raymond G<br>732 Nottingham<br>Medina, OH 44256 | $4,430.18 |
| 90-7 | Archie, Troy<br>1500 War Bird Drive<br>Norman, OK 73071 | $241.34 |
| 119 | Schoolcraft, Melvin or Darlie<br>441 Fox Lake Rd<br>Dalton, OH 44618 | $3,322.64 |
| 123 | Montgomery, Homer and Jean<br>2822 Lee Rd - Silver Lake<br>Stow, OH 44224 | $6,036.12 |

| Claim No. | Claimant Name | Unclaimed Funds |
|---|---|---|
| 1874 | Rampelt, Cheryl A<br>1224 Millers Ct<br>Noblesville, IN 46060 | $1,908.85 |
| 1881 | Smith, Trustee, Joseph M<br>705 Cooper Ave<br>Akron, OH 44306 | $5,537.73 |
| 1889 | Winkler, Deborah A<br>292 Branstetter St<br>Wooster, OH 44691 | $124.41 |
| 1891 | Winkler, Ross E<br>292 Branstetter St<br>Wooster, OH 44691 | $460.32 |
| 1895 | Vanpelt, Roy D or Carolyn F Vanpelt<br>PO Box 108<br>Kidron, OH 44636 | $443.01 |
| 1897 | Weiland, Gilbert or Barbara Weiland<br>1593 Highview Ave<br>Akron, OH 44301 | $144.80 |
| 1921 | Clevidence, Joan<br>2422 W Sterling<br>Burbank, OH 44214 | $603.34 |
| 1933 | Dudy, William M<br>9031 Cranbrook Dr<br>Northfield Village, OH 44067 | $251.41 |
| 1963 | Mcdermott, Charles E or Lois E Mcdermott<br>9041 Westfield Rd<br>Seville, OH 44273 | $1,853.18 |
| 1972 | Munka, Carl F or Agnes Munka<br>c/o Linda Munka<br>2529 Copley Rd<br>Copley, OH 44321 | $1,107.55 |
| 2063 | Gabriel, Alice H<br>275 Shenandoah Blvd<br>Barberton, OH 44203 | $1,117.26 |

(Claim 1881 marked with arrow; $5,537.73 circled)





## CERTIFICATE OF LLC RESOLUTION

The undersigned Members of Dilks & Knopik, LLC, an LLC, duly organized under the laws of Washington (hereinafter "The LLC"), hereby certify that the following resolutions were duly adopted by said Members of The LLC on June 7th, 2002 and that such resolutions have not been modified or rescinded as of the date hereof:

RESOLVED, that Brian J Dilks, Caryn M Dilks f/k/a Caryn M Knopik, Andrew T. Drake and Jeffrey Hudspeth, is hereby authorized and directed for and on behalf of The LLC to execute all legal documents as approved by him/her as being in the best interests of The LLC; and to take any and all further actions which may be necessary or appropriate to commence and complete said construction in such a manner as being, in his/her opinion, in the best interests of the LLC.

RESOLVED, that this action may be executed in counterparts and by facsimile signatures, each of which shall be deemed an original and all of which together shall constitute one action.

IN WITNESS WHEREOF, the undersigned has executed this instrument as of this 5th day of January, 2022.

_____
Brian J Dilks – Member
Date: 1/5/22

Subscribed and sworn to me this 1/5/2022
Notary Signature: Ryan L Bell
My Commission Expires: 6/19/2025

_____
Caryn M Dilks f/k/a Caryn M Knopik – Member
Date: 1/5/2022

Subscribed and sworn to me this 1/5/2022
Notary Signature: Ryan L Bell
My Commission Expires: 6/19/2025



**WASHINGTON Secretary of State**
Corporations & Charities Division

Filed
Secretary of State
State of Washington
Date Filed: 01/05/2022
Effective Date: 01/05/2022
UBI #: 602 211 447

# Annual Report

## BUSINESS INFORMATION

Business Name:
**DILKS & KNOPIK, LLC**

UBI Number:
**602 211 447**

Business Type:
**WA LIMITED LIABILITY COMPANY**

Business Status:
**ACTIVE**

Principal Office Street Address:
**35308 SE CENTER ST, SNOQUALMIE, WA, 98065-9216, UNITED STATES**

Principal Office Mailing Address:

Expiration Date:
**06/30/2023**

Jurisdiction:
**UNITED STATES, WASHINGTON**

Formation/Registration Date:
**06/07/2002**

Period of Duration:
**PERPETUAL**

Inactive Date:

Nature of Business:
**OTHER SERVICES, ANY LAWFUL PURPOSE**

## REGISTERED AGENT    RCW 23.95.410

| Registered Agent Name | Street Address | Mailing Address |
|---|---|---|
| BRIAN DILKS | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES | 28431 SE PRESTON WAY, ISSAQUAH, WA, 98027-0000, UNITED STATES |

## PRINCIPAL OFFICE

Phone:
**4258365728**

Email:
**DK@DKLLC.COM**

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2022010500010893 - 1
Received Date: 01/05/2022
Amount Received: $60.00

Street Address:
35308 SE CENTER ST, SNOQUALMIE, WA, 98065-9216, USA
Mailing Address:

## GOVERNORS

| Title | Type | Entity Name | First Name | Last Name |
|---|---|---|---|---|
| GOVERNOR | INDIVIDUAL | | BRIAN | DILKS |
| GOVERNOR | INDIVIDUAL | | CARYN | DILKS |

## NATURE OF BUSINESS

- OTHER SERVICES
- ANY LAWFUL PURPOSE

## EFFECTIVE DATE

Effective Date:
01/05/2022

## CONTROLLING INTEREST

1. Does this entity own (hold title) real property in Washington, such as land or buildings, including leasehold improvements?
NO
2. In the **past 12 months**, has there been a transfer of at least 16-2/3 percent of the ownership, stock, or other financial interest in the entity?
NO
   a. If "Yes", in the **past 36 months**, has there been a transfer of controlling interest (50 percent or greater) of the ownership, stock, or other financial interest in the entity?
NO
3. If you answered "Yes" to question 2a, has a controlling interest transfer return been filed with the Department of Revenue?
NO

You **must** submit a Controlling Interest Transfer Return form if you answered "yes" to questions 1 and 2a.

Failure to report a Controlling Interest Transfer is subject to penalty provisions of RCW 82.45.220.

For more information on **Controlling Interest**, visit www.dor.wa.gov/REET.

## RETURN ADDRESS FOR THIS FILING

Attention:
Email:
Address:

## UPLOAD ADDITIONAL DOCUMENTS

Do you have additional documents to upload? No

## EMAIL OPT-IN

☐ By checking this box, I hereby opt into receiving all notifications from the Secretary of State for this entity via email only. I

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2022010500010893 - 1
Received Date: 01/05/2022
Amount Received: $60.00

acknowledge that I will no longer receive paper notifications.

## AUTHORIZED PERSON

☑ I am an authorized person.

Person Type:
**INDIVIDUAL**

First Name:
**BRIAN**

Last Name:
**DILKS**

Title:
**MEMBER**

☑ This document is hereby executed under penalty of law and is to the best of my knowledge, true and correct.

This document is a public record. For more information visit www.sos.wa.gov/corps

Work Order #: 2022010500010893 - 1
Received Date: 01/05/2022
Amount Received: $60.00

10-50494-jps    Doc 2777    FILED 03/02/23    ENTERED 03/02/23 11:55:43    Page 10 of 18

B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Ohio

In re  Fair Finance Company  ,  Case No.  10-50494

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Dilks & Knopik, LLC | Smith, Trustee, Joseph M |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
Should be sent:

Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie WA 98065

Court Claim # (if known): 1881
Amount of Claim:
Date Claim Filed:

Phone: 425-836-5728
Last Four Digits of Acct #: _____

Phone: 972-989-0002
Last Four Digits of Acct #: _____

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Brian J Dilks - President  Date: 2/28/2023
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

MATTHEW ZETTLEY
NOTARY PUBLIC #197679
STATE OF WASHINGTON
COMMISSION EXPIRES
FEBRUARY 19, 2026



On this 28th day of February, 2023. I certify that the preceding or attached document titled (Assignment Agreement), (2 pages) is a true, accurate and complete redacted copy of the original being held at 35308 SE Center Street, Snoqualmie, WA 98065

Matthew Zettley – Notary Public
My commission expires: February 19, 2026

**Assignment Agreement**

This Assignment Agreement (the "Agreement") is entered into as of February 22, 2023 (the "Effective Date") by and between <u>Dilks & Knopik, LLC</u>, with a principal place of business at 35308 SE Center Street, Snoqualmie, WA 98065, (the "Assignee") and Smith Family Revocable Living Trust with an address of 3501 Elmsted Dr, Richardson TX 75082 (the "Assignor").

1. Assignor is/was a creditor in Fair Finance Company (10-50494) as filed in the Northern District of Ohio (the "Case"). As a creditor in the Case, Assignor was entitled to distribution of funds from the assets of the Debtor's Bankruptcy Estate in the approximate amount of <u>$5,537.73</u> (the "Funds"). Remittance to Assignor was not successful, and pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the Funds were deposited into the Registry of the Court. The Funds then being subject to withdrawal in accordance with 28 U.S.C. 2042.

2. Assignor not desirous of attempting collection of the Funds, nor wishing to incur the time and expense of such collection, does hereby wish and does assign, and convey to the Assignee, for good and valuable consideration, all of Assignor's rights, title and interest in the Funds, without the presence of undue influence or coercion.

NOW THEREFORE, in consideration of mutual obligations, covenants, representations, and warranties herein, the parties agree as follows:

3. Assets Assigned: The assets herein assigned to Assignee are those stated in paragraph 1 above, that collectively are the Funds held for the benefit of Assignor by the Clerk of the Court of the court identified in paragraph 1 in the Unclaimed Funds Registry.

4. Consideration: The consideration herein given by Assignee to Assignor shall be the sum $[REDACTED] which sum shall be remitted to Assignor. A check will be issue to the Assignor for the above stated amount once this claim is approved. **In the event Assignee recovers an amount over and above the Funds then Assignor shall be entitled to [REDACTED]% of the additional amount recovered.**

5. This assignment shall be deemed an absolute and unconditional assignment of funds/claim for the purpose of collection and satisfaction, and shall not be deemed to create a security interest.

6. Assignor represents and warrants to Assignee that no payment or other distribution has been received by or on behalf of Assignor in full or partial satisfaction of the assigned rights; that Assignor has not previously sold or assigned the rights, in whole or in part, to any party.

7. Power of Attorney: To the extent necessary under applicable law, the Assignor does hereby appoint for the limited purpose of collection of the Funds and fulfillment of Assignor's obligation(s) under this Agreement, Dilks and Knopik, LLC as its attorney-in-fact.

8. This Agreement constitutes the entire agreement and understanding between the parties with respect to the subject matter above.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the day and year first written above.

Assignor: _TL Smith_____
Smith Family Revocable Living Trust
Terrence L. Smith – Trustee

Assignee: _____
Dilks & Knopik, LLC
Andrew T. Drake – Vice President



## NOTICE OF ASSIGNMENT

For good and valuable consideration, the undersigned, Smith Family Revocable Living Trust ("Assignor"), hereby, assigns, conveys and transfers over and unto Dilks & Knopik, LLC ("Assignee"), any and all of right, title and interest in and to the below referenced funds/claim(s).

The Assigned funds/claim(s):

Debtor: Fair Finance Company
Court: United States Bankruptcy Court - Northern District of Ohio
Case Number: 10-50494
Chapter: 7
Claim: 1881
Original Creditor: Smith, Trustee, Joseph M

FUNDS/CLAIM(S) ARE BEING ASSIGNED "AS-IS, WHERE-IS" WITH NO WARRANTIES OR REPRESENTATIONS WHATSOEVER, EXCEPT AS EXPRESSLY PROVIDED IN THE ASSIGNMENT AGREEMENT, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

IN WITNESS WHEREOF, the parties hereto have caused this notice of assignment to be executed as of the Wednesday, February 22, 2023.

Smith Family Revocable Living Trust

*TL Smith*

_____
Terrence L. Smith - Trustee

TRANSFERRED

2011 AUG 11 PM 1:37

10434
TRANSFERRED IN COMPLIANCE WITH
SEC.319.202 REV. CODE
_____ $ _____ FEE
Consideration
KRISTEN M. SCALISE CPA, CFE    By _____
FISCAL OFFICER                  Deputy Fiscal Officer
No. of pages ___

Description approved by Tax Maps
Approval good for 30 days from
7/3/78    8-11-11

## AFFIDAVIT TO REMOVE TRUSTEE FROM TITLE TO REALTY
(O.R.C. 5302.171)

I, **TERRENCE L. SMITH**, being first duly sworn depose and say as follows:

1. That JOSEPH M. SMITH AND JANE T. SMITH, **trustees of THE SMITH FAMILY REVOCABLE LIVING TRUST DATED MAY 27, 2003**, are the owner of property under a duly recorded WARRANTY DEED the original of which is recorded in **Instrument:**
54883748, PAGES 1-2 of the SUMMIT COUNTY Records.

2. That the property is known as:
**705 COOPER AVENUE, AKRON, OHIO 44306**, is described as follows:

   SEE ATTACHED EXIBIT A FOR FULL LEGAL DESCRIPTION

   Parcel No.: 6832270   ALT ID: 070037803018000

3. Trustee, Jane T. Smith died September 6, 2007 (attached is a copy of her death certificate); Trustee, Joseph M. Smith died July 7, 2011 (attached is a copy of his death certificate);

4. That by virtue of the deaths of the parties listed in item #3 above, **TERRENCE L. SMITH, trustee, of THE SMITH FAMILY REVOCABLE LIVING TRUST DATED MAY 27, 2003** is the fee simple owner of the above described property and requests that this fact be reflected on the land and tax records of SUMMIT COUNTY, Ohio. Trustee, **TERRENCE L. SMITH's** address is: 3501 Elmsted Drive, Richardson, TX 75082.

55796666
Pg: 1 of 5
08/11/2011 01:41P
DE 52.00
Kristen Scalise, Summit Co Fiscal Office

**Exhibit B**

(Parcel No.: 6832270 - Continued)

DATE: July 12, 2011      Terrence L. Smith, Trustee
                         TERRENCE L. SMITH, TRUSTEE,
**THE SMITH FAMILY REVOCABLE LIVING TRUST DATED MAY 27, 2003**

STATE OF OHIO          )
COUNTY OF SUMMIT       ) SS.

Sworn to and subscribed before me this day of July 12, 2011.

_____
Notary Public

PAUL L. MILLER, Attorney at Law
Notary Public - State of Ohio
My Commission has no expiration date
Sec. 147.03 R.C.

*This instrument was prepared by:*
Paul L. Miller, Attorney at Law
3465 S. Arlington Road, Suite A
Akron, OH 44312-5272

55796666
Pg: 2 of 5
08/11/2011 01:41P
DE 52.00
Kristen Scalise, Summit Co Fiscal Office

**Exhibit B**

(Parcel No.: 6832270 – Continued)

EXHIBIT A

Situated in the City of Akron, County of Summit and State of Ohio:

And known as being the Westerly 60 feet between parallel lines of the southerly 110 feet between parallel lines of Lot #39 in the Ardmore Allotment, as recorded in Plat Book 33, Pages 74 – 78, Summit County Records.

Parcel No.: 6832270     ALT_ID: 070037803018000

Street Address: 705 Cooper Avenue, Akron, Ohio 44306

Prior Instrument Reference: Reception No.: 54883748 of the Summit County Records.

```
55796666
Pg: 3 of 5
08/11/2011 01:41P
DE                 52.00
Kristen Scalise, Summit Co Fiscal Office
```

**Exhibit B**

| | | |
|---|---|---|
| Reg. Dist. No. 77 | Ohio Department of Health | State File No. |
| Primary Reg. Dist. No. 7701 | VITAL STATISTICS | |
| Registrar's No. 77002011002450 | CERTIFICATE OF DEATH | |

Type or print in permanent blue or black ink.

**1. Decedent's Legal Name** (include AKA's if any)(First Middle, LAST, suffix): JOSEPH MARVIN SMITH
**2. Sex:** Male
**3. Date of Death (Mo/Day/Year):** July 07, 2011

**4. Social Security Number:** ███-██-3204
**5a. Age (Years):** 84
**6. Date of Birth:** [redacted]
**7. Birthplace:** AKRON, OHIO

**8a. Residence State:** OHIO
**8b. County:** SUMMIT
**8c. City or Town:** AKRON
**8d. Street and Number:** 705 Cooper Ave.
**8f. Zipcode:** 44306
**8g. Inside City Limits?** Yes

**9. Ever In US Armed Forces?** Yes
**10. Marital Status at Time of Death:** Widowed (and not remarried)

**12. Decedent's Education:** HIGH SCHOOL GRADUATE OR GED
**13. Decedent of Hispanic Origin:** No
**14. Decedent's Race:** White

**15. Father's Name:** JOSEPH WILLIAM SMITH
**16. Mother's Name (prior to first marriage):** MARY V[redacted]

**17a. Informant's Name:** TERRENCE L SMITH
**17b. Relationship to Decedent:** Son
**17c. Mailing Address:** 3501 Elmsted Dr. RICHARDSON, TEXAS 75082

**18a. Place of Death:** Decedent's Home
**18b. Facility Name:** 705 Cooper Ave.
**18c. City or Town, State and Zip Code:** AKRON, OH 44306
**18d. County of Death:** SUMMIT

**19. Signature of Funeral Service Licensee or Other Agent:** David R. Pagan
**20. License Number:** 008288
**21. Name and Complete Address of Funeral Facility:** KUCKO-ANTHONY-KERTESZ FUNERAL HO, 1990 S MAIN ST, AKRON, OH 44301

**22a. Method of Disposition:** Cremation
**22b. Date of Disposition:** 7-11-2011
**22c. Place of Disposition:** Akron Crematory
**22d. Location:** AKRON, OH

**23. Registrar's Signature:** Tawanda Weems
**24. Date Filed:** 7-11-2011
**25a. Name of Person Issuing Burial Permit:** WEEMS, TAWANDA
**25b. District No.:** 7700
**25c. Date Burial Permit Issued:** 7-11-2011

**26a. Certifier:** [X] Certifying Physician
**26b. Time of Death:** 2227
**26c. Date Pronounced Dead:** 7-7-2011
**26d. Was case referred to coroner?** No
**26e. Signature and Title of Certifier:** [signature]
**26f. License number:** 35.081519
**26g. Date Signed:** 7-11-2011

**27. Name and Address of Person who Completed Cause of Death:** MCGEE, SCOTT WILLIAM, 224 W. Exchange St. AKRON, OH 44302

**28. Part I. Cause of Death:**
a. Immediate Cause: Non-Hodgkin lymphoma — Approximate Interval: 1 month

**29a. Was An Autopsy Performed?** No
**29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death?** —

**30. Did Tobacco Use Contribute to Death?** Unknown
**31. If Female, Pregnancy Status:** —
**32. Manner of Death:** [X] Natural

HEA 2724 Rev. 01/97

55796666
Pg. 4 of 5
08/11/2011 01:41P
DE 52.00
Kristen Scalise, Summit Co Fiscal Office

**Exhibit B**

REV. 6/2009

Ohio Department of Health
VITAL STATISTICS
**CERTIFICATE OF DEATH**

Reg Dist No: 77
Primary Reg Dist No: 7701
Registrar's No: M701-2007001771

| Field | Value |
|---|---|
| 1. Decedent's Legal Name | JANE TALBOTT SMITH |
| 2. Sex | Female |
| 3. Date of Death | September 06, 2007 |
| 4. Social Security Number | ****2818 |
| 5a. Age (Years) | 81 |
| 6. Date of Birth | |
| 7. Birthplace | AKRON, OHIO |
| 8a. Residence State | OHIO |
| 8b. County | SUMMIT |
| 8c. City or Town | AKRON |
| 8d. Street and Number | 705 Cooper Avenue |
| 8f. Zipcode | 44306 |
| 8g. Inside City Limits? | Yes |
| 9. Ever in US Armed Forces? | No |
| 10. Marital Status | Married |
| 11. Surviving Spouse's Name | JOSEPH M SMITH |
| 12. Decedent's Education | HIGH SCHOOL GRADUATE OR GED |
| 13. Hispanic Origin | No |
| 14. Race | White |
| 15. Father's Name | PAUL TALBOTT |
| 16. Mother's Name | GLADYS |
| 17a. Informant's Name | JOSEPH M SMITH |
| 17b. Relationship | Husband |
| 17c. Mailing Address | 705 Cooper Avenue, AKRON, OHIO 44306 |
| 18a. Place of Death | Hospital - Inpatient |
| 18b. Facility Name | SUMMA HEALTH SYSTEMS HOSPITALS |
| 18c. City/Town, State, Zip | AKRON, OH 44304 |
| 18d. County of Death | SUMMIT |
| 19. Signature of Funeral Service Licensee | Dana Pascu |
| 20. License Number | 008288 |
| 21. Funeral Facility | KUCKO-ANTHONY-KERTESZ FUNERAL HO, 95 W WATERLOO RD, AKRON, OH 44319 |
| 22a. Method of Disposition | Cremation |
| 22b. Date of Disposition | September 12, 2007 |
| 22c. Place of Disposition | AKRON VAULT & CREMATORY |
| 22e. Location | AKRON, OH |
| 23. Registrar's Signature | Tawanda M. Weems |
| 24. Date Filed | September 11, 2007 |
| 25a. Name of Person Issuing Burial Permit | WEEMS, TAWANDA |
| 25b. District No | 7701 |
| 25c. Date Burial Permit Issued | 9/11/07 |
| 26a. Certifier | ☒ Certifying Physician |
| 26b. Time of Death | 11:15 |
| 26c. Date Pronounced Dead | 09/06/2007 |
| 26d. Was case referred to coroner? | No |
| 26e. Signature and Title of Certifier | J L Payne MD |
| 26f. License number | 35.082787 |
| 26g. Date Signed | 9/10/07 |
| 27. Name and Address of Person who Completed Cause of Death | PAYNE, JENNIFER EILEEN, 75 ARCH STREET AKRON, OH 44304 |

**28. Part I — Cause of Death**

| | Cause | Interval Between Onset and Death |
|---|---|---|
| a. Immediate Cause | metastatic breast cancer | 3 yrs |
| b. Due to | | |
| c. Due to | | |
| d. Due to | | |

| Field | Value |
|---|---|
| 29a. Was An Autopsy Performed? | No |
| 29b. Were Autopsy Findings Available Prior To Completion Of Cause of Death? | |
| 30. Did Tobacco Use Contribute to Death? | No |
| 31. If Female, Pregnancy Status | Negative |
| 32. Manner of Death | Natural |

55796666
Pg: 5 of 5
08/11/2011 01:41P
DE 52.00
Kristen Scalise, Summit Co Fiscal Office

**Exhibit B**

REV. 6/2009